UNITED STATES DISTRICT
FOR D.C.

DEFORRORORA LOCUST
1410 PARKER AVENUE
KINSTON, N.C.
    28501

**FILED**

MAR - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS

WILLIAM MANNING, JR. ESQ.
106 SOUTH MCLEWEAN STREET
KINSTON, N.C. 28502

THOMAS J. WHITE, JR.

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

WILLIAM A. ALLEN, JR.

WHITE + ALLEN
    POB 3169
KINSTON, N.C.
    28502

JOHN GRADY
101 N QUEEN STREET
KINSTON, NC 28502

LENOIR COUNTY
KINSTON, N.C. 28502

JOYCE GRADY
LENOIR CO. DEPT.
OF TAXES

1

CITY OF KINSTON
   207 E KING STREET
   KINSTON, N.C.
                28502


ELAINE MARSHALL
   SECRETARY OF STATE 29
         POB 29626
   RALEIGH, N.C.
            27626




COMPLAINT

claim

Hate crime, Racist, Bias,
Tax fraud, Emberzment,
conspiracy to, Deprive black folks
being black peoples out of their Land.
enterfering their peace of mine, conspiracy to
cover up the Conspiracy and other
obstruction of justice and being of
aids using their job position to
continue the hate crime to cover up
the many many violation and so
many other will be file false
arrest to cover up criminal acts by
aids, seting home a fire stealing
2 u haul trucks Load of
furniture of out of
home 1416 parker avenue and one
u haul 6 whell truck Load of
furniture out of 1412 parker
avenue, assault selling Two car
selling house hole item, and
other to be file in the hate
crime, and Violation of
civil + constitution rishts total
all Defendants are asain
clearly lisit all filing is
asain with in the rules
regulation for filing in
such legal federal courts
in the USA.

2.

...before the court be one of a male over the age of 18, being born free is therefore of good sound mine is than by lawfully standard is a man.

Legally and lawfully filing within the District of Columbus Washington D C US federal court by means of paying filing fee together with alds name address and their causes of violations with claim.

Alds has been serve their copy of the law suit being all enclose to ald print clearly to be understood in which all are aware of the facts before they got or gotten their copy due to alds has been told over the years federal legal action would be file against them for their Racist, Bias Violation Discrimination alds are well aware.

1

the state of north Carolina has a policy
for property owner ownership being so
one who own property must pay taxes and
have a will & Deed of owner ship to the
property one own, the will leave the
property to another person once her or
she is dead once the person died or
dead the owner will then is Dead
showing property belong to who ever
legally, and lawfully will to,

as long as the person leaving the
property to another is of his or her right
and good sound mine having clear
understanding of his or her doing at the
Time,

once the will has been made
notrize, notory legally the will is
than put into a white envelope
large white envelope given to
clerk who is than state Clerk
who and for fileing will in the
County of the Court house
in which the will is being
file to show owner ship once
the person fileing the will
is Dead. then the will show
who will be or become
owner of property,

one has to have witness to the
sign of their his or her will and
has to have will legally (lawful)
stamp seal by a person license
lawfully to do so for the will to be
lawfully and legally in order to be so
if all is then done so the name ones,
or one new will has be will to one
person made the will has pass away
again then by law owner now has to total
except all responsibility of maintance,
up keep. paying taxs of property.
as file early other enclose page
and will become Deed because
passing of owner will then goes
into Deed record of County Court house
to prevent state from becomeing owner
of property due to one passing with out
leaveing a will. By leaveing a will
that prevent false, friuolous will from
claiming be file and at any time one
who is legally and lawfully the owner property
has been will or Deed to he or she
discover there has been a false or
friuolous false workless will
then the person whom who property
was lawfully legally will to has the
legal right to dispute the
friuolous will.

5.

if than no other ever claim such
than legal owner own property
and must again main tain upkeep
tax paid as again and there fore
that one or two owner are legally
lawfully owner.

Elder Deforrorrora Locust sinle
1989 has been and remain being
legally, lawfully owner of two property
location 1410 + 1412 parker avenue
kinston north carolina 28501,
the two property has a house one
each property,

the two property was legally and
lawfully will to Elder Deforrorrora Locust
by the owner of Both mr Sellie Locust
mr sellie Locust 1989 in the office
of whitley + wooten attorney
Everett wooten made the will in the
front of mr sellie Locust and
Elder Deforrorrora Locust and
two sister of mr sellie Locust
again in 1989.

mr sellie Locust also gave
each of his sister a copy of the
will haveing 3 sister at the
time, one who was 101yr old
mr sellie Locust age at the time
104 enclose in his right mine.

6   mr sellie Locust also gave Elder
Deforrorrora Locust a copy of the will
showing he Elder Deforrorora Locust
would be the owner of the property
and all that belong of that of,
mr sellie Locust once the passing of
he mr sellie Locust, the atte ask corverng
Elder Deforrorora Locust name he ask
what Type or kine of name is that
and ask of Elder Deforrorora Locust
how did you get that name,
I Elder Deforrorora Locust never
answer telling him.
All family member of the Locust
family clearly was aware of the will
property will to clearly understood.
start property became that of
who will to. was clearly.
once the city of Kinston
north Carolina north Carolina
relaize the valued the property
the pages follin, clearly show
the purpose for the law suit.

1, defendant are as list
white & allen PA

1    williamE manning Sr attorney
106 South mclewean street
kinston, nc 28562-3169

2    thomas J, white Sr

3    wm A. allen Sr
wm H.
he
office phone 252/527-8000

white & allen, PA
p o Box 3169
kinston, nc 28562-3169

all white allen
william E. manning Sr
106 S, mclewean s7
kinston nc

8) Joyce Grady and
   Lenoir County
   101 N Queen street
   Kinston, N C  28502

   City of Kinston

   Joyce Grady is office supervisor
       for Lenoir County Department
       Tax office,

   City of Kinston
   207 E King street
   Kinston. North Carolina
                      28562
   Elaine f. Marshall
   Secretary of state 29
   P O Box 29626
   Raleigh, N C  27626-6626

8. During the year 2007 I mail in a large payment toward my property Tax a great time afterward I got in the mail the the return amount I mail for the tax back with a letter telling me the amount is being return to me because of the legal paper has been file in court against me and I need to contact atty William Emanning Jr with the law firm of atty white, & allen of Kinston N C

this was un real so so unreal the frivolous pages to me from the law firm enclose with date material reach me,

Toyce Grady Lenoir County supervisor I request material concering same mail me copy of a letter she mail to Richard Loust 2005 concering tax Richard Loust never ever never ever paid a cent, dollar no noting toward property 1410 & 1412 parker avenue Kinston N C

he never owner ship to such.

10, Richard Locust pass 1993 Death
Richard D Locust Death 1993 age
94 never paid Tax on Two property
never own either never, never,
    since the passing of mr
Sellie Locust 1990 age 105 yr of age
aware of him self in his right mine,
never never never ever lefta
will To Richard D Locust of Durham
north Carolina,
    Be clearly understood Richard D
Locust pass 1993 age 94 never ever
own 1410 or 1412 nor even paid Tax
on neither or either pass without
leaveing any at all children
Richard D Locust livein Durham
north Carolina never live at
parker avenue property
    nor paid any Tax, nor Did
he ever have any children.
    He was the Brother of
mr Sellie Locust,
    once Richard D Locust discover
his brother in 1989 at the Time
mr Sellie Locust age 104
left him Richard D Locust
nothing, being Told by
    wooten & whitley
Same Law Firm made the will

11

for mr sellie Locust contact
mr Richard D Locust in Durham
north Carolina telling Richard D
Locust his Brother will the two
property to Elder De forrorrora Locust
Richard D Locust than got the
owner of Albritton - Carraway
funeral home owner since 88 I Kirk
Carraway and wife finally purchase the
funeral home after year of management
the deal was spephen Carraway
pretend to be mr sellie Locust insurance
agency so stephen Carraway told mr
sellie Locust he had some paper for
him mr sellie Locust to sign,
this was one sunday morning
october the exzacth day
because Elder De forrorrora Locust
live with mrs sellie Locust
During the 89 until mr sellie Locust
passing there for Elder De forrora Locust
and a sister of mr sellie Locust
was at the house that sunday
morning again a sunday morning.

13,

The phone ring about 10, am sunday morning october 89 a female cousin name Gerdine Locust was the caller she call to say she was bring cousin sallie some soup and her friend was bring her that was unusually because Gerdine Locust had her own automobile chevrolet station wagon small station wagon brown color in her late 80 own property and she had plenty plenty money stephen Carraway was her lover stephen Carraway Gerdine Locust was lover she was in her 80 years stephen Carraway has a wife.

Richard Locust promise stephen Carraway if he get his brother mr sellie Locust to sign the paper by way of Defraud or fraud mean then once mr sellie Locust pass then he stephen Carraway would get the body of mr sellie Locust for his funeral, and stephen Carraway did just that got mr sellie Locust body mill funeral home was then cross the 4 lane high way other side of the street from each other

14. once the passing mill funeral home was call because mill funeral home was the ones to handel the funeral for the wife of mr sellie so the family at the desire and wish of mr sellie Locust was to use mill funeral home plus mr mill owner of the mill family funeral home was and is a friend of mr sellie Locust a visit pal he often visit mr sellie Locust many many years.

mill funeral home was call to obtain the body of mr sellie Locust but once Richard D Locust in Durham got the call the passing of brother mr sellie Locust and told mills funeral home was the funeral home in charge. than he Richard D Locust at his Durham north Carolina home contact stephen Carraway to obtain the body of mr sellie Locust from the mill funeria home only about a block or two wide from each other stephen Carraway did Just that, obtain mr sellie Locust body.

12    Stephen Carraway III notary had
notarized     his notary had
expired date ran out no good
also he had curley Lofton
a witness   curley Lofton was
then the secretary for albritton
Carraway funeral home curley Lofton
has never never ever been in the
home of 1410 or 1412 property
avenue in his life neuer neuer
neuer had his foot. feets in the
home again of 1410 or 1412 nor was
curley sutton with stephen
carraway or Gerdine Locust that
sunday morning october 1989
stephen carraway forgot I was as usually
at 1410 parker avenue again sunday
morning plus mr sellie Locust
sister was at the house getting
mr sellie Locust meal ready
for him to eat at 12 oclock
     Carraway forgotten that
     so the lie about witness
support is a total lie
curley Lofton name was on
the will as a witness he
wasn't at the home that
sunday morning   his name again
was on the forge will.

17   I show him to court file
Jail file , prison record
showing prison, Jail I have
unlawfully un willing to have
been unlawfully un willing
incarcerated starting 1994 to
1999 all because the City of
Kinston personal & the County
personal of Lenoir county was
ram shacking search and taken item
out of my home he saw how my
Tax file was taken Deed paper
will we discuss clearly proven
property belong to me
elder Deforro no ro Locust by stating
Tax been only paid be me
since the passing of mr
sollie Locust and other proven the
same, He made all all all
he could do to prove because
some witness are dead he tryed
his best saying well he died
or she dead some of my
witness untile I ask him
to leave my home
right now get out of
my home march 20 08

18. To close the lies of the secretary of State
office I furnish paper from court
file record as well as every enclose
Jail incararation, prison record
enclose me being incarcerated 1994
Truele Lenoir County Jail Kinston
5-8-95  5-24-95  - 6-24-96
Lenoir county  3-15-97

3-19-99 Raleigh north Carolina
central prison and these enclose
isnt all the Jail & prison Lenoir
County and the city of Kinston personal
unlawfully and willfully had me
Elder Deforronora Louis I incararated
never never never ever did I
Elder Deforronora Lousi ever a
issue a warrant for arrest, at my home
1997 in front of the Lenoir County Court
house directly in front of the Lenoir
County Kinston Court house I was setting
out of my 4 door 1976  98 Oldsmobile
office came out of Court house
two Caucain male Deputy
Drag me out of my car
assault me incarcerated me in
Green County Snow Hill
north Carolina Jail 6-1997 untile
September 13 1997 release
no charge no Bond no nothing

19

I again ask the man to set up
and get out of my house right now
he than said I am trying, to help
you after I enform him that
he only came to my home
1410 parker avenue only to
prevent me Elder De forromose
Lous Talie to prevent law
suit against alls, he left
again while at my home
he did every thing I mean
every he could do to try to
cover up for Carraway, Wooten,
Whitley the County, the City
I gave him name of family member
address he could contact and
other people he could contact
he never every contact anyone
said he did not need any
other witness so he would
not except those name would
except their name, address,
so he had all he need,
the letter duted to me march 16
2004 is a Scam Elanefimarshell
cover up scam
using the US mail to
fraud & Defraud total
a fraud scam, page 17

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-414
EGS

**I. (a) PLAINTIFFS** Peter Deformation Locus T
1410 Parker ale                    80800

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Lenoir
(EXCEPT IN U.S. PLAINTIFF CASES)

1410 Parker ave Kinston, n
28501

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Self
1910 Parker-ale Kinston, n

**DEFENDANTS** Thomas J white wm. manning
robmcfeu cants, Kinston nc  bn
                                    sn

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Lenoir
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

---

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☒ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Hate Crime & other

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

⑨

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1546

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** □ YES   ■ NO

**VIII. RELATED CASE(S) IF ANY** N.F.    (See instruction)    □ YES   ☑ NO    If yes, please complete related case form.

**DATE** 3/7/08    **SIGNATURE OF ATTORNEY OF RECORD** NOT SIGNED

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date __28__ - 19 __94__

NAME _Dejoerona Locust_

ADDRESS _____

OFFENSE _____

DESK SERGEANT _____

SEARCHED BY _J.H._____

### PERSONAL PROPERTY

Vehicle Involved? _____ YEAR ___ MAKE ___ LIC. # ___ Impounded? ___ LOCATION ___

| | | | |
|---|---|---|---|
| Currency $ 190.00 | | Rings: | |
| Change $ .25 | | Keys: | 1 Set |
| Checks $ | | Cards: | |
| Total $ | | Knife | |
| Wallet | 1 | Lighter | |
| Watch | | Pen / Pencil | 1 |

OTHER ITEMS NOT CLASSIFIED _Pick_
_Eyeglasses_
_2 paper Clips_

_____
_____
_____
_____

I received the above listed articles on this date _____

_Triump_   Signature

08 0414

FILED

MAR - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _5/24_ 19 _95_

NAME _Deforrora Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _G. Taylor_

### —PERSONAL PROPERTY—

Vehicle Involved? _____  Impounded? _____

| | | | |
|---|---|---|---|
| Currency $ | 0 | Rings | |
| Change $ | | Keys | 1 |
| Checks $ | | Cards | |
| Total $ | | Knife | |
| Wallet | 1 | Lighter | |
| Watch | | Pen-Pencil | 2 |

OTHER ITEMS NOT CLASSIFIED _1 pr sunglasses, 1 pick_
_1 medication_

_I had money_
_keep my money I had money_

I received the above listed articles on this date _____

_____
Signature

_I refuse to sign_
_refuse to sign_

22

*Top Floor*

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _6/24_ 19 _96_

NAME _Deferrer Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _Danison_

### —PERSONAL PROPERTY—

| | YEAR | MAKE | LIC. # | | LOCATION |
|---|---|---|---|---|---|
| Vehicle Involved? | | | | Impounded? | |

| | | | |
|---|---|---|---|
| Currency $ _____ | | Rings | _____ |
| Change $ _____ | | Keys | _1set_ |
| Checks $ _____ | | Cards | _____ |
| Total $ _____ | | Knife | _____ |
| Wallet | _1_ | Lighter | _____ |
| Watch | _____ | Pen-Pencil | _1_ |

OTHER ITEMS NOT CLASSIFIED _____

_Check book #0141 4450 PLK_

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

23

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date ___3-15-___ 19_99_

NAME ___DeBorra Locust___

ADDRESS _____

OFFENSE _____

JAILOR _____

SEARCHED BY ___HoNTROS___

### —PERSONAL PROPERTY—

Vehicle Involved? _____   Impounded? _____
                        YEAR       MAKE      LIC. #                    LOCATION

Currency $ _____   Rings _____

Change  $ ___1.60___   Keys  ___1-set___

Checks  $ _____   Cards _____

Total   $ ___1.60___   Knife _____

Wallet  _____   Lighter _____

Watch   _____   Pen-Pencil _____

OTHER ITEMS NOT CLASSIFIED ___1- Toboggan   1-hair___
___pick___ _____

_____

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
        Signature

CPC-166

# CENTRAL PRISON
RALEIGH, N. C.

24

3 -19 -99
arrested

Date  5-28-99

NAME  DEFERROLA LOCUS

NUMBER

The following items were taken from the above inmate this date:

$22.47  CASH
$1.44  CASH

Total 73-91  Cash

arrested 3-19-99 Lenoir County Parking Lot Front of Courthouse

The above is correct and agrees with the description of each item.

INMATE                          NUMBER

CUSTODIAL OFFICER

I have received from Central Prison this date, the above stated property.

INMATE                          NUMBER

CUSTODIAL OFFICER

DATE

25 arrested march 19-1999 at my
home 1410 parker avenue
with my pama Jama on AM Time
Beaten Beaten Beaten to the
arms, less, and other part of my
body by two Lenoir county caucain
Deputy male, no charge, no warrant
no no nothing taken to Lenoir county
kinston Jail from 3-19-99 untile
april 1-99 told get my thing I was
going home walk out of the cell
into the Lenoir county Sheriff dept
only to be put into leg iron chs chanse)
leg iron both leg ankes both rish
chay hook to my waste Transfer to
central prison Raleigh north carolina
no charge no warrant no nothing
from april-1-99 to may 28-99
central prison fit show arrested
3-19-99 release is a lie
arrested kinston 3-19-99
april 1-99 transfer Raleigh
cell 28 18 murder 18
some kill two peples
I had no Bond, no warrant
no nothing from kinston or
central prison

26. later I obtain papers saying
I was incarcerated Raleigh
central prison to remain there
central prison Raleigh untile
I Elder Deforrorrora Locust agree
to leave my home 1410 parker
avenue kinston I never agree to

Because I bough legal action
against central prison the
US District court clerk in
Raleigh north carolina clerk office
Defraud me out of the fileing fee
pretending I never paid fee
which I paid.

Because a Caucain male
in central prison assault me
while I was gong to put trash into
a trash bag about 20 to 25 feet
from the cell after that
Black Beat the Caucain male
Beat him down did Black male.

now other Black prison
offical got involve cep sct
than kinston was call
To come get Elder Deforrorrore
Locust thay happth
Call made 5-28-99 kinston
came I was release.

27. Beaten by caucain male early
But prison offical and inmate
beganing takin action after
Beating the caucain got me release.
kinston was call day later.
Because I was Beaten let me
be clarly understood Lenoir County
personal told the prison offical
in Releigh north Carolina To put
Elder Deforrorrora lowst in dangerous
condition untile he asree to leave
his parker avenue kinston
home the prison offical shove
the material to Elder
Deforrorrora lawst material was
fax To prison offical
        I stayed in a cell only 4 feet
    only 4 feet wide 9 feet long
from april to may 28 99 because
all inmate total 24 with me
in the cell 18 murder so in prison
I was told stay in the cell 24 hour
I came out for noting
april to may the day I was assaulted
cell door was open for me to
put Trush in Trosh bas.
first Time that ever happen
because cell stayed lock
day + night Total,

28 Taken To Jail Kinston from prison
get home that day house broken into
atty Dal f wooten,

incarcerated kinston Jail

several Time 1995 with
prison Goldsboro, n C
newest prison
Greenville, n C Jail
over 90 days 1994

because Dal f wooten Lenoin County
city personel from 1994 un Tile
may 28-99 finally found
Copy of my will all finally
all Tax I had paid.
So now atty Dale wooten, Kinston
official County official got got
my will, Tax record I have paid
now here came Total fraud
Total Take my property
all these record false
incarcerations was show to the
person from secatary of stat
office at my home

29, Kinston & County personal start in 1994 have ask ask ask me to sell the city of Kinston my two property I have refuse refuse to sell over over so I was incarcerated will Destryed from count house replace will for other one on town every time I come home I had to pay tax year back

Dalf wooten is the secret owner of my two property all charge against me once I was release all file show change fut have Edd, Deferments Locust incarcerated fut by atty Dal Fwooten Caucain male homo sexuel secctary of state save all, Because of the so call

Grp Grp p to be build and a new school to be build the County and city won't my property Dalf wooten secretly own my property,,

30   atty DALF wooten attorney
     Come To 1410 parkravenue
     From 1994 to may 1999
     u haul Truck take take take
     item out of house 1410 &
     1412 parker ave home
        neighbor call call law
        law personel come do nuthing
     over der nothing nothing
        I call call call onice
     get out of Jail, prison
     law come zeur nuver
     do any thing Dal f wooten
     set the property 1410 a fire
     I war incarrenated
       pokie came did nething

3)

# Whitley, Rodgman & Whitley
LLP



Robert E. Whitley
Paul A. Rodgman
Robert E. Whitley, Jr.
Benjamin H. Whitley

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433
www.wrwlaw.com

OTHER LOCATIONS:

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 635-6621

December 15, 2003

State of North Carolina
Department of the Secretary of State
P. O. Box 29626
Raleigh, NC 27626

Attn: **Mary A. Moore, Enforcement Manager**
**Notary Public Section**

RE:   File Number 2003-NP-2048

Dear Ms. Moore:

I have received your letter regarding the above-referenced complaint which disturbs me a great deal. Having been a Notary Public for over twenty-three years and knowing my responsibilities, I would never have notarized this document if the Testator had not been in my presence. Unfortunately, I cannot give you any particular details since this was done so long ago. Mr. Locust was a client of ours and the two witnesses were employees of our law firm at the time the document was executed.

Please let me know if you need additional information.

Sincerely yours,

Dorothy G. Holt

DGH

Made will for Elder Defferrerson Locust
Elder Defferrerson Locust
Tuc sister mr sellie Locust
was there also,

32



*State of North Carolina*
*Department of the Secretary of State*

ELAINE F. MARSHALL
SECRETARY OF STATE

Michael J. Brown, Investigator
Certification & Filing Division

December 29, 2003

**DEFORRORA LOCUST**
**1410 PARKER AVENUE**
**KINSTON, NC 28501**

Re:  Notary Complaint 2003-NP-2048 (Dorothy G. Holt)

Dear Mr. Locust,

The Department of the Secretary of State has assigned me to investigate the allegations against Ms. Holt. We have received an initial response from the notary in reference your complaint. Enclosed is a copy of the response for your review.

To further my investigation into this matter, please inform me how I might contact the following people who seem would have knowledge in this complaint:

Sellie Locust
Richard D. Locust
Geradine Locust
Curly Lofton

Also, to clarify my understanding of your complaint, as you saying that the Last Will and Testament of Sellie Locust dated April 6, 1988, or the Codicil to the Last Will and Testament of Sellie Locust, dated October 10, 1989, or both, is forged? Additionally, you state that you will was forged, but I see no copy or information on a will on yourself, only the Will and Codicil of Sellie Locust. Is there also a will of yours that is in question?

We ask that you please respond in writing with the requested information within ten (10) business days. Should you have questions, please feel free to contact me at 919-807-2122.

Sincerely,

Michael J. Brown
Investigator

Enclosure:
Letter of response, notary public Dorothy G. Holt, dated December 15, 2003

---

PO BOX 29626, RALEIGH, NC  27626-0626
VOICE 919-807-2122  - FAX 919-807-2130
E-MAIL: mbrown@sosnc.com

WEB SITE ADDRESS :WWW.SOSNC.COM

33



*State of North Carolina*
*Judicial Standards Commission*

P.O. Box 1122
Raleigh, NC 27602
(919) 733-2690

JUDGE JOHN C. MARTIN, CHAIRMAN
RONALD BARBEE, VICE-CHAIRMAN
JAMES L. MEBANE, SECRETARY
JUDGE RICHARD D. BONER
JUDGE JOYCE A. HAMILTON
WILLIAM O. KING
T. RAY WARREN

PAUL R. ROSS
EXECUTIVE SECRETARY

December 22, 2003

<u>CONFIDENTIAL</u>

Ms. Elder Deforrorrora Locust
410 Parker Ave.
Kinston, NC 28501

Dear Ms. Locust:

The Judicial Standards Commission met in Raleigh on December 19, 2003, at which time it reviewed your complaint concerning Senior Resident Superior Court Judge Paul L. Jones.

Having considered the allegations of your complaint, the Commission has asked me to notify you that it determined that your complaint did not present sufficient evidence of any judicial misconduct that would be the basis for a preliminary investigation. Therefore, no further action will be taken in this matter and your file has been closed.

By closing your file, the Commission is not necessarily communicating agreement with the judge's actions nor disagreement with your perception of the matter. The closure of your complaint indicates that the Commission did not find a sufficient factual basis within your complaint to warrant further inquiry into the matter.

The allegations of your complaint were carefully examined in light of the Code of Judicial Conduct and North Carolina law by the Commission, which consists of three judges, two lawyers and two lay persons. While you may not agree with the Commission's final determination, please be assured that your complaint was individually and thoroughly considered by each member of the Commission.

Sincerely,

*Paul R Ross*

Paul R. Ross
Executive Secretary

PRR/tkw

WOOTEN & BROCK, P.L.L.C.

ATTORNEYS AT LAW
P.O. BOX 2163
112 E. GORDON STREET
KINSTON, NC 28502-2163

PLEASE FORWARD
ADDRESS CORRECTION REQUESTED

KINSTON NC 285 07/07/98 17:05

2850143130

Mr. Defororora Locust
1410 Parker Avenue
Kinston, North Carolina 28501





sough of the court                    43

against ads enclosing following

william E manning Jr atty
the amount of 75 million Dollars
and he never ever have a law
license in america ever again
and state and federal charge be file
and en force against him and that
he turn his law license to practie
law license be turn to me
Elder Deformomora Locust within the
time no long than 30 day no longer
if longer than 30 day ever day
after 30 day he william E manning
Jr pay Elder De formomora Locust
the amount of $1,000 a day un tile
william Emenning Jr turn license in,
once license turn to Elder
Deformmora Locust will turn the
Law licence to the north carolina
state Bar Releigh, N c, 27602

against the city of kinston north Carolina the amount of 9 hundred and 99 million Dollors and the city lose it charter and no longer has a charter again to be a city and loses all total all fund be drop that from the city due to be it no longer a city all all city fund be discontinue from the city of kinston and amount of money be paid to elder Deforrorrora Locust within no longer than time of 30 day if so any longer amount of 5 thowsand dollors be paid a day to elder Deforrorrora Locust every day antile the amount fileing for in the fileing is paid and all done as fileing

against the County the amount
of 99 million Dollars and
all Total all all all federal
funding be discontinue the
      GTP all all federal
funding be discontinue
stop total no more
federal funding or state
funding be given to the
GTP in Kinston
north Carolina
and all in the fileing be done
within 30 day no longer
if money not paid to Elder
Deforrorrora Locust than the
County of Lenoir county pay the
amount of 7 thousand dollar a
day to Elder Deforrorrora
Locust a day untile all money
and other fileing has been done,

Joyle Grady and Tax Department

the amount of 14 million
Dollors and Joyle Grady be
remove total from the tax
office Department and
criminal charges be file
against Joyle Grady and that
money be paid within 30 day
and any not paid within 30 day
untile all paid the amount
of 6 thousand dollor a day
be paid untile all been done

against

Thomas J. white atty
the amount 100.00
thousand daller and he
turn license license to Elder
Deforrerrora Locust within 30 day
lice will then be turn to
north carolina state Bar By
Elder Deforrerrora Locust
if license and amount of money
has be paid and mr white pay
6 thousand daller a day
to Elder Deforrerra Locust to
all is done he no longe
obtain a law license in USA
again.

Elder Deforrera Locust
1416 parker avenue
Kinston nc
28501
2-7 08
41 page