IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:08-cv-00414 (EGS) |
| | ) |
| WILLIAM MANNING, JR., ESQ., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION OF DEFENDANTS MANNING AND WHITE & ALLEN, P.A.
FOR EXTENSION OF TIME, IF NECESSARY,
TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants William E. Manning, Jr., Esq. and White & Allen, P.A. respectfully request that the Court grant them an extension of time, until April 28, 2008, to file a responsive pleading to the Complaint filed in this matter. In support of the instant Motion, Defendants Manning and White & Allen, P.A. respectfully direct the Court's attention to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/ James W. Gladstone
Paul A. Kaplan (D.C. Bar No. 243394)
James W. Gladstone (D.C. Bar No. 393283)
WOMBLE CARLYLE SANDRIDGE
   & RICE, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC  20005
(202) 857-4400 (tel)
(202) 467-6910 (fax)

*Counsel for Defendants William E. Manning, Jr.
and White & Allen, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2008, I served a copy of the foregoing Motion of Defendants Manning and White & Allen, P.A. for Extension of Time, if Necessary, to File a Responsive Pleading to Plaintiff's Complaint, the Memorandum of Points and Authorities in support thereof and proposed Order, electronically, upon the following:

>Kelvin L. Newsome
>LeClairRyan
>999 Waterside Drive
>Suite 2525
>Norfolk, VA  23510
>
>Megan S. Ben'Ary
>LeClairRyan
>225 Reinekers Lane
>Suite 700
>Alexandria, VA  22314

and via first class mail, postage prepaid, on the following:

>Deforrorora Locust
>1410 Parker Avenue
>Kinston, NC  28501
>
>John Grady
>101 North Queen Street
>Kinston, NC  28501
>
>Joyce Grady
>Lenoir County Tax Department
>101 North Queen Street
>Kinston, NC  28501
>
>City of Kinston, North Carolina
>207 East King Street
>Kinston, NC  28501
>
>Elaine Marshall
>Secretary of State of the State of North Carolina
>P. O. Box 29626
>Raleigh, NC  27626

It is the understanding of the undersigned counsel that the following individuals are deceased and have, therefore, not been served:

> Thomas J. White, Jr.
> William A. Allen, Jr.

/s/ James W. Gladstone
James W. Gladstone

WCSR 3874738v1

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFORRORORA LOCUST, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM MANNING, JR., ESQ., et al., )<br>)<br>       Defendants. )<br>                                  ) | Case No.: 1:08-cv-00414 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANTS MANNING AND WHITE & ALLEN, P.A.
FOR EXTENSION OF TIME, IF NECESSARY,
TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendants William E. Manning, Jr., Esq. and White & Allen, P.A. state as follows in support of their request that the Court grant them an extension of time, until April 28, 2008, to file a responsive pleading to the Complaint filed in this matter:[1]

    1.    Plaintiff, as alleged in his Complaint a resident of North Carolina, filed his pro se Complaint in the instant matter on or about March 7, 2008.

    2.    Plaintiff apparently attempted to serve process in this matter on Defendants Manning and White & Allen, P.A., by delivering, himself, copies of the Complaint, Summons, and other documentation to an employee of White & Allen, P.A. at its offices in Kinston, North Carolina, on March 18, 2008.

    3.    Plaintiff's service of process was improper because, perhaps among other reasons, (a) a party is not permitted make service of process of a Complaint and Summons under the law

---

[1] Plaintiff has named Thomas J. White, Jr. and William A. Allen, Jr., the founders of Defendant White & Allen, P.A., as defendants in this matter. As Defendants Manning and White & Allen, P.A. anticipate addressing in their forthcoming Motion to Dismiss, both Mr. White and Mr. Allen are and were deceased at all times relevant to this matter.

of either the District of Columbia or North Carolina (the jurisdiction in which process was delivered) and (b) because Plaintiff failed to have process personally or otherwise properly served on the individual defendant, Mr. Manning, or to serve an officer, director, managing or general agent, or other authorized agent of White & Allen, P.A.

4. Had Plaintiff properly served these defendants on March 18, 2008, a responsive pleading would be due on April 7, 2008.

5. Defendants Manning and White & Allen, P.A. intend to file a Motion to Dismiss in this matter based on, perhaps among other matters, lack of personal jurisdiction, improper venue and insufficient service of process. In an abundance of caution, Defendants Manning and White & Allen, P.A. seek an extension of time, if necessary, to file such responsive pleading.

6. As the Court is aware from a review of Plaintiff's lengthy pro se Complaint, the Complaint is extremely difficult to comprehend. Additionally, it has taken some time for Defendants Manning and White & Allen, P.A. to locate counsel in the District of Columbia and it will take additional time to prepare a Motion to Dismiss and supporting affidavits. As such, Defendants respectfully submit that it will serve the interests of justice to permit Defendants Manning and White & Allen, P.A. to submit a responsive pleading to Plaintiff's Complaint on or before April 28, 2008.

3

Wherefore, Defendants William E. Manning, Jr., Esq. and White & Allen, P.A. respectfully request that the Court enter the attached proposed Order granting them until April 28, 2008, to file a responsive pleading to Plaintiff's Complaint in the above-captioned action.

Respectfully submitted,

/s/ James W. Gladstone
Paul A. Kaplan (D.C. Bar No. 243394)
James W. Gladstone (D.C. Bar No. 393283)
WOMBLE CARLYLE SANDRIDGE
   & RICE, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC 20005
(202) 857-4400 (tel)
(202) 467-6910 (fax)

*Counsel for Defendants William E. Manning, Jr. and White & Allen, P.A.*

WCSR 3874734v1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,  )<br>  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>WILLIAM MANNING, JR., ESQ., et al., )<br>  )<br>       Defendants.  )<br>_____) | Case No.: 1:08-cv-00414 (EGS) |

### ORDER

Upon consideration of the Motion of Defendants Manning and White & Allen, P.A. for Extension of Time, if Necessary, to File a Responsive Pleading to Plaintiff's Complaint (the "Motion"), any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants William E. Manning, Jr., Esq. and White & Allen, P.A. shall file a responsive pleading to the Complaint filed by Plaintiff in the above-captioned matter on or before April 28, 2008.

                                                                            _____
                                                                             United States District Judge

Copies to:

Deforrorora Locust
1410 Parker Avenue
Kinston, NC  28501

Paul A. Kaplan
James W. Gladstone
Womble Carlyle Sandridge
    & Rice, PLLC
1401 Eye Street, NW
Seventh Floor
Washington, DC  20005

Kelvin L. Newsome
LeClairRyan
999 Waterside Drive
Suite 2525
Norfolk, VA  23510

Megan S. Ben'Ary
LeClairRyan
225 Reinekers Lane
Suite 700
Alexandria, VA  22314

John Grady
101 North Queen Street
Kinston, NC  28501

Joyce Grady
Lenoir County Tax Department
101 North Queen Street
Kinston, NC  28501

City of Kinston, North Carolina
207 East King Street
Kinston, NC  28501

Elaine Marshall
Secretary of State of the State of North Carolina
P. O. Box 29626
Raleigh, NC  27626