## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DEFORRORORA LOCUST,**

**Plaintiff,**

v.

**WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,**

**Defendant.**

**CIVIL ACTION NO. 1:08-cv-00414**
**Judge Emmet G. Sullivan**

### MOTION OF DEFENDANT CITY OF KINSTON FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**NOW COMES** the Defendant, City of Kinston, and requests the Court to grant it a twenty (20) day extension of time, until April 28, 2008, to file a responsive pleading to Plaintiff's Complaint pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure. In support of this motion, Defendant respectfully submits the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

This the 8th day of April, 2008.

**s// Dwight D. Murray**
**DWIGHT D. MURRAY**
**D.C. BAR NO. 228932**
**Attorney for Defendant City of Kinston**
**Jordan Coyne & Savits, LLP**
**1100 Connecticut Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20036**
**PH:    202.296.4747**
**FAX:  202. 496.2800**
**d.murray@jocs-law.com**

**s// Joseph S. Murray, IV _pro hac vice_**
Attorney at Law
Hedrick Gardner & Garofalo, LLP
P.O. Box 30397
Charlotte, NC  28230
(704) 319-5452
(704) 602-8160  Fax.
jmurray@hedrickgardner.com
  Co-Counsel for Defendant City of Kinston

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County,
Joyce Gra
122-00172 - Doc. No. 11

2

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEFORRORORA LOCUST,

                                        Plaintiff,

v.

WILLIAM MANNING, JR., ESQUIRE,
THOMAS J. WHITE, JR., WILLIAM A.
ALLEN, JR., WHITE & ALLEN, JOHN
GRADY, LENOIR COUNTY, JOYCE GRADY,
CITY OF KINSTON AND ELAINE
MARSHALL,

                                        Defendant.

CIVIL ACTION NO. 1:08-cv-00414
Judge Emmet G. Sullivan

## MEMORANDUM OR POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANT CITY OF KINSTON FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant City of Kinston state as follows in support of its request that the Court grant it an extension of time until April 29, 2008 to file a pleading responsive to Plaintiff's Complaint:

1.      Plaintiff filed the pro se Complaint in this action on or about March 7, 2008.

2.      Plaintiff's Complaint consists of 45 handwritten pages alleging numerous claims that span almost twenty (20) years. Much of Plaintiff's Complaint is unintelligible and incoherent.

3.      Plaintiff attempted to personally serve Defendant City of Kinston on March 19, 2008. Plaintiff presented the Summons, Plaintiff's Complaint, and other documents to an employee of Defendant City of Kinston.

4.      While Plaintiff's attempt to serve Defendant City of Kinston by personally delivering papers to an employee of Defendant is invalid, if service was properly obtained, Defendant City of Kinston would be required to file a responsive pleading on or before April 8, 2008.

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

3

5.    Defendant City of Kinston has diligently sought counsel for the District of Columbia; however, it has taken an extended amount of time to find counsel. The motion for extension of time was filed shortly after Defendant City of Kinston obtained counsel in the District of Columbia.

6.    Due to the length of the handwritten Complaint and the difficulty understanding Plaintiff's actual allegations, Defendant City of Kinston has had insufficient time to gather information necessary to respond to Plaintiff's Complaint. Further, Defendant City of Kinston believes that a Motion to Dismiss pursuant to Rule 12 of the Federal Rules of Procedure may be appropriate and it requires additional time to gather affidavits and documents in support of and draft the Motion to Dismiss.

Wherefore, Defendant City of Kinston prays to the Court that it grant an extension of twenty (20) days, up to and including April 28, 2008, to file a responsive pleading to Plaintiff's Complaint.

This the 8th day of April, 2008.

**s// Dwight D. Murray**
**Dwight D. Murray**
**D.C. Bar No. 228932**
**Attorney for Defendant City of Kinston**
**Jordan Coyne & Savits, LLP**
**1100 Connecticut Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20036**
**PH:    202.296.4747**
**FAX:  202. 496.2800**
**d.murray@jocs-law.com**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

4

<u>s// Joseph S. Murray, IV</u> *pro hac vice*
**Attorney at Law**
**Hedrick Gardner & Garofalo, LLP**
**P.O. Box 30397**
**Charlotte, NC  28230**
**(704) 319-5452**
**(704) 602-8160  Fax.**
<u>**jmurray@hedrickgardner.com**</u>
**Co-Counsel for Defendant City of Kinston**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra

5

122-00172 - Doc. No. 11

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion of Defendant City of Kinston for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint, Memorandum of Points and Authorities,** and **proposed Order** was served upon all counsels and parties of record electronically:

| | | |
|---|---|---|
| Megan S. Ben'Ary | Kevin L. Newsome | Paul A. Kaplan |
| LeClairRyan | LeClairRyan | James W. Gladstone |
| 225 Reinekers Lane, Suite 700 | 999 Waterside Drive, Suite 2525 | Womble Carlyle Sandridge & Rice, PLLC |
| Alexandria, VA 22314 | Norfolk, VA 23510 | 1401 Eye Street, N.W., 7th Floor |
| *Counsel for Defendant Lenoir County.* | *Counsel for Defendant Lenoir County.* | Washington, D.C. 20005 |
| | | *Counsel for Defendants William E. Manning, Jr. and White & Allen, P.A.* |

And by depositing a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope addressed as follows:

| | |
|---|---|
| DeForrorora Locust | Joyce Grady |
| 1410 Parker Avenue | Lenoir County Tax Department |
| Kinston, NC 28501 | 101 North Parker Avenue |
| *Pro se Plaintiff.* | Kinston, NC 28501 |
| | |
| John Grady | Elaine Marshall |
| Lenoir County Tax Department | Secretary of State of the State of North Carolina |
| 101 North Parker Avenue | P.O. Box 29626 |
| Kinston, NC 28501 | Raleigh, NC 27626 |

Upon information and belief, the following individuals are deceased and have not been served:

Thomas J. White Jr.
William A. Allen Jr.

This the 8th day of April, 2008.

**s// Dwight D. Murray**
**DWIGHT D. MURRAY**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

6

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,<br><br>                                    **Plaintiff,**<br><br>**v.**<br><br>**WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,**<br><br>                                    **Defendant.** | **CIVIL ACTION NO. 1:08-cv-00414**<br>**Judge Emmet G. Sullivan** |

## ORDER

**THIS CAUSE,** being heard by the undersigned upon Motion of Defendant City of Kinston for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint, pursuant to Rule 6 of the Federal Rules of Civil Procedure, all opposition thereto, and the entire record;

**IT IS ORDERED THAT** the Motion is GRANTED; and that Defendant City of Kinston shall file a responsive pleadings to Plaintiff's Complaint on or before the 9th day of May, 2008.

**This the** _____ **day of** _____, **2008.**

_____
**United Stated District Court Judge**
**Emmet G. Sullivan**