UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Case No. 1:08-cv-00414

DEFORRORARA LOCUST,

   Plaintiff,

   vs.

WILLIAM MANNING JR., ESQ.,
THOMAS J. WHITE, JR., WILLIAM A.
ALLEN, JR., JOHN GRADY, LENOIR
COUNTY, JOYCE GRADY, CITY OF
KINSTON, and ELAINE MARSHALL,
NORTH CAROLINA SECRETARY OF
STATE

   Defendants.

## MOTION FOR ENLARGEMENT OF TIME

**PURSUANT** to F.R. Civ. P., Rule 6, now comes Defendant, Elaine Marshall, North Carolina Secretary of State, through undersigned counsel and respectfully moves the Court to enlarge the time in which she may serve an answer or other response to Plaintiff's complaint. This motion is made without making a general appearance and is made without waiving any other arguments and defenses. This motion also does not waive any objections to either personal or subject matter jurisdiction. In support of this motion, this defendant shows the Court the following:

1.    Defendant, Elaine Marshall, North Carolina Secretary of State was served with the complaint on March 25, 2008.

2.    The time prescribed for Defendant's response to the complaint, has not yet expired.

3.    Counsel for Defendant needs an additional thirty (30) days, to and including May 14,

2008, in which to consult with Defendant and research the response to the complaint.

**WHEREFORE**, defendant, Elaine Marshall, North Carolina Secretary of State, respectfully

requests the court to grant an extension of time, to and including May 14, 2008, in which to serve

the answer or other response to the complaint.

Respectfully submitted, this the 10th day of April, 2008.

ROY COOPER
Attorney General

By: /s/ Tiare B. Smiley

Tiare B. Smiley
Special Deputy Attorney General
N.C. Bar No. 7719
North Carolina Department of Justice
(919) 716-6900
Fax (919) 716-6763


By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME** in the above captioned matter upon Plaintiff by U. S. mail, postage prepaid as follows:

> DeForrorora Locust
> 1410 Parker Ave.
> Kinston, NC 28501

This the 10th day of April, 2008.

> ROY COOPER
> Attorney General
>
>
> By: /s/ Tiare B. Smiley
> Tiare B. Smiley
> Special Deputy Attorney General

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**Case No. 1:08-cv-00414**

| | |
|---|---|
| **DEFORRORARA LOCUST,** | |
| **Plaintiff,** | |
| **vs.** | |
| **WILLIAM MANNING JR., ESQ., THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON, and ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE** | |
| **Defendants.** | |

**ORDER ENLARGING TIME TO ANSWER OR RESPOND**

**PURSUANT** to F.R.Civ. P., Rule 6, and upon motion by Defendant, Elaine Marshall, North Carolina Secretary of State, and for good cause shown, it is hereby **ORDERED** that Defendant, Elaine Marshall, North Carolina Secretary of State, shall have to and including Wednesday, May 14, 2008, to serve her answer or other response to the complaint.

This the _____ day of April, 2008.

_____
Emmet G. Sullivan
United States District Court Judge