# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFORRORORA LOCUST,**<br><br>                                             **Plaintiff,**<br><br>v.<br><br>**WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,**<br><br>                                             **Defendant.** | **CIVIL ACTION NO. 1:08-cv-00414**<br>**Judge Emmet G. Sullivan** |

## MOTION TO ADMIT ATTORNEY TO APPEAR IN THIS ACTION
## *PRO HAC VICE*

**PURSUANT TO** Local Rule 83.2(d), Dwight D. Murray, attorney for Defendant, the City of Kinston, hereby moves for leave to permit the appearance of attorney Elizabeth A. Martineau, of Hedrick, Gardner, Kincheloe & Garofalo, LLP located in Charlotte, North Carolina, *pro hac vice* in this action on behalf of this Defendant.  In support of this Motion, this Defendant shows the following:

1.      The undersigned attorney is a member in good standing of the Bar of this Court and has already appeared on behalf of the Defendant, the City of Kinston, in this action.

2.      Attached as Exhibit A is the declaration of Elizabeth A. Martineau in conformance with Local Rule 83.2(d).

**WHEREFORE**, the undersigned counsel prays that the Court grant this Motion to allow Elizabeth A. Martineau of the firm Hedrick, Gardner, Kincheloe & Garofalo, LLP to appear *pro hac vice* on behalf of Defendant, the City of Kinston, in this action.

THIS THE __TH DAY OF APRIL, **2008.**

                                                s//
DWIGHT D. MURRAY
D.C. BAR NO. 228932
**Attorney for Defendant City of Kinston**
**Jordan Coyne & Savits, LLP**
**1100 Connecticut Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20036**
**PH:   202.296.4747**
**FAX:  202. 496.2800**
**d.murray@jocs-law.com**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion to Admit Attorney to Appear in this Action *Pro Hac Vice*, Declaration of Elizabeth A. Martineau, and proposed Order** was served upon all counsels and parties of record electronically:

| | | |
|---|---|---|
| Megan S. Ben'Ary<br>LeClairRyan<br>225 Reinekers Lane, Suite 700<br>Alexandria, VA 22314<br>*Counsel for Defendant Lenoir County.* | Kevin L. Newsome<br>LeClairRyan<br>999 Waterside Drive, Suite 2525<br>Norfolk, VA 23510<br>*Counsel for Defendant Lenoir County.* | Paul A. Kaplan<br>James W. Gladstone<br>Womble Carlyle Sandridge & Rice, PLLC<br>1401 Eye Street, N.W., 7th Floor<br>Washington, D.C. 20005<br>*Counsel for Defendants William E. Manning, Jr. and White & Allen, P.A.* |

And by depositing a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope addressed as follows:

| | |
|---|---|
| DeForrorora Locust<br>1410 Parker Avenue<br>Kinston, NC 28501<br>*Pro se Plaintiff.* | Joyce Grady<br>Lenoir County Tax Department<br>101 North Parker Avenue<br>Kinston, NC 28501 |
| John Grady<br>Lenoir County Tax Department<br>101 North Parker Avenue<br>Kinston, NC 28501 | Elaine Marshall<br>Secretary of State of the State of North Carolina<br>P.O. Box 29626<br>Raleigh, NC 27626 |

Upon information and belief, the following individuals are deceased and have not been served:

       Thomas J. White Jr.
       William A. Allen Jr.

    This the __th day of April, 2008.

                                          **S// DWIGHT D. MURRAY**
                                          **DWIGHT D. MURRAY**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFORRORORA LOCUST,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,**<br><br>            **Defendant.** | **CIVIL ACTION NO. 1:08-cv-00414**<br>**Judge Emmet G. Sullivan** |

## ORDER

THIS MATTER is before the Court upon motion by Defendant, **City of Kinston**, to admit Elizabeth A. Martineau to participate in court proceedings *pro hac vice*.

It appearing that Mrs. Martineau is an attorney in good standing in Massachusetts and North Carolina, has not been admitted *pro hac vice* into this Court in the past two years, and does not engage in the practice of law in the District of Columbia, is not a member of the District of Columbia bar, and does not have a pending application for membership;

It is therefore ORDERED, ADJUDGED, and DECREED that Elizabeth A. Martineau is admitted to participate in court proceedings in this action *pro hac vice*.

This the ____ day of _____, 2008.

                   _____
                   **United Stated District Court Judge**
                   **Emmet G. Sullivan**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,<br><br>          **Plaintiff,**<br><br>v.<br><br>WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,<br><br>          **Defendant.** | CIVIL ACTION NO. 1:08-cv-00414<br>Judge Emmet G. Sullivan |

**DECLARATION IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

**PURSUANT TO** Local Rule 83.2(d), Elizabeth A. Martineau, of Hedrick, Gardner, Kincheloe & Garofalo, LLP, attorney for Defendant, the City of Kinston, declares the following in support of the **Motion to Admit Attorney to Appear in this Action Pro Hac Vice**:

1. My full name is Elizabeth Ann Martineau.

2. My office address is 6000 Fairview Road Suite 1000, Charlotte, North Carolina 28230, with a mailing address of P.O. Box 30397, Charlotte, North Carolina 28210. My office telephone number is 704.366.1101.

3. I am licensed to practice in Massachusetts and North Carolina. I have never been disciplined by any Bar; I am a member of the Bar in good standing in the jurisdictions where I have been admitted to practice; and there are no disciplinary proceedings pending against me as a member of the Bar in the jurisdictions where I have been admitted to practice.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I do not engage in the practice of law in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 10

1

2

pending. My law firm, Hedrick, Gardner, Kincheloe & Garofalo, LLP, does not maintain an office in the District of Columbia.

6. I have read and I am familiar with the Rules of the United States District Court for the District of Columbia.

This the 7th day of April, 2008.

                                                        **S// ELIZABETH A. MARTINEAU**
                                                        **Elizabeth A. Martineau**
                                                        **NC State Bar No 26394**
                                                        **Attorney for Defendant City of Kinston**
                                                        **Hedrick, Gardner, Kincheloe & Garofalo, LLP**
                                                        **P.O. Box 30397**
                                                         **Charlotte, NC  28230**
                                                        **Phone:   (704) 366-1101**
                                                       **Fax:     (704) 366-6181**
                                                       **emartineau@hedrickgardner.com**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 10

2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,<br><br>**Plaintiff,**<br><br>v.<br><br>WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,<br><br>**Defendant.** | CIVIL ACTION NO. 1:08-cv-00414<br>Judge Emmet G. Sullivan |

**DECLARATION IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

**PURSUANT TO** Local Rule 83.2(d), Joseph S. Murray, IV, of Hedrick, Gardner, Kincheloe & Garofalo, LLP, attorney for Defendant, the City of Kinston, declares the following in support of the **Motion to Admit Attorney to Appear in this Action Pro Hac Vice**:

1. My full name is Joseph Smith Murray, IV.

2. My office address is 6000 Fairview Road Suite 1000, Charlotte, North Carolina 28230, with a mailing address of P.O. Box 30397, Charlotte, North Carolina 28210. My office telephone number is 704.366.1101.

3. I am licensed to practice in North Carolina. I have never been disciplined by any Bar; I am a member of the Bar in good standing in the jurisdiction where I have been admitted to practice; and there are no disciplinary proceedings pending against me as a member of the Bar in the jurisdiction where I have been admitted to practice.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I do not engage in the practice of law in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 16

1

pending. My law firm, Hedrick, Gardner, Kincheloe & Garofalo, LLP, does not maintain an office in the District of Columbia.

6.     I have read and I am familiar with the Rules of the United States District Court for the District of Columbia.

This the 7th day of April, 2008.

**s// JOSEPH S. MURRAY, IV**
**Joseph S. Murray, IV**
**NC State Bar No 34123**
**Attorney for Defendant City of Kinston**
**Hedrick, Gardner, Kincheloe & Garofalo, LLP**
**P.O. Box 30397**
**Charlotte, NC  28230**
**Phone:   (704) 366-1101**
**Fax:       (704) 366-6181**
**jmurray@hedrickgardner.com**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 16

2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,<br><br>             **Plaintiff,**<br><br>v.<br><br>WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,<br><br>             **Defendant.** | CIVIL ACTION NO. 1:08-cv-00414<br>Judge Emmet G. Sullivan |

**MOTION TO ADMIT ATTORNEY TO APPEAR IN THIS ACTION**
*PRO HAC VICE*

**PURSUANT TO** Local Rule 83.2(d), Dwight D. Murray, attorney for Defendant, the City of Kinston, hereby moves for leave to permit the appearance of attorney Elizabeth A. Martineau, of Hedrick, Gardner, Kincheloe & Garofalo, LLP located in Charlotte, North Carolina, *pro hac vice* in this action on behalf of this Defendant.  In support of this Motion, this Defendant shows the following:

  1. The undersigned attorney is a member in good standing of the Bar of this Court and has already appeared on behalf of the Defendant, the City of Kinston, in this action.

  2. Attached as Exhibit A is the declaration of Elizabeth A. Martineau in conformance with Local Rule 83.2(d).

**WHEREFORE**, the undersigned counsel prays that the Court grant this Motion to allow Elizabeth A. Martineau of the firm Hedrick, Gardner, Kincheloe & Garofalo, LLP to appear *pro hac vice* on behalf of Defendant, the City of Kinston, in this action.

**THIS THE __TH DAY OF APRIL, 2008.**

                                                                     s//
                                          **DWIGHT D. MURRAY**
**D.C. BAR NO. 228932**
**Attorney for Defendant City of Kinston**
**Jordan Coyne & Savits, LLP**
**1100 Connecticut Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20036**
**PH:    202.296.4747**
**FAX:  202. 496.2800**
**d.murray@jocs-law.com**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion to Admit Attorney to Appear in this Action *Pro Hac Vice*, Declaration of Elizabeth A. Martineau, and proposed Order** was served upon all counsels and parties of record electronically:

| | | |
|---|---|---|
| Megan S. Ben'Ary<br>LeClairRyan<br>225 Reinekers Lane, Suite 700<br>Alexandria, VA 22314<br>*Counsel for Defendant Lenoir County.* | Kevin L. Newsome<br>LeClairRyan<br>999 Waterside Drive, Suite 2525<br>Norfolk, VA 23510<br>*Counsel for Defendant Lenoir County.* | Paul A. Kaplan<br>James W. Gladstone<br>Womble Carlyle Sandridge & Rice, PLLC<br>1401 Eye Street, N.W., 7th Floor<br>Washington, D.C. 20005<br>*Counsel for Defendants William E. Manning, Jr. and White & Allen, P.A.* |

And by depositing a copy of the same in an official depository of the United States Postal Service in a postage-paid envelope addressed as follows:

DeForrorora Locust
1410 Parker Avenue
Kinston, NC  28501
*Pro se Plaintiff.*

Joyce Grady
Lenoir County Tax Department
101 North Parker Avenue
Kinston, NC 28501

John Grady
Lenoir County Tax Department
101 North Parker Avenue
Kinston, NC 28501

Elaine Marshall
Secretary of State of the State of North Carolina
P.O. Box 29626
Raleigh, NC 27626

Upon information and belief, the following individuals are deceased and have not been served:

> Thomas J. White Jr.
> William A. Allen Jr.

    This the __th day of April, 2008.

                                              **S// DWIGHT D. MURRAY**
                                              **DWIGHT D. MURRAY**

Locust, DeForrorora v. William Manning, Jr., Esquire, Thomas J. White, Jr., William A. Allen, Jr., White & Allen, John Grady, Lenoir County, Joyce Gra
122-00172 - Doc. No. 11

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORRORORA LOCUST,<br><br>                                      **Plaintiff,**<br><br>v.<br><br>WILLIAM MANNING, JR., ESQUIRE, THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., WHITE & ALLEN, JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON AND ELAINE MARSHALL,<br><br>                                      **Defendant.** | CIVIL ACTION NO. 1:08-cv-00414<br>Judge Emmet G. Sullivan |

## ORDER

THIS MATTER is before the Court upon motion by Defendant, **City of Kinston**, to admit Elizabeth A. Martineau to participate in court proceedings *pro hac vice*.

It appearing that Mrs. Martineau is an attorney in good standing in Massachusetts and North Carolina, has not been admitted *pro hac vice* into this Court in the past two years, and does not engage in the practice of law in the District of Columbia, is not a member of the District of Columbia bar, and does not have a pending application for membership;

It is therefore ORDERED, ADJUDGED, and DECREED that Elizabeth A. Martineau is admitted to participate in court proceedings in this action *pro hac vice*.

This the ____ day of _____, 2008.

_____
**United Stated District Court Judge
Emmet G. Sullivan**