IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFORROLORA LOCUST, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) ) |
| WILLIAM MANNING, JR. *et al.*, | ) ) ) ) |
|     Defendants. | ) ) |

Case No. 1:08-cv-00414

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as counsel for Defendant Lenoir County, North Carolina. Mr. Newsome's contact information is as follows:

    Kelvin L. Newsome
    LeClair Ryan
    999 Waterside Drive, Suite 2525
    Norfolk, VA  23510
    Telephone No.:  (757) 441-8938
    Facsimile No.:  (757) 441-8988
    kelvin.newsome@leclairryan.com

    Respectfully submitted,

    LECLAIR RYAN

    _____/s/_____
    Kelvin L. Newsome (D.C. Bar No. 439206)
    LeClairRyan
    999 Waterside Drive
    Suite 2525
    Norfolk, Virginia 23510
    Telephone:  (757) 441-8938
    Facsimile:  (757) 441-8988
    knewsome@leclairryan.com

Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
Telephone:  (703) 684-8007
Facsimile:  (703) 684-8075
mbenary@leclairryan.com

*Counsel for Lenoir County, North Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of April, 2008, a copy of the foregoing was served electronically upon:

James W. Gladstone
Womble Carlyle Sandridge
  & Rice, PLLC
1401 Eye Street, NW,
7th Floor
Washington, DC  20005
*Counsel for Defendants*
*William E. Manning, Jr.*
*And White & Allen, PA*

Dwight D. Murray
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
*Counsel for City of Kinston*

Tiare B. Smiley
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
*Counsel for Elaine Marshall*

And by U.S. Mail, first class postage pre-paid upon:

DeForrorora Locust
1410 Parker Avenue
Kinston, NC  28501
*Pro se Plaintiff*

Joyce Grady
Lenoir County Tax Department
101 North Parker Avenue
Kinston, NC  28501

John Grady
Lenoir County Tax Department
101 North Parker Avenue
Kinston, NC 28501

Upon information and belief, the following individuals are deceased and thus have not been served:
    Thomas J. White, Jr.
    William A. Allen, Jr.

                                                                   /s/
                                              Kelvin L. Newsome