## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFORRORORA LOCUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:08-cv-00414 (EGS) |
| | ) | |
| WILLIAM MANNING, JR., ESQ., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANTS WHITE & ALLEN, P.A., WILLIAM MANNING, JR., ESQ., THOMAS WHITE, JR., ESQ. AND WILLIAM ALLEN, JR., ESQ. BASED ON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND INSUFFICIENT PROCESS

Pursuant to Rule 12(b)(2), (3) and (4) of the Federal Rules of Civil Procedure, Defendants White & Allen, P.A. and William E. Manning, Jr., Esq. ("Defendants") respectfully request that the Court dismiss all claims made against Defendants White & Allen, P.A., William E. Manning, Jr., Esq., Thomas J. White, Jr., Esq. and William A. Allen, Jr., Esq. based on lack of personal jurisdiction over each of these defendants, improper venue and insufficient service of process (also as to each of these defendants). In support of the instant Motion, Defendants respectfully direct the Court's attention to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,


/s/ James W. Gladstone
Paul A. Kaplan
James W. Gladstone
WOMBLE CARLYLE SANDRIDGE
   & RICE, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC  20005
(202) 857-4400 (tel)
(202) 467-6910 (fax)

*Counsel for Defendants William E. Manning, Jr.
and White & Allen, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, I served a copy of the foregoing

Motion to Dismiss, Memorandum of Points and Authorities in support thereof, with attached

exhibits, and proposed Order, electronically, upon the following:

> Kelvin L. Newsome
> LeClairRyan
> 999 Waterside Drive
> Suite 2525
> Norfolk, VA  23510
>
> Megan S. Ben'Ary
> LeClairRyan
> 225 Reinekers Lane
> Suite 700
> Alexandria, VA  22314
>
> Dwight D. Murray
> Jordan, Coyne & Savits, LLP
> 1100 Connecticut Avenue, N.W.
> Suite 600
> Washington, DC  20036
>
> Tiare B. Smiley
> North Carolina Department of Justice
> P. O. Box 629
> Raleigh, NC  27602-0629

and via first class mail, postage prepaid, on the following:

> Deforrorora Locust
> 1410 Parker Avenue
> Kinston, NC  28501
>
> John Grady
> 101 North Queen Street
> Kinston, NC  28501
>
> Joyce Grady
> Lenoir County Tax Department
> 101 North Queen Street
> Kinston, NC  28501

It is the understanding of the undersigned counsel that the following individuals are deceased; therefore, they cannot and have not been served:

Thomas J. White, Jr.
William A. Allen, Jr.


/s/ James W. Gladstone
James W. Gladstone

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFORRORORA LOCUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.:  1:08-cv-00414 (EGS) |
| | ) | |
| WILLIAM MANNING, JR., ESQ., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANTS WHITE & ALLEN, P.A., WILLIAM MANNING, JR., ESQ., THOMAS WHITE, JR., ESQ. AND WILLIAM ALLEN, JR., ESQ. BASED ON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND INSUFFICIENT PROCESS

Defendants White & Allen, P.A. and William E. Manning, Jr., Esq. state as follows in support of their request that the Court dismiss Plaintiff's Complaint as it relates to Defendants White & Allen, P.A. and William E. Manning, Jr., Esq. and deceased Defendants, Thomas J. White, Jr., Esq. and William A. Allen, Jr., Esq. (collectively, the "White & Allen Defendants") based on lack of personal jurisdiction, improper venue and insufficient service of process:

### INTRODUCTION

The instant matter, filed by pro se Plaintiff Deforrorora Locust ("Mr. Locust" or "Plaintiff"), appears to allege the violation of Plaintiff's civil rights by the various defendants in connection with the institution of proceedings to foreclose on real property located in Kinston, North Carolina (the "Property"), in which Plaintiff claims to have an interest, for failure to pay property taxes. Defendant White & Allen, P.A. is alleged to have pursued the foreclosure action relating to the Property. Defendant William E. Manning, Jr. is the White & Allen attorney who

is allegedly handling the foreclosure proceedings, and Defendants Thomas J. White, Jr. and William A. Allen, Jr. are the founders of White & Allen, who have been deceased since prior to the inception of the subject foreclosure proceedings.

This Motion is based, in part, on the Court's lack of personal jurisdiction over the White & Allen Defendants. As addressed below, none of the White & Allen Defendants resides in or is organized under the laws of the District of Columbia as required for jurisdiction to be based on D.C. Code § 13-422. Further, Plaintiff himself alleges that all events related to this matter occurred in North Carolina. Finally, as reflected in the attached Affidavit of William E. Manning, Jr., Esq., none of the White & Allen Defendants has undertaken activity that would meet the minimum contacts requirements of the District of Columbia long-arm statute, D.C. Code § 13-423. Dismissal of Plaintiff's Complaint as to the White & Allen Defendants is thus required under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

It is also clear, based on the allegations in the Complaint, that venue is not proper in this judicial district. Subject matter jurisdiction in this matter is not alleged to be based on diversity of citizenship, but rather is apparently based on the alleged existence of a federal civil rights claim. As such, the proper venue is dictated by 28 U.S.C. § 1391(b). Given that all of the defendants in this matter are North Carolina residents, North Carolina entities or deceased, and given that all events underlying this action are alleged to have occurred in North Carolina, a North Carolina federal court is the only proper venue for this action. As such, Plaintiff's Complaint as to Defendants should be dismissed pursuant to Rule 12(b)(3).

Finally, this matter should be dismissed against the White & Allen Defendants for insufficient service of process. As reflected in the attached Affidavit of Jessica T. Elmore, the person to whom the Summonses and Complaints regarding these defendants were delivered,

2

process was not served in a manner that satisfies the requirements of Rule 4 of the Federal Rules of Civil Procedure. On this basis, Plaintiff's Complaint should be dismissed as to Defendants under Rule 12(b)(4).

For all of these reasons, as discussed more fully below, it is respectfully submitted that Plaintiff's Complaint, as against the White & Allen Defendants, should be dismissed.

## STATEMENT OF ALLEGED FACTS
## RELEVANT TO DEFENDANTS' MOTION

1.    Plaintiff resides in Kinston, North Carolina. (Complaint, hereinafter "Comp.," p. 1.)

2.    The tax foreclosure proceedings that are the subject of Plaintiff's Complaint (the "Foreclosure Proceedings") were filed in North Carolina. (Comp., ¶¶ 3, 9.)

3.    The real property that is the subject of the Foreclosure Proceedings (the "Property") is located at 1410 Parker Street, Kinston, North Carolina. (Comp., ¶¶ 1, 3, 9; Affidavit of William E. Manning, Jr., Esq., hereinafter "Manning Affid.," attached as Exhibit A, ¶ 2.)

4.    The only allegation in Plaintiff's Complaint relating to the White & Allen Defendants is that in connection with the Foreclosure Proceedings, Plaintiff was purportedly informed that legal papers had been filed in court against him and that he needed "to contact atty [sic] William E. Manning, Jr. with the law firm of atty [sic] White & Allen of Kinston, N.C." (Comp., ¶ 9.)

5.    Defendant White & Allen is organized under and has its principal place of business in North Carolina; Defendant William E. Manning, Jr. resides in Kinston, North Carolina. (Comp., p. 1, ¶ 7; Manning Affid., ¶¶ 3-4.) Mr. Manning has never resided in or maintained a place of business in the District of Columbia and has never had an interest in, used

3

or possessed real property in the District of Columbia. (Manning Affid., ¶ 3.) Likewise, White & Allen has never maintained a place of business in the District of Columbia or had an interest in, used or possessed real property in the District of Columbia at any time since prior to the inception of the Foreclosure Proceedings and to the best of Mr. Manning's knowledge, White & Allen has never maintained a place of business or had an interest in, used or possessed real property in the District of Columbia. (Manning Affid., ¶ 4.)

6.      The Foreclosure Proceedings relate entirely to property located in the State of North Carolina; no property related to the Foreclosure Proceedings is located in the District of Columbia, and no activity related to these proceedings has occurred in the District of Columbia. (Manning Affid., ¶ 5.) Neither William E. Manning, Jr. nor White & Allen has transacted any business in the District of Columbia, contracted to supply services in the District of Columbia, or undertaken any act in the District of Columbia in any manner relating to Mr. Locust or the Property. (*Id.*)

7.      As reflected in the attachments to Plaintiff's Complaint and the Complaint generally, all of the events alleged by Plaintiff are alleged to have occurred in North Carolina, and no events alleged by Plaintiff are alleged to have occurred in the District of Columbia.

8.      Plaintiff has named the founders of White & Allen, Thomas J. White, Jr., Esq. and William A. Allen, Jr., Esq., as defendants in this matter. (Comp., p. 1, ¶ 7.) Both Mr. White and Mr. Allen were deceased at the time that White & Allen's involvement with the Foreclosure Proceedings began. (Manning Affid., ¶ 6.)

9.      As reflected in the Affidavit of Jessica T. Elmore, attached hereto as Exhibit B, Plaintiff apparently attempted to serve White & Allen, Mr. Manning and the two deceased White & Allen Defendants, Messrs. White and Allen, by personally delivering, himself, copies of the

Complaint and Summons in this matter for each of these defendants to the receptionist in the offices of White & Allen. (Affidavit of Jessica T. Elmore, hereinafter "Elmore Affid.," ¶¶ 1-3.)

## DISCUSSION

**A.    Plaintiff's Complaint Against the White & Allen Defendants Should Be Dismissed Because the Court Lacks Personal Jurisdiction Over These Defendants.**

In order to demonstrate that this Court has personal jurisdiction over the White & Allen Defendants, in addition to showing that the requirements of due process are satisfied, Plaintiff must specifically satisfy the requirements of the District of Columbia's long-arm statute. *See, e.g., Johnson v. Long Beach Mortgage Loan Trust 2001-4*, 451 F. Supp. 2d 16, 28 (D.D.C. 2006) ("For specific personal jurisdiction, the federal court must first determine if the District of Columbia long-arm statute authorizes this court to exercise personal jurisdiction.") Because, as reflected in Plaintiff's Complaint and the accompanying Affidavit of William E. Manning, Jr., Esq., Plaintiff cannot meet the requirements of the District of Columbia long-arm statute, this matter should be dismissed as to the White & Allen Defendants for lack of personal jurisdiction.[1]

The District of Columbia's long-arm statute provides for the exercise of personal jurisdiction over a defendant when such claims arise from his activities in the District of Columbia or arise from his activities outside of the District of Columbia, which result in tortious injury in the District. D.C. Code § 13-423. As addressed above, to the extent that there are any allegations against the White & Allen Defendants, Plaintiff has alleged only the filing of the

---

[1]    The District of Columbia also permits the exercise of personal jurisdiction "over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief." D.C. Code § 13-422. Plaintiff has alleged no basis for finding that personal jurisdiction may be premised on Section 13-422. Further, as reflected in the Affidavit of Defendant Manning, none of the White & Allen Defendants meet any of these criteria for the exercise of personal jurisdiction in this matter. (*See* Manning Affid., ¶¶ 3-4.)

Foreclosure Proceedings in <u>North Carolina</u>; Plaintiff makes no allegation that any of the events underlying this action occurred in or had any consequence in the District of Columbia. Further, Mr. Manning has attested to the fact that none of the White & Allen Defendants has acted in a way related to the Foreclosure Proceedings in a manner that has anything to do with the District of Columbia. (*See* Manning Affid., ¶¶ 2-5.)

Federal Rule 12(b)(2) authorizes the Court to dismiss the claim made against Defendants for lack of personal jurisdiction. Given that Plaintiff's Complaint, as confirmed by Mr. Manning's Affidavit, makes irrefutably clear that no event or injury alleged by Plaintiff in this matter has anything whatsoever to do with the District of Columbia, and given further that, as reflected in Mr. Manning's Affidavit, none of these defendants has at any time relevant to this matter resided in or undertaken any activity in the District of Columbia, Defendants respectfully submit that there is no basis for this Court to exercise jurisdiction over the White & Allen Defendants.

**B.     Plaintiff's Complaint Against the White & Allen Defendants Should Be Dismissed Because This Is Not the Proper Venue for This Action.**

In a case such as the instant matter in which subject matter jurisdiction is apparently based on the existence of a federal question, not diversity of citizenship, proper venue for the action is determined under 28 U.S.C. § 1391(b), which provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

As alleged in Plaintiff's Complaint, venue is plainly not proper in this Court. All of the defendants reside in North Carolina, not the District of Columbia. (Comp., pp. 1-2; ¶¶ 7-8.)

Further, none of the "events or omissions" purportedly giving rise to Plaintiff's Complaint are alleged to have occurred in the District of Columbia. Finally, as reflected in Plaintiff's Complaint, none of the defendants can be found in the District of Columbia. This is clearly not the proper venue for this action, and under Federal Rule 12(b)(3), the Complaint should be dismissed for improper venue.

**C.    Plaintiff's Complaint Against the White & Allen Defendants Should Be Dismissed Because Process Was Not Properly Served on These Defendants.**

Plaintiff's Complaint should also be dismissed because he failed to serve process on any of the White & Allen Defendants in a manner permitted under the Federal Rules of Civil Procedure. As reflected in the accompanying Affidavit of Jessica T. Elmore, a receptionist employed by White & Allen, the Summonses and Complaints issued for service on the White & Allen Defendants were apparently hand-delivered by Mr. Locust himself to Ms. Elmore at the offices of White & Allen on March 18, 2008. (Elmore Affid., ¶ 2, Exhibit 1.) Service of process on each of these defendants was insufficient.

First, while Plaintiff has failed to file proof of service indicating how process was served on Defendants, it appears that Mr. Locust himself delivered the Summonses and Complaints issued for service on Defendants. (*See* Elmore Affid., ¶¶ 1-3.) Under Federal Rule 4(c), "[a]ny person who is at least 18 ***and not a party*** may serve a summons and complaint." (Emphasis added.) Service was insufficient because the Summonses and Complaints were not served on Defendants by a non-party.

Even if process had been delivered by a non-party here, service was insufficient under Rule 4. Rule 4(h)(1)(B) provides that service may be made on an unincorporated association such as White & Allen by "delivering a copy of the summons and of the complaint to an officer [or] a managing or general agent [of the unincorporated association] ...." As attested to by Ms.

7

Elmore, the Complaint and Summons issued for service on White & Allen (part of Exhibit 1 to Ms. Elmore's Affidavit) was delivered to Ms. Elmore at the offices of White & Allen. (Elmore Affid., ¶ 3.) Ms. Elmore has attested to the fact that she has never been an officer, director, managing or general agent of White & Allen. (Elmore Affid., ¶ 2.)

Rule 4(h)(1)(A) provides that service on an unincorporated association may also be made "in the manner proscribed in Rule 4(e)(1)," which permits service to be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made," *i.e.*, the laws of the District of Columbia and North Carolina. Plaintiff has not served the Complaint and Summons in a manner permitted under the laws of the District of Columbia or North Carolina.

Rule 4(h) of the District's Superior Court Rules of Civil Procedure is identical to Rule 4(h) of the Federal Rules of Civil Procedure, and as addressed above, Plaintiff's delivery of copies of the Complaint and Summons regarding White & Allen to Ms. Elmore was insufficient under Rule 4(h). North Carolina, the jurisdiction in which service was purportedly made, requires that service on unincorporated associations other than a partnership be made by "delivering a copy of the summons and complaint to an officer, director, managing agent or member of the governing body of the unincorporated association, organization or society by leaving copies thereof in the office of such officer, director, managing agent or member of the governing body with the person who is apparently in charge of the office...." N.C. Gen. Stat. § 1A, Rule 4(j)(8) (West 2000). As already addressed, Ms. Elmore has attested to the fact that she has never been an officer, director, managing or general agent of White & Allen; Ms. Elmore has also attested to the facts that she has never been in charge of the office of White & Allen, that she did not indicate to the person who attempted to serve process on her that she was in

8

charge of the office, that the person who attempted to serve process on her did not ask her if she was in charge of the office and that the person who attempted to serve White & Allen did not ask to be permitted to deliver the package of materials to an officer, director, managing or general agent or member of the governing body of White & Allen or the person in charge of the office. (Elmore Affid., ¶¶ 2-3.) In sum, based on the record before the Court, it is clear that the attempt to serve White & Allen was insufficient under federal law, District of Columbia law and the law of North Carolina.

Service was similarly insufficient with respect to William E. Manning, Jr., Esq, and the deceased defendants, Mr. White and Mr. Allen. Ms. Elmore has attested to the fact that the Summons and Complaint for each of these individual defendants (attached as part of Exhibit 1 to Ms. Elmore's Affidavit) were also delivered directly to her. Federal Rule 4(e)(2), and the identical Superior Court Rule 4(e)(2), permit service to be made on an individual by delivering a summons and complaint "to the individual personally" or by "leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there...." Similarly, N.C. Gen. Stat. § 1A, Rule 4(j)(1) allows service to be made on an individual by "delivering a copy of the summons and of the complaint to him or by leaving copies thereof at the defendant's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein...." The attempted service on the individual White & Allen Defendants described by Ms. Elmore in her Affidavit plainly failed to meet the requirements of the Federal Rules or the procedural rules of the District of Columbia and North Carolina.

In short, the claims raised against White & Allen and Messrs. Manning, White and Allen should also be dismissed under Federal Rule 12(b)(4) for insufficient service of process.

## CONCLUSION

For all of the foregoing reasons, Defendants White & Allen, P.A. and William E. Manning, Jr., Esq. respectfully request that the Court dismiss all of the claims raised against Defendants White & Allen, P.A., William E. Manning, Jr., Esq., Thomas J. White, Jr., Esq. and William A. Allen, Jr., Esq. and grant such further relief as the Court deems proper.

/s/ James W. Gladstone
Paul A. Kaplan
James W. Gladstone
WOMBLE CARLYLE SANDRIDGE
   & RICE, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC  20005
(202) 857-4400 (tel)
(202) 467-6910 (fax)

*Counsel for Defendants William E. Manning, Jr. and White & Allen, P.A.*

WCSR 3884173v1

10

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFORRORORA LOCUST, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.:  1:08-cv-00414 (EGS) |
| | ) |
| WILLIAM MANNING, JR., ESQ., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>AFFIDAVIT OF WILLIAM E. MANNING, JR., ESQ.</u>

William E. Manning, Jr., Esq. states as follows as his Affidavit in the above-captioned

matter.

      1.    I am submitting this Affidavit in support of the Motion to Dismiss of Defendants

Manning and White & Allen, P.A. in the above-captioned matter.  I am over the age of eighteen.

I have personal knowledge of, and am competent to testify to, the facts set forth herein.

      2.    I have been an attorney in private practice with the law firm of White & Allen,

P.A. ("White & Allen"), located in Kinston, North Carolina, since September 2001.  In that

capacity, I have personal knowledge of the nature of White & Allen's legal practice, including

the jurisdictions in which White & Allen has undertaken professional activity.  I am also the

White & Allen attorney who has handled legal matters related to the tax foreclosure by Lenoir

County, North Carolina on property located at 1410 Parker Street, Kinston, North Carolina (the

"Foreclosure Proceedings"), which appears from the Complaint to be the subject of the above-

captioned action.

3.    I reside in North Carolina. I have never resided in or maintained a place of business in the District of Columbia. I have never had an interest in, used or possessed real property in the District of Columbia.

4.    To the best of my knowledge, White & Allen has never maintained a place of business or had an interest in, used or possessed real property in the District of Columbia, and I have personal knowledge of the fact that White & Allen has never maintained a place of business in the District of Columbia or had an interest in, used or possessed real property in the District of Columbia at any time during my employment with White & Allen. White & Allen is a professional association organized under the laws of North Carolina, not the District of Columbia.

5.    The Foreclosure Proceedings relate entirely to property located in the State of North Carolina; no property related to the Foreclosure Proceedings is located in the District of Columbia, and no activity related to these proceedings has occurred in the District of Columbia. Neither I nor White & Allen have transacted any business in the District of Columbia, contracted to supply services in the District of Columbia, or undertaken any act in the District of Columbia relating to Deforrorora Locust ("Mr. Locust") or the real property located in Kinston, North Carolina that appears to be the subject of Mr. Locust's Complaint in the above-captioned matter.

6.    Mr. Locust has named the founders of White & Allen, Thomas J. White, Jr., Esq. and William A. Allen, Jr., Esq. as defendants in the above-captioned action. Both Mr. White and Mr. Allen were deceased at the time that White & Allen's involvement with the Foreclosure Proceedings began.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON

PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FORGOING AFFIDAVIT

ARE TRUE.

William E. Manning, Jr., Esq.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFORRORORA LOCUST, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:08-cv-00414 (EGS) |
| | ) | |
| WILLIAM MANNING, JR., ESQ., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF JESSICA T. ELMORE

Jessica T. Elmore states as follows as her Affidavit in the above-captioned matter.

1.        I am submitting this Affidavit in support of the Motion to Dismiss of Defendants Manning and White & Allen, P.A. in the above-captioned matter. I am over the age of eighteen. I have personal knowledge of, and am competent to testify to, the facts set forth herein.

2.        I have been employed by White & Allen, P.A. ("White & Allen") as a receptionist since June of 1990. I am not now and have never been an officer, director, managing or general agent or member of the governing body of White & Allen. In connection with my employment with White & Allen, I am not now and never have been in charge of the office.

3.        On Tuesday, March 18, 2008, a man whom I believe was Deforrorora Locust personally delivered the Complaints and Summonses in the above-captioned case and other documents to me at the offices of White & Allen. True and correct copies of the materials delivered to me in connection with the above-captioned case on March 18, 2008, are attached to this Affidavit as Exhibit 1. The gentleman who delivered these materials to me did not identify himself, but I recognized him as the same man who has delivered documents to me at this office

on more than one occasion in the past. I am told that the documents that this man delivered in the past were all from Mr. Locust. The gentleman who delivered these materials to me on March 18, 2008, did not ask me if I was an officer, director, managing or general agent or member of the governing body of White & Allen, and I did not indicate to him that I held any of those positions. The gentleman did not ask me if I was in charge of the office, and I did not indicate to him that I was in charge of the office. The gentleman did not ask to be permitted to deliver the package of materials to an officer, director, managing or general agent or member of the governing body of White & Allen or the person in charge of the office. He merely left the package with me.

     I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE.

Jessica T. Elmore

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*DeFonronora Locust*

V.

*William Manning Jr. Esq. et al*

CASE N

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

*William Manning, Jr. Esq.*
*106 South McLewean Street*
*Kinston, N.C. 28502*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▆▆▆▆▆ *PRO SE* (name and address)

*DeFonronora Locust*
*1410 Parker Ave.*
*Kinston, N.C. 28501*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR - 7 2008
DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

United States Distr T Court
For D.C.

DeForronora Locust
1410 Parker Avenue
Kinston, N.C.
28501


VS

William Manning, Jr. Esq.
106 South McLewean Street
Kinston, N.C. 28502

Thomas J. White, Jr.


William A. Allen, Jr.



White + Allen
POB 3169
Kinston, N.C.
28502

John Graham
101 N Queen Street
Kinston, NC 28502

Lenoir County
Kinston, N.C. 28502

Joyce Graham
Lenoir Co. Dept.
of Taxes

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

PAGE 2

CITY OF KINSTON
207 E KING STREET
KINSTON, N.C.
          28502


ELAINE MARSHALL
   SECRETARY OF STATE 29
      POD 29626
RALEIGH, N.C.
         27626



Complaint

I), II,    Claim

Hate crime, Racist, Bias,
Tax fraud, Embezzment,
Conspiracy to, Deprive black folks
being black peoples out of their Land,
interfering their peace of mine, Conspiracy to
coverup the Conspiracy and other
obstruction of Justice and being of
aids using their Job position to
continue the hate crime to cover up
the many many violation and so
many other will be file false
arrest to coverup criminal acts by
aids, seting home a fire stealing
2 uhaul Trucks Load of
furniture out of
home 1410 parker avenue and one
uhaul 6 whell Truck Load of
furniture out of 1412 parker
avenue, assault seling Tus Car
seling house hole, Item, and
other to be file in the hate
crime, and Violation of
Civil & Constitution rights total
all Defendants are again
clearly lisit all filing is
again with in the rules,
regulation for filing in
such Legal federal Court
in the USA.

2

now befor the Court, be one of a male
over the age of 18, being born free
is therefore of Good sound mine is than
by lawfully standard is a man,

legally and Lawfully fileing within
the District of Columbus washington
D C U S federal court by means
of poying fileing fee together with
alds name address and their causes
of violations with Claim,

alds has been serve their copy
of the law suit being all enclose
To ald print clearly to be understood
in which ald are aware of the facts
before they got or gotten their copy
due to alds has been told over the year
federal legal action would be file against
them for their RacisT Bias violation
Discriminotion alds are well aware.

3. 4.

the state of north Carolina has a policy
for property owner ownership being so
one who own property must pay taxes and
have a will & Deed of owner ship to the
property one own, the will leave the
property to another person once he nor
she is dead once the person died or
dead the owner will then is Dead
showing property belong to who ever
legally, and lawfully will to,

as long as the person leaving the
property to another is of his or her right
and good sound mine having clear
understanding of his or her doing at the
time,

once the will has been made
notorize notory legally the will is
then put into a white envelope
large white envelope given to
clerk who is then state Clerk
who and for filing will in the
County of the Court House
in which the will is being
file to show ownership once
the person filing the will
is Dead. then the will show
who will be or become
owner of property,

4.

one has to have witness to the
sign of their his or her will and
has to have will legally lawfull
stamp seal by a person license
lawfully to do so for the will to be
lawfully and legally in order to be so
if all is then done so the name ones,
or one new will has be will to one
person made the will has pass away
again then by law owner now has to total
except all responsability of maintaince,
up keep. paying taxs of property.
as file early other enclose page
and will become Deed because
passing of owner will then goes
into Deed record of County Court house
To prevent State from becomeing owner
of property due to one passing without
leaveing a will. By leaveing a will
that prevent false. frivolous will from
claiming be file and at any time one
who is legally and lawfully the owner property
has been will or Deed to he or she
discover there has been a false or
frivolous false worthless will
then the person whom who property
was lawfully legally will to has the
legal right to dispute the
frivolous will.

5,

if than no other ever claim such
than legal owner own property
and must again main tain up keep
tax paid as again and therefore
that one or two owner are legally
lawfully owner.
Elder Deforrorrora Locust sinle
1989 has been and remain being
legally, lawfully owner of two property
Location 1410 & 1412 parker avenue
Kinston north Carolina 28501,
the two property has a house one
each property.
the two property was legally and
lawfully will to Elder Deforrorrora Locust
by the owner of Both mr sellie Locust
mr sellie Locust 1989 in the office
of whitty & wooten attorney
Everrtt wooten made the will in the
fran T of mr sellie Locust and
Elder Deforrorrora Locust and
two sister of mr sellie Locust
again in 1989.
mr sellie Locust also gave
each of his sister, a copy of the
will haveing 3 sister at the
Time. one who was 101yr old
mr sellie Locust age at the Time
104 enclose in his right miner

6  mr sellie Locust also gave Elder
Deforrorrora Locust a copy of the will
showing he Elder Deforrora Locust
would be the owner of the property
and all that belong of that of,
mr sellie Locust once the passing of
he mr sellie Locust, the atty ask concerny
Elder Deforrorra Locust name he ask
what type or kine of name is that
and ask of Elder Deforrorra Locust
how did you get that name,
I Elder Deforrorora Locust never
answer telling him.
All family member of the Locust
family clearly was aware of the will
property will to clearly understood.
start property became that of
who will to was clearly.
once the city of Kinston
north Carolina north Carolina
relize the value of the property
the pages follow, clearly show
the purpose for the law suite

1, defendant are as list
   white t allen PA

1    williamE manning Jr attorney
     1061 south mcLewan street
     kinston, nc 28502-3169

2    thomas J, white Jr

3    wm A.  allen Jr
     wm A.
        he
     office phone 252/527-8000

     white t Allen, PA
     p o Box 3169
     kinston nc 28502-3169

     all whitet allen
     william E. manning Jr
     1061 S, mcLeu ean st
     kinsten  n c

8) Joyce Grady and
Lenoir County
101 N Queen street
Kinston, N.C. 28502

City of Kinston

Joyce Grady is office supervisor
for Lenoir county downtown
tax office,

City of Kinston
207 E King street
Kinston, north Carolina
28562
Elaine f. marshall
Secretary of State 29
P O Box 29626
Raleigh, N C 27626-6626

F. During the year 2007 I mail in a large payment toward my property tax a great time afterward I got in the mail the the return amount I mail for the tax back with a letter telling me the amount is being return to me because of the (gg) paper has been file in court against me and I need to contact atty William Emanning Sr with the law firm of atty white & allen of kinston n c

This was unreal so so unreal the frivolous paper to me from the law firm enclose with date material read me,

Tayic Grady Lenoir county supervisor I request material concering same mail me copy of a letter She mail to Richard Loust 2005 concering tax Richard Loust never ever never ever paid a cent, dollar no nothing toward property 1410 & 1412 parker avenue kinston N C

he never owner ship to such.

10. Richard Locust pass 1993 Death
Richard D Locust Death 1993 age
94 never paid tax on two property
never own either never, never,
since the passing of mr
sellie Locust 1990 age 105 yr of age
aware of him self in his right mine,
also never never ever left a
will to Richard D Locust of Durham
north Carolina,
      Be clearly understood Richard D
Locust pass 1993 age 94 never ever
own 1410 or 1412 nor even paid tax
on neither or either pass without
leaving any at all children
Richard D Locust live in Durham
north Carolina never live at
parker avenue property
nor paid any tax, nor Did
he ever have any children.
      He was the Brother of
mr sellie Locust,
      once Richard D Locust discover
his brother in 1989 at the time
mr sellie Locust age 104
left him Richard D Locust
nothing, being told by
      wooten & whitley
Same Law Firm made the will

11

for mr sellie Locust contact
mr Richard D Locust in Durham
north Carolina telling Richard D
Locust his Brother will the two
property to Elder Deforromora Locust
Richard D Locust than so I the
owner of Albritton - Carraway
funeral home owner since 88 I Kirk
Carraway and wife finaly purchs the
funeral home after yar of mingerment
the deal was stephen Carraway
pretend to be mr sellie Locust insurence
as only so stephen Carraway told mr
sellie Locust he had some paper for
him mr sellie Locust to sigh,
this was one sunday morning
   october the graith day
because Elder Deforromora Locust
live with mrs sellie Locust
During the 89 untile mr sellie Locust
passing therefor Elder Deforromora Locust
and a sister of mr sellie Locust
was at the house that sunday
morning again a sunday morning.



13,

The phone ring about 7 10: am Sunday morning october 89 a female cousin name Geraldine Locust was the caller she call to say she was bring cousin sallie some soup and her friend was bring her that was unusually because Geraldine Locust had her own automobile discarded station wagon small station wagon brown age in her late 80 own property and she had plenty plenty money stephen Carraway was her lover stephen Carraway Geraldine Locust was lover she was in her 80 years stephen Carraway has a wife. Richard Locust promise stephen Carraway if he get his brother mr sallie Locust to sign the paper by way of Defraud or fraud mean then once mr sallie Locust pass then he stephen Carraway would get the body of mr sallie Locust for his funeral, and stephen Carraway did just that got mr sallie Locust body mill funeral home was then cross the 4 lane high way other side of the street from each other

14. once the passing mill funeral home was call because mill funeral home was the one to handel the funeral for the wife of mr sellie so the family at the desire and wish of mr sellie Locust was to use mill funeral home plus mr mill owner of the mill family funeral home was and is a friend of mr sellie Locust a visit pal he often visit mr sellie Locust many many years.
mill funeral home was call to obtain the body of mr sellie Locust but once Richard D Locust in Durham got the call the passing of brother mr sellie Locust and told mills funeral home was the funeral home in charge. than he richard D Locust at his Durham north Carolina home contact stephen Carraway to obtain the body of mr sellie Locust from the mill funeral home only about a black or two wyde from each other stephen Carraway
did just that, obtain mr sellie Locust body.

15  stephen Carraway III notary had
notarized    his notary had
expired date ran out no good
also he had curley Lofton
a witness  curley Lofton was
then the secetary for albritton
Carraway funeral home curley Lofton
has never never ever been in the
home of 1416 or 1412 property
avenue in his life never never
never had his foot, feets in the
home again of 1416 or 1412 nor was
curley sutton with stephen
carraway or Gerdine Locust that
sunday morning october 1989
stephen carraway forgot I was acwalls
at 1416 parker avenue again sunday
morning plus mr sellie Locust
sister was at the house getting
mr sellie Locust meal ready
for him to eat at 12 oclock
 carraway forgotten that
   so the lie about witness
suppart is a total lie
curley Lofton name was on
the will as a witness he
wasn't at the home that,
sunday morning  his name again
was on the Fone will.

17 I show him to court file
Jail file , prison record
showing prison, Jail I have
unlawfully un willing to have
been unlawfully un willing
incarcerated starting 1994 to
1999 all because the City of
Kinston personal & the County
personal of Lenoir county was
ram shacking search and taken item
out of my home he saw how my
tax file was taken Deed paper
will we discuss clearly proving
property belong to me
elder Jefferson Locust by string
tax been only paid be me
since the passing of mr
sellie Locust and other proven the
same, He made all all all
he could do to prove because
some witness are dead he tryed
his best saying, well he died
or she dead some of my
witness until I ask him
to leave my home
right now get out of
my home march 20 04

18. To close the lies of the secetary of State office I furnish paper from court file record as well as every enclose Jail incarceration, prison record enclose me being incarcerated 1994 Tulle Lenoir County Jail Kinston 5-?-95 5-24-95 - 6-24-96 Lenoir county 3-15-97

3-19-99 Raleigh, north Carolina central prison and these enclose isnt all the Jail + prison Lenoir County and the City of Kinston personal unlawfully and willfully had me Elder Deforomora Loust incarcerated never never never ever did I Elder Deforomora Loust ever a issue a warrant for arrest, at my home 1997 in front of the Lenoir County court house directly in front of the Lenoir County Kinston court house I was setting out of my 4 door 1976 98 oldsmobile office came out of court house two Caucasion male Deputy Drag me out of my car assault me incarcerated me in Green County Snow Hill north Carolina Jail 6-1997 until September 13 1997 release no charge no Bond no nothing

19

I again ask the man to get up
and get out of my house right now
he than said I am trying to help
you after I enform him that
he only came to my home
1410 parker avenue only to
provent me Elder De forro mora
Louis T a lie to prevent law
suit against alls. he left
again while at my home
he did every thing I mean
every he could do to try to
cover up for Carraway, wooten,
whitley the County, the City
I gave him name of family member
address he could contact and
other people he could contact
he never every contact anyone
said he did not need any
other witness so he would
not except those name would
except their name address,
so he had all he need.
the letter dated to me march 16
2006 4 is a scam Elanefi marshel
cover up scam
using the US mail to
fraud & Defraud total
a fraud scam. Page 17



2/

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date 5/24 _____ 19 95

NAME _Deforrora Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _G. Taylor_

### —PERSONAL PROPERTY—

| Vehicle Involved? | YEAR | MAKE | | LIC. # | Impounded? | LOCATION |
|---|---|---|---|---|---|---|
| Currency $ O | | | Rings | | | |
| Change $ | | | Keys | 1 | | |
| Checks $ | | | Cards | | | |
| Total $ | | | Knife | | | |
| Wallet 1 | | | Lighter | | | |
| Watch | | | Pen-Pencil | 2 | | |

OTHER ITEMS NOT CLASSIFIED _1pr sunglasses, 1 pick_
_1 medication_

_I had money_
_Keep my money I had money_

I received the above listed articles on this date _____

_____
Signature

_I refuse to sign_
_refuse to sign_

22

*Top Mason*

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date ___6/24___ 19 _96_

NAME __Deferroro    Locust__

ADDRESS _____

OFFENSE ___Contempt___

DESK SERGEANT _____

SEARCHED BY ___Danson___

### —PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____
YEAR    MAKE    LIC. #                          LOCATION

| | | |
|---|---|---|
| Currency $_____ | Rings | _____ |
| Change $_____ | Keys | _1set_ |
| Checks $_____ | Cards | _____ |
| Total $_____ | Knife | _____ |
| Wallet _1_ | Lighter | _____ |
| Watch _____ | Pen-Pencil | _1_ |

OTHER ITEMS NOT CLASSIFIED _____

_Check book #0141 4150    PLK_

_____

_____

_____

I received the above listed articles on this date _____

Signature

23

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date __3-15-__ 19 99

NAME ___Defoiora Locust___

ADDRESS _____

OFFENSE _____

JAILOR _____

SEARCHED BY ___HonTros___

### —PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____

| | YEAR | MAKE | LIC. # | LOCATION |

Currency $ _____    Rings _____

Change $ ___1.60___    Keys ___1-set___

Checks $ _____    Cards _____

Total $ ___1.60___    Knife _____

Wallet _____    Lighter _____

Watch _____    Pen-Pencil _____

OTHER ITEMS NOT CLASSIFIED ___1- Tobcgued    1-hair___

___pick___

_____

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

CPC-166

# CENTRAL PRISON
## RALEIGH, N. C.

24

3-19-99
arrested

Date 5-28-99

NAME DEBORAH LOCUS

NUMBER .......................................

The following items were taken from the above inmate
this date:

$22.47   CASH

51.44   CASH

Total 73.91   CASH

arrested 3-19-99 Lenoir County
Parking lot Front of Courthouse

The above is correct and agrees with the description of
each item.

INMATE .................................        NUMBER ...................

CUSTODIAL OFFICER .................................

I have received from Central Prison this date, the above
stated property.

INMATE .................................        NUMBER ...................

CUSTODIAL OFFICER .................................

DATE .................................

25 arrested march 19-1999 at my
home 1410 parker avenue
with my pam Jama on AM Time
Beaten Beaten Beaten to the
arms, less, and other part of my
body by Two Lenoir county caucain
Deputy male, no charge, no warrant
no no nothing taken to Lenoir county
kinston Jail from 3-19-99 until
april 1-99 told get my thing I was
going home walk out of the cell
into the Lenoir county Sheriff Dept
only to be put into leg iron (leg chanse)
leg iron both legs ankes both wist
chay hookto my wiste Transfer to
central prison Raleigh north Carolina
no charge no warrant no nothing
from april-1-99 to may 28-99
central prison fit show arrested
3-19-99 where is a lie
arrested kinston 3-19-99
april 1-99 Transfer Raleigh
cell 18 18 murder 18
some kill two peples
I had no Bond, no warran 1
no nothing from kinston or
Central prison

26. later I obtain papers saying
I was incarcerated Raleigh
central prison to remain there
central prison Raleigh until
I Elder Deforrorrore Locust agree
to leave my home 1416 parker
avenue kinston I never agree to

Because I bough legal action
against central prison the
U S Distric court clerk in
Raleigh north carolina clerk office
Defraud me out of the filing fee
pretending I never paid fee
which I paid.

Because a Caucain male
in central prison assault me
while I was going to put trash into
a trash bag about 20 to 25 feet
from the cell after that
Black Beat the Caucain male
Beat him down did Black male.
now other Black prison
offical got invole up set
than kinston was call
to come get Elder Deforrorrore
Locust they happes
Call made 5-28-99 kinston
came I was release.

27. Beaten by caucain male early
But prison offical antimate
begainy takin action after
Beating the caucain got me release
kinsten was call day later.
Because I was Beaten it me
be clearly understood Lenoir County
personal told the prison offical
in Releigh north Carolina to put
Elder Deforrorora Lowist in dangerous
condition untilhe asree to leave
his parter avtnue kinsten
home the prison offical show
the material to Elder
Deforrorora Lowist matrix was
fax to prison offical
I stayed in a cell only 4 feet
only 4 feet wide 9 feet long
from april to may 28 99 because
all inmate total 24 with me
in the cell 18 murder so in prison
I was told stay inthe cell 24 hour
I came out for nothing
april to may the day I was assayerte
cell door was open for me to
put towel in trash bar
first time that ever happen
scause cell stayed lock
day & night total,

28 Taken To Jail kinston from prison
get home that day house broken into
att. Dal Fwooten,

incarrated Kinston Jail

Sarral Time 1995    with
prison Goldsboro nC
newst prison
Greenville, nC Jail
over 90 days    1994

because Dal Pwooten Lenoin county
city personel from 1994 un tile
may 28-99 finally found
copy of my will all finally
all Tax I had paid.
So now atty Dalf wooten, kinston
offical county offical got got
my will, Tax recard I have paid
now here come Total fraud
Total Take my property
all these recand false
incarreation was shan to the
person from siactary of staT
offire at my home

29, Kinston & County personal staff in
1994 have ask ask ask me to sell
the city of Kinston my two property
I have refuse refuse to sell acr
acr so I was incarcerated will
Destroyd from court house
replace will for ethir one
an ton every time I come home
I had to pay Tax year back
Dalf wooten is the secret
owner of my two property
all charge against me oricta as
release all file show charge Att
have Ett, Deffoniorate Zoust
incarcerated Att by atty Dal Wooten
Councion male homo sexual
secretary of state save all
Because of the So call
G I p G I p to be build
and a new school to be
build the County and city
won't my property
Dalf wooten secatly
own my property,

30  atty DALE wooten attorney
      come to 1410 parker avenue
      from 1994 to may 1999
      U haul truck take take take
      item out of house 1410 &
      1412 parker ave home
          neighbor call call law
          law personel come to nothing
      over & over nothing nothing
          I call call call arrest
      get out of Jail, prison
      law come get truck
      do any thing Dal F wooten
      get the property 1410 @ fire
      I was incarcerated
      police come did nothing

3 /

# Whitley, Rodgman & Whitley LLP

**COPY**

Robert E. Whitley
Paul A. Rodgman
Robert E. Whitley, Jr.
Benjamin H. Whitley

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433
www.wrwlaw.com

OTHER LOCATIONS:

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 635-6621

December 15, 2003

State of North Carolina
Department of the Secretary of State
P. O. Box 29626
Raleigh, NC 27626

Attn:  Mary A. Moore, Enforcement Manager
       Notary Public Section

RE:    File Number 2003-NP-2048

Dear Ms. Moore:

I have received your letter regarding the above-referenced complaint which disturbs me a great deal. Having been a Notary Public for over twenty-three years and knowing my responsibilities, I would never have notarized this document if the Testator had not been in my presence. Unfortunately, I cannot give you any particular details since this was done so long ago. Mr. Locust was a client of ours and the two witnesses were employees of our law firm at the time the document was executed.

Please let me know if you need additional information.

Sincerely yours,

Dorothy G. Holt

DGH

made will for Elder Deforrow Locust
Elder Deforrow Locust
Two sister mr sellie Locust
was there also ,

52



### State of North Carolina
### Department of the Secretary of State

ELAINE F. MARSHALL
SECRETARY OF STATE

Michael J. Brown, Investigator
Certification & Filing Division

December 29, 2003

**DEFORRORA LOCUST
1410 PARKER AVENUE
KINSTON, NC 28501**

Re: Notary Complaint 2003-NP-2048 (Dorothy G. Holt)

Dear Mr. Locust,

The Department of the Secretary of State has assigned me to investigate the allegations against Ms. Holt. We have received an initial response from the notary in reference your complaint. Enclosed is a copy of the response for your review.

To further my investigation into this matter, please inform me how I might contact the following people who seem would have knowledge in this complaint:

> Sellie Locust
> Richard D. Locust
> Geradine Locust
> Curly Lofton

Also, to clarify my understanding of your complaint, as you saying that the Last Will and Testament of Sellie Locust dated April 6, 1988, or the Codicil to the Last Will and Testament of Sellie Locust, dated October 10, 1989, or both, is forged? Additionally, you state that you will was forged, but I see no copy or information on a will on yourself, only the Will and Codicil of Sellie Locust. Is there also a will of yours that is in question?

We ask that you please respond in writing with the requested information within ten (10) business days. Should you have questions, please feel free to contact me at 919-807-2122.

Sincerely,

Michael J. Brown
Investigator

Enclosure:
Letter of response, notary public Dorothy G. Holt, dated December 15, 2003

PO BOX 29626, RALEIGH, NC 27626-0626
VOICE 919-807-2122 · FAX 919-807-2130
E-MAIL: mbrown@sosnc.com

WEB SITE ADDRESS :WWW.SOSNC.COM

*33*



*State of North Carolina*

*Judicial Standards Commission*

P.O. Box 1122
Raleigh, NC  27602
(919) 733-2690

JUDGE JOHN C. MARTIN, CHAIRMAN
RONALD BARBEE, VICE-CHAIRMAN
JAMES L. MEBANE, SECRETARY
JUDGE RICHARD D: BONER
JUDGE JOYCE A. HAMILTON
WILLIAM O. KING
T. RAY WARREN

PAUL R. ROSS
EXECUTIVE SECRETARY

December 22, 2003

CONFIDENTIAL

Ms. Elder Deforrorrora Locust
410 Parker Ave.
Kinston, NC 28501

Dear Ms. Locust:

The Judicial Standards Commission met in Raleigh on December 19, 2003, at which time it reviewed your complaint concerning Senior Resident Superior Court Judge Paul L. Jones.

Having considered the allegations of your complaint, the Commission has asked me to notify you that it determined that your complaint did not present sufficient evidence of any judicial misconduct that would be the basis for a preliminary investigation.  Therefore, no further action will be taken in this matter and your file has been closed.

By closing your file, the Commission is not necessarily communicating agreement with the judge's actions nor disagreement with your perception of the matter.  The closure of your complaint indicates that the Commission did not find a sufficient factual basis within your complaint to warrant further inquiry into the matter.

The allegations of your complaint were carefully examined in light of the Code of Judicial Conduct and North Carolina law by the Commission, which consists of three judges, two lawyers and two lay persons.  While you may not agree with the Commission's final determination, please be assured that your complaint was individually and thoroughly considered by each member of the Commission.

Sincerely,

*Paul R Ross*

Paul R. Ross
Executive Secretary

PRR/tkw

WOOTEN & BROCK, P.L.L.C.

ATTORNEYS AT LAW
P.O. BOX 2163
112 E. GORDON STREET
KINSTON, NC 28502-2163

PLEASE FORWARD
ADDRESS CORRECTION REQUESTED

KINSTON NC 285 07/07/98 12 05




Mr. DeFortoria Locust
1410 Parker Avenue
Kinston, North Carolina 28501

28501X3130



43
43

sough of the court
against alds enclosing follows

william E manning Jr atty
the amount of 75 million Dollars
and He never ever have a law
license in america ever again
and state and federal charge be file
and enforce against him and that
he Turn his law license To practice
law license be Turn to me
Elder Deformmora Locust within the
Time no long than 30 day no longer
If longer than 30 day ever day
after 30 day he william E manning
Jr pay Elder Deformmora Locust
the amount of $1,000 a day untile
william E manning Jr turn license's
once license Turn to Elder
Deformmora Locust will Turn the
law license To the north carolina
state Bar Releigh, N.c, 27602

42

against the city of kinston north carolina
the amount of 9 hundred and
99 million Dollors and the city
lose it charter and no longer
has a charter again to be a city
and loses all total all fund be
drop that from the city due to be
it no longer a city all all city
fund be discontinue from
the city of kinston and amount
of money be paid to Elder
Deforrorrora Locust within no longer
than time of 30 day if so any
longer amount of 5 thousand
dollors be paid a day to Elder
Deforrorrora Locust every day untile
the amount taking for in the filery
is paid and all done as filery

45

against the County the amount
of 99 million Dollars and
all Total all all federal
funding be discontinue the
        G T P all all federal
        funding be discontinue
        stop total no more
        federal funding or state
        funding be given to the
        G T P in Kinston
        north Carolina
        and all in the filing be done
        within 30 day no longer
, if money not paid to Elder
Deforrorrora Locust then the
County of Lenoir county pay the
amount of 7 thousand dollar a
        day to Elder Deforrorrora
        Locust a day untile all money
and other filing has been done,

46

Joyce Grady and Tax Department

the amount of 124 million
Dollars and Joyce Grady be
remove total from the Tax
office Department and
criminal charges be file
against Joyce Grady and that
money be paid within 30 day
and any not paid within 30 day
untile all paid the amount
of 6 thousand dollar a day
be paid untile all been done

47

against

thomas J. white atty
the amount 100.00
thousand doller and he
turn license license to elder
Deforrerrora Locust within 30 day
he will then be turn to
north carolina state Bar By
Elder De forrerrora Locust
if license and amount of money
has be paid and mr white pay
6 thousand dollar a day
To Elder De forrerora Locust to
all is done he no large
obtain a law license in USA
again.

Elder De forrora Locust
1410 parker avenue
Kinston nc
28201
2 - 7   08
47 page

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEFORRORORA LOCUST

V.

WILLIAM MANNING JR. ESQ.
ETAL

CASE N

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

WHITE + ALLEN
10P 3169
KINSTON, N.C.
28502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓ PRO SE (name and address)

DEFORRORORA LOCUST
1410 PARKER AVE.
KINSTON, N.C.
28501

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

MAR - 7 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-18-08
                Date          *Signature of Server*


                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR D.C.

DEFORRORORA LOCUST
1410 PARKER AVENUE
KINSTON, N.C.
28501

VS

WILLIAM MANNING, JR. ESP.
106 SOUTH MCLEWENN STREET
KINSTON, N.C. 28502

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

THOMAS J. WHITE, JR.

WILLIAM A. ALLEN, JR.

WHITE + ALLEN
POB 3169
KINSTON, N.C.
28502

JOHN GRADY
101 N QUEEN STREET
KINSTON, NC 28502

LENOIR COUNTY
KINSTON, N.C. 28502

JOYCE GRADY
LENOIR CO. DEPT.
OF TAXES

PAGE 2

)                                )

CITY OF KINSTON
   207 E KING STREET
   KINSTON, N.C. 28502

ELAINE MARSHALL
   SECRETARY OF STATE 29
      POB 29626
   RALEIGH, N.C.
         27626

Complaint

I) 1. claim
Hate crime, Racist, Bias,
Tax fraud, Embezzment,
Conspiracy to, Deprive black folks
being black peoples out of their land,
their peace of mine, conspiracy to
coverup the conspiracy and other
obstruction of justice and being of
aids using their Job position to
continue the hate crime to cover up
the many many violation and so
many other will be file False
arrest to coverup criminal acts by
aids, seting home a fire stealing
2 u haul Trucks Load of
furniture out of
home 1410 parker avenue and one
u haul 6 whell Truck Load of
furniture out of 1412 parker
avenue, assault seling Two Car
seling house hold items, and
other to be filein the hate
crime, and violation of
civil t constitution right total
all Defendants are again
clearly lisit all filing is
again with in the rules,
regulation for filing in
such (legal federal) Court
in the USA.

2.

now before the Court be one of a male over the age of 18, being born free is therefore of Good Sound mine is than by lawfully standard is a man,

legally and lawfully filing within the Distric of Columbus washington D.C. US federal court by means of paying filing fee together with alds name address and their couses of violations with claim,

alds has been serve their copy of the Law suit being all enclose to ald print clearly to be understood in which all are aware of the facts before they got or gotten their copy due to alds has been told over the years federal legal action would be file against them for their Racist Bias violation Discrimination alds are well aware.

/

3.

the state of north Carolina has a policy
for property owner ownership being so
one who own property must pay taxes and
have a will & Deed of owner ship to the
property one own, the will leave the
property to another person once he nor
she is dead once the person died or
dead the owner will then is Dead
showing property belong to who ever
legally, and lawfully will to,
     as long as the person leaving the
property to another is of his or her right
and good sound mine having clear
understanding of his or her doing at the
time,
     once the will has been made
notrize, notiry legally the will is
then put into a white envelope
large white envelope given to
clerk who is then state clerk
who and for filing within the
   County of the Courthouse
   in which the will is being
file to show owner ship once
   the person filing the will
   is Dead, then the will show
     who will be or become
     owner of property,

4.

one has to have witness to the
sign of their his or her will and
has to have will legally lawfull
stamp seal by a person license
lawfully to do so for the will to be
lawfully and legally in order to be so
if all is than done so the name ones,
or one new will has be will to one
person made the will has pass away
again then by law owner new has to total
except all responsability of maintaine,
up keep, paying taxs of property.
as file early other enclose past
and will become Deed because
passing of owner will then goes
into Deed record of County Court house
to prevent state from becomeing owner
of property due to one passing without
leaveing a will. By leaveing a will
that prevent false, friuolous will from
claiming be file and at any time one
who is legally and lawfully the owner-property
has been will or Deed to he or she
discover there has been a false or
friuolous false workless will
then the person whom who property
was lawfully legally will to has the
legal right to dispute the
friuolous will.

5,

if than no other ever claim such
than legal owner own property
and must again main tain upkeep
tax paid as again and therefore
that one or two owner are legally
lawfully owner.
Elder Deforrorrora Locust sinte
1989 has been and remain being
legally, lawfully owner of two property
location 1410 & 1412 parker avenue
kinston north Carolina 28501,
the two property has a house one
each property.
the two property was legally and
lawfully will to Elder Deforrorrora Locust
by the owner of Bob mr sellie Locust
mr sellie Locust 1989 in the office
of whitley & wooten attorney
Everitt wooten made the will in the
fron t of mr sellie Locust and
Elder Deforrorrora Locust and
two sister of mr sellie Locust
again in 1989.
mr sellie Locust also gave
each of his sister a copy of the
will haveing 3 sister at the
Time. one who was 101yr old
mr sellie Locust age at the Time
104 enclose in his right mine.

6   mr sellie Locust also gave Elder
Deforrorrora Locust a copy of the will
showing he Elder Deforrora Locust
would be the owner of the property
and all that belong of that of,
mr sellie Locust once the passing of
he mr sellie Locust, the att ask Courting
Elder Deforrorora Locust name he ask
what Type or kine of name is that
and ask of Elder Deforrorora Locust
how did you get that name,
I Elder Deforrorora Locust never
answer telling him.
All family member of the Locust
family clearly was aware of the will
property will to clearly understood
start property became that of
who will to was clearly.
once the city of Kinston
north Carolina north Carolina
relaize the value of the property
the pages telling, clearly show
the purpose for the law suite

T, defendant are as list
white & Allen PA

1    WilliamE manning Jr attorney
    1061 South mcLewean street
    Kinston, nc 28562-3169

2    thomas J, white Jr

3    wm A, Allen Jr
    wm A,
    he
    offic phone 252) 527-8000


    white & Allen, PA
    p o Box 3169
    Kinston nc 28562-3169


    all white Allen
    william E manning Jr
    1061 S mcLewean st
    Kinston n C

8) Joyce Grady and
Lenoir County
101 N Queen street
Kinston, N C 28562

City of Kinston

Joyce Grady is office supervisor
for Lenoir County Department
Tax office,

City of Kinston
207 E King street
Kinston, north Carolina
28562
Elaine f. marshall
Secretary of state 29
P O Box 29626
Raleigh, N C 27626-6626

8. During the year 2007 I mail in a large payment toward my property Tax a Great time afterward I get in the mail the the return amount I mail for the Tax back with a letter telling me the amount is being return to me because of the legal paper has been file in Court against me and I need to contact atty William Emanning Sr with the Law firm of atty white, & allen of Kinston. N C

this was unreal so so unreal the frivolous paper to me from the Law firm enclose, with date material read me,

Tayle Grady Lenoir County supervisor I request material concering Same mail me copy of a letter She mail to Richard Leust 2005 concering Tax Richard Leust never ever never ever paid a cent, dollar no nothing toward property 1410 & 1412 parker avenue Kinston N C he never owner ship to such.

10. Richard Locust pass 1993 Death
Richard D Locust Death 1993 age
94 never paid tax on two property
never own either never, never,
    Since the passing of mr
sellie Locust 1990 age 105 yr of age
aware of him self in his right mine,
also never never ever lefft a
will to Richard D Locust of Durham
north Carolina.
    Be clearly under stood Richard D
Locust pass 1993 age 94 never ever
own 1410 or 1412 nor even paid tax
on neither or either pass without
leaving any at all children
Richard D Locust live in Durham
    north Carolina never live at
parker avenue property
    nor paid any tax, nor Did
he ever have any children.
    He was the Brother of
mr sellie Locust,
    once Richard D Locust discover
his brother in 1989 at the time
mr sellie Locust age 104
left him Richard D Locust
nothing, being told by
    wooten & whitley
same Law Firm made the will

11

for mr sellie Locust contact
mr Richard D Locust in Durham
north Carolina telling Richard D
Locust his Brother will tie the
property to Elder Deformonara Locust
Richard D Locust then so I the
owner of Albritton-Carraway
funeral home owner since 88 E Kirk
Carraway and wife finely purchase the
funeral home after years of mayer ment
the deal was stephen Carraway
pretend to be mr sellie Locust insurant
agency so stephen Carraway told mr
sellie Locust he had some paper for
him mr sellie Locust to sign,
this was one sunday morning
october the erzaith day
because Elder Deformonara Locust
live with mrs sellie Locust
During the 89 untile mr sellie Locust
passing therefor Elder Deformonara Locust
and a sister of mr sellie Locust
was at the house that sunday
morning again a sunday morning,



13.

The phone ring about 1.01 am sunday morning october 89 a female cousin name Gardine Locust was the caller the call to say she was bring cousin sallie some soup and her friend was bring her that was unusally because Gardine Locust had her own automobile a hundek station wagon small station wagon brown age in her late 80 own property and she had plenty plenty money stephen Carraway was her lover stephen Carraway Gardine Locust was lover she was in her 80 years stephen Carraway has a wife. Richard Locust promise stephen Carraway if he get his brother mr sellie Locust to sign the paper by way of Defraud or fraud mean then once mr sellie Locust pass then he stephen Carraway would get the body of mr sellie Locust for his funeral, and stephen Carraway did Just that got mr sellie Locust body mill funeral home was then cross the 4 lane high way other side of the street from each other

14. once the passing mill funeral home
was call because mill funeral
home was the ones to handel the funeral
for the wife of mr sellie so the family
at the desire and wish of mr sellie
Locust was to use mill funeral home
plus mr mill owner of the mill family
funeral home was and is a friend of
mr sellie Locust a visit pal he often
visit mr sellie Locust many many years.
      mill funeral home was call
to obtain the body of mr sellie Locust
but once Richard D Locust in
Durham got the call the passing of
brother mr sellie Locust and told
mills funeral home was the
funeral home in charge. than he
richard D Locust at his Durham
north Carolina home contact
stephen Carraway to obtain the
body of mr sellie Locust from
     the mill funeral home only
about a black or two wide from
each other stephen Carraway
        did just thely obtain
mr sellie Locust body.

12   Stephen Carraway III notary had
notarized   his notary had
expired date ran out no good
also he had Curley Lofton
a witness   Curley Lofton was
then the secetary for albritton
Carraway funeral home Curley Lofton
has never never ever been in the
home of 1410 or 1412 property
averue in his life never never
never had his feet feets in the
home again of 1410 or 1412 nor was
curley sutton with stephen
carraway or Gordine Locust that
sunday morning october 1989
stephen carraway forgot t was asusually
at 1410 parker avenue again sunday
morning plus mr sellie Locust
sister was at the house getting
mr sellie Locust meal ready
for him to eat at 12 oclock
     carraway forgotten that
     so the lie about witness
     support is a total lie
     curley lofton name was on
the will as a witness he
wasn't at the home that ,
sunday morning his name again
was on the fone will

17    I have him to court file
Jail file , prison record
showing prison Jail I have
unlawfully unwilling to have
been unlawfully unwilling
incarcerated starting 1994 to
1999 all because the City of
Kinston personal & the County
personal of Lenoir county was
ran shacking stanch and taken item
out of my home he saw how my
Tax file was taken Dee & paper
will we discuss clearly proven
property belong to me
elder Veformoror Locust by seeing
Tax been only paid be me
since the passing of mr
sellie Locust and other proven the
same. He made all all all
he could do to prove because
some witness are dead he Tryed
his best saying well he died
or she dead some of my
witness untile I ask him
to leave my home
right now get out of
my home march 20 08

18. To close the lies of the secretary of state office I furnish paper from court file record as well as every enclose Jail incarceration, prison record enclose me being incarcerated 1994 Tulle Lenoir County Jail Kinston 5-9-95 5-24-95 - 6-24-96 Lenoir county 3-15-97

3-19-99 Raleigh, north Carolina central prison and these enclose isn't all the Jail & prison Lenoir County and the city of Kinston personal unlawfully and willfully had me Elker Deforrorora Louis, T incarcerated never never never ever did I Elker Deforrorora Louist ever a issue a warrant for arrest, at my home 1997 in front of the Lenoir County court house directly in front of the Lenoir County Kinston Court house I was setting out of my 4 door 1976 98 oldsmobile office came out of Court house two Captain make Deputy Drag me out of my car assault me incarcerated me in Green County Snow Hill north Carolina Jail 6-1997 until September 13 1997 release no charge no Bond no nothing

19

I again ask the man to set up
and get out of my house right now
he than said I am trying to help
you after I enform him that
he only came to my home
1410 parker avenue only to
provent me Elder De ferro rrora
Louis Talie to prevent law
suit against alls. he left
again while at my home
he did evert thing I mean
every he could do to try to
cover up for Carraway, Wooten,
Whitley the County, the City
I gave him name of family member
address he could contact and
other people he could contact
he never even contact anyone
said he did not need any
other witness so he would
not except those name would
except their name address,
so he had all he need.
the letter duted to me march 16
2004 is a scam Ebnefi marshely
cover up scam
using the us mail to
fraud & defraud total
a fraud scam. use It

21

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date 5/24     19 95

NAME _Deforrora Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _G. Taylor_

### —PERSONAL PROPERTY—

Vehicle Involved?    Impounded? _____

| | YEAR | MAKE | LIC. # | LOCATION |
|---|---|---|---|---|

Currency $ _O_ _____    Rings _____

Change $ _____    Keys _1_

Checks $ _____    Cards _____

Total $ _____    Knife _____

Wallet _1_    Lighter _____

Watch _____    Pen-Pencil _2_

OTHER ITEMS NOT CLASSIFIED _1pr sunglasses, 1 pick_
_1 medication_

_I had money_
_Keep my money I had money_

I received the above listed articles on this date _____

_____
Signature

_I refuse to sign_
_refuse to sign_

22    *Top Floor*

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _6/24_ 19 _96_

NAME _Deforroro    Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _Dawson_

### —PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____
                  YEAR    MAKE    LIC. #                LOCATION

| | |
|---|---|
| Currency $ _____ | Rings _____ |
| Change  $ _____ | Keys _1Set_ |
| Checks  $ _____ | Cards _____ |
| Total   $ _____ | Knife _____ |
| Wallet  _1_ | Lighter _____ |
| Watch   _____ | Pen-Pencil _1_ |

OTHER ITEMS NOT CLASSIFIED _____

_Check book #0141 4150  Pck_

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

23

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _3-15-_ 19_99_

NAME _Deforrda Locust_

ADDRESS _____

OFFENSE _____

JAILOR _____

SEARCHED BY _HONTROS_

### —PERSONAL PROPERTY—

| | | |
|---|---|---|
| Vehicle Involved? | | Impounded? |
| YEAR | MAKE | LIC. # | LOCATION |

| | | | |
|---|---|---|---|
| Currency $ | | Rings | |
| Change $ _1.60_ | | Keys _1-seT_ | |
| Checks $ | | Cards | |
| Total $ _1.60_ | | Knife | |
| Wallet | | Lighter | |
| Watch | | Pen-Pencil | |

OTHER ITEMS NOT CLASSIFIED _1- Tobogued   1-hair_
_pick_ _____

_____

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

CPC-166

# CENTRAL PRISON
## RALEIGH, N. C.

24

3-19-99
arrested

Date 5-28-99

NAME DEBORRAH Locus

NUMBER .................................

The following items were taken from the above inmate this date:

$22.47  CASH
$1.00  CASH

Total 73.91  CASH

arrested 3-19-99 Lenoir County
Parking Lot front of Court House

The above is correct and agrees with the description of each item.

INMATE ........................................    NUMBER

CUSTODIAL OFFICER

I have received from Central Prison this date, the above stated property.

INMATE ........................................    NUMBER

CUSTODIAL OFFICER

DATE

25 arrested march 19-1999 at my
home 1410 parker avenue
with my pam Jama on AM Time
Beaten Beaten Beaten to the
arms, less, and other part of my
body by two Lenoir county Caucain
Deputy mele, no charge, no warrant
no no nothing taken to Lenoir county
kinston Jail from 3-19-99 untill
april 1-99 told get my thing I was
going home walk out of the cell
into the Lenoir county Sheriff dept
only to be put into leg iron chs change)
leg iron both leg ankes both rist
chay hook to my waste Trans fer to
central prison Raleigh north Carolina
no charge no warrant no nothing
from april-1-99 to may 28-99
central prison fit show arrested
3-19-99 rdose is a lie
arrested kinston 3-19-99
april 1-99 transfer Raleigh
cell 28 18 murder 18
some kill two peples
I had no Bond, no warrant
no nothing from kinston or
central prison

26. later I obtain papers saying
I was incarcerated Raleigh
central prison to remain there
central prison Raleigh untile
I Elder Deforrorrora Locust agree
to leave my home 1416 parker
avenue kinston I never agree to

Because I bough legal action
against central prison the
us District court clerk in
Raleigh north carolina clerk office
Defraud me out of the fileing fee
pretending I never paid fee
which I paid.

Because a Caucain male
in central prison assault me
while I was going to put trash into
a trash bag about 20 to 25 feet
from the cell after the
Black Beat the Caucain male
Beat him down did Black male.

now other Black prison
offical got invole up set
than kinston was call
To come get Elder Deforrorrore
Locust they happen
Call made 5-28-99 kinston
came I was release.

27. Beaten by caucain male early
But prison official and inmate
began taken action after
Beating the caucain got no release.
kinsten was call day later.
Beauct was Beaten ict me
be clanly undorstood Lenoir County
persenal told the prisen official
in Raleigh north Carolina To put
Elder Deforrorora Louist in dangerous
condition untilehe asree To leave
his parker avenue kinsten
home the prison official shole
the material To Elder
Deforrorora Louist materia' was
fax to prisen official
    I stayed in a Cell anly 4 feet
only 4 feet wide 9 feet long
from april to may 28 99 because
all inmate total 24 with me
in the Cell 18 murder so in prison
I was told stay in the Cell 24 hour
I came out for noting
april to may the day I was assaulted
Cell door was open for me To
put Towel in Trash base
first time that ever heppen
because Cell stayed lock
day ~ night I Total,

28 Taken to Jail kinston from prison
get home that day house broken into
atty Dal F wooten,

incarcerated kinston Jail

several Time 1995 with
prison Goldsboro, n C
never prison
Greenville, n C Jail
over 90 days 1994

because Dal P wooten Lenoir county
city personel from 1994 un Tile
may 28-99 finally found
copy of my will all finally
all Tax I had paid,
So now atty Dal P wooten, kinston
offical county offical got got
my will, Tax record I have paid
now here come Total Fraud
total take my property
all these record false
incarceration was show to the
prison from sectary of State
offce at my home

29, Kinston & County personal start in
1994 have ask ask ask me to sell
the city of kinston my two property
I have refuse refuse to sell acc
acc so I war incarcerated will
Destroyd from Court house
a place will for other one
an top every time I come home
I had to pay tax year back
Dalf wester is the secret
owner of my two property
all charge against me once I was
release all file show charge that
have Ella, Deforoikie Locust
incarcerated Rita by atty Dalf wooster
Concern male homo sexuel
secretary of state saw all
Because of the so cell
CIP CIP to be build
and a new school to be
build the county and city
want my property
Dalf wester secretly
own my property,

30    atty DALF western attorney
      Come to 1410 parker avenue
      from 1994 to may 1999
      u haul Truck take take take
      item out of house 1410 &
      1412 parker ave home
      neighbor call call law
      law personel come do nuthing
      over der nothing nothing
      I call call call onice
      get out of Jail, prison
      law come sell truck
      do any thing Dal f western
      set the property 1410 a fire
      I was incarrerated
      poliee came did nothing

3)

# Whitley, Rodgman & Whitley LLP

**COPY**

Robert E. Whitley
Paul A. Rodgman
Robert E. Whitley, Jr.
Benjamin H. Whitley

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433
www.wrwlaw.com

OTHER LOCATIONS:

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 633-6621

December 15, 2003

State of North Carolina
Department of the Secretary of State
P. O. Box 29626
Raleigh, NC 27626

Attn: Mary A. Moore, Enforcement Manager
Notary Public Section

RE:    File Number 2003-NP-2048

Dear Ms. Moore:

I have received your letter regarding the above-referenced complaint which disturbs me a great deal. Having been a Notary Public for over twenty-three years and knowing my responsibilities, I would never have notarized this document if the Testator had not been in my presence. Unfortunately, I cannot give you any particular details since this was done so long ago. Mr. Locust was a client of ours and the two witnesses were employees of our law firm at the time the document was executed.

Please let me know if you need additional information.

Sincerely yours,

Dorothy G. Holt

DGH

*Made will for Elder Deforrean Locust*

*Elder Deforrean Locust*

*Tec sister mrsellie Locust*

*was there also)*

52



*State of North Carolina*
*Department of the Secretary of State*

ELAINE F. MARSHALL
SECRETARY OF STATE

Michael J. Brown, Investigator
Certification & Filing Division

December 29, 2003

**DEFORRORA LOCUST**
**1410 PARKER AVENUE**
**KINSTON, NC 28501**

Re: Notary Complaint 2003-NP-2048 (Dorothy G. Holt)

Dear Mr. Locust,

The Department of the Secretary of State has assigned me to investigate the allegations against Ms. Holt. We have received an initial response from the notary in reference your complaint. Enclosed is a copy of the response for your review.

To further my investigation into this matter, please inform me how I might contact the following people who seem would have knowledge in this complaint:

       Sellie Locust
       Richard D. Locust
       Geradine Locust
       Curly Lofton

Also, to clarify my understanding of your complaint, as you saying that the Last Will and Testament of Sellie Locust dated April 6, 1988, or the Codicil to the Last Will and Testament of Sellie Locust, dated October 10, 1989, or both, is forged? Additionally, you state that you will was forged, but I see no copy or information on a will on yourself, only the Will and Codicil of Sellie Locust. Is there also a will of yours that is in question?

We ask that you please respond in writing with the requested information within ten (10) business days. Should you have questions, please feel free to contact me at 919-807-2122.

Sincerely,

Michael J. Brown
Investigator

Enclosure:
Letter of response, notary public Dorothy G. Holt, dated December 15, 2003

PO BOX 29626, RALEIGH, NC 27626-0626
VOICE 919-807-2122 · FAX 919-807-2130
E-MAIL: mbrown@sosnc.com

WEB SITE ADDRESS :WWW.SOSNC.COM

33



*State of North Carolina*

*Judicial Standards Commission*

P.O. Box 1122
Raleigh, NC · 27602
(919) 733-2690

JUDGE JOHN C. MARTIN, CHAIRMAN
RONALD BARBEE, VICE-CHAIRMAN
JAMES L. MEBANE, SECRETARY
JUDGE RICHARD D. BONER
JUDGE JOYCE A. HAMILTON
WILLIAM O. KING
T. RAY WARREN

PAUL R. ROSS
EXECUTIVE SECRETARY

December 22, 2003

CONFIDENTIAL

Ms. Elder Deforrorrora Locust
410 Parker Ave.
Kinston, NC 28501

Dear Ms. Locust:

The Judicial Standards Commission met in Raleigh on December 19, 2003, at which time it reviewed your complaint concerning Senior Resident Superior Court Judge Paul L. Jones.

Having considered the allegations of your complaint, the Commission has asked me to notify you that it determined that your complaint did not present sufficient evidence of any judicial misconduct that would be the basis for a preliminary investigation. Therefore, no further action will be taken in this matter and your file has been closed.

By closing your file, the Commission is not necessarily communicating agreement with the judge's actions nor disagreement with your perception of the matter. The closure of your complaint indicates that the Commission did not find a sufficient factual basis within your complaint to warrant further inquiry into the matter.

The allegations of your complaint were carefully examined in light of the Code of Judicial Conduct and North Carolina law by the Commission, which consists of three judges, two lawyers and two lay persons. While you may not agree with the Commission's final determination, please be assured that your complaint was individually and thoroughly considered by each member of the Commission.

Sincerely,

Paul R Ross

Paul R. Ross
Executive Secretary

PRR/tkw

**WOOTEN & BROCK, P.L.L.C.**

ATTORNEYS AT LAW
P.O. BOX 2163
112 E. GORDON STREET
KINSTON, NC 28502-2163

PLEASE FORWARD
ADDRESS CORRECTION REQUESTED

KINSTON NC 285 07/07/98 17:05

Mr. Deforrora Locust
1410 Parker Avenue
Kinston, North Carolina 28501

28501x3130



43
43

sough of the court
against alds enclosing follows

william E manning Jr atty
the amount of 75 million Dollers
and He never ever have a law
license in america ever again
and state and federal charge be file
and enforce against him and that
he Turn his law license to practice
law license be Turn to me
Elder Deformirova Locust within the
time no long than 30 day no longer
If longer than 30 day each day
after 30 day he william E manning
Jr pay Elder Deformirova Locust
the amount of $1,000 a day until
william E manning Jr Turn licensing
once license Turn to Elder
Deformirova Locust will Turn the
law license To the north carolina
state Bar Releigh, N.c, 27602

44

against the city of Kinston north Carolina
the amount of 9 hundred and
99 million Dollars and the city
lose it charter and no longer
has a charter again to be a city
and loses all total all fund be
drop that from the city due to be
it no longer a city all all city
fund be discontinue from
the city of Kinston and amount
of money be paid to elder
Deforrorrora Locust within no longer
than time of 30 day if so any
longer amount of 5 thousand
dollars be paid a day to elder
Deforrorrora Locust every day antile
the amount being for in the filens
is paid and all done as filens

CP 5

against the County the amount
of 99 million Dollers and
all Total all all all Federal
funding be discontinue the
          GTP all all Federal
funding be discontinue
stop Total no more
Federal funding or state
funding be given to the
GTP in Kinston
north Carolina
     and all in the filing be done
within 30 day no longer
if money not paid to Elder
Deforxroxrora Locust then the
County of Lenoir county pay the
amount of 7 thousand doller a
     day to Elder Deforxroxrora
Locust a day untile all money
and other filing has been done,

4 6

Joyce Grady and Tax Department

the amount of 124 million
Dollars and Joyce Grady be
remove total from the tax
office Department and
criminal charges be file
against Joyce Grady and that
money be paid within 30 day
and any not paid within 30 day
until all paid the amount
of 6 thousand dollar a day
be paid until all been done

against

Thomas J. white atty
the amount 100.00
thousand doller and he
turn license licence to elder
De forrerrorra Locust within 30 day
he will then be turn to
north Carolina state Bar By
Elder De forrerrorra Locust
iP license and amount of money
has be paid and mr white pay
6 thousand dollar a day
To Elder De forrerrorra Locust to
all is done he no longer
obtain a law license in USA
again.


Elder De forrerra Locust
1410 parker avenue
kinston nc
28501
2 - 7  08
47 page

Rev. 4/06

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is mandatory.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



SULLIVAN, J. EGS.

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name _____ ____ _____

Last four digits of Social Security Number _____

DC Bar ID#: _____

Firm Name _____ _____

Firm Address _____
_____
_____

Voice Phone Number _____

FAX Phone Number _____

Internet E-Mail Address _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.    This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.    Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.    An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance.    An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case.    The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.    Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively,  you may be required to appear in person to receive your new password.**

5.    Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:              U.S. District Court for the District of Columbia
                                         Attn:   Attorney Admissions
                                         333 Constitution Avenue NW, Room 1825
                                         Washington, DC  20001

Or FAX to:                               Peggy Trainum
                                         U.S. District Court for the District of Columbia
                                         (202) 354-3023

Applicant's Signature    _____

_____    _____    _____

Full Last Name              Initial of    Last 4 Digits SS#
                            First Name

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DeForronora Locust

V.

William Manning Jr. etc.
etal

**SUMMONS IN A CIVIL CASE**

CASE NUM

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

William A. Allen, Jr.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓▓ (name and address)

PRO SE

DeForronora Locust
1410 Parker Ave
Kinston, N.C.
28501

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR - 7 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　_____
　　　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

UNITED STATES DISTRT Court
FOR D.C.

DEFORRORORA LOCUST
1410 PARKER AVENUE
KINSTON, N.C.
28501

VS

WILLIAM MANNING, JR. ESQ.
106 SOUTH MCLEWEAN STREET
KINSTON, N.C. 28502

THOMAS J. WHITE, JR.

WILLIAM A. ALLEN, JR.

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

WHITE & ALLEN
POB 3169
KINSTON, N.C.
28502

JOHN GRADY
101 N QUEEN STREET
KINSTON, NC 28502

LENOIR COUNTY
KINSTON, N.C. 28502

JOYCE GRADY
LENOIR CO. DEPT.
OF TAXES

PAGE 2

CITY OF KINSTON
207 E KING STREET
KINSTON, N.C. 28502


ELAINE MARSHALL
   SECRETARY OF STATE 29
      POD 29626
   RALEIGH, N.C.
         27626



COMPLAINT

I. 1. Claim
Hate crime, Racist, Bias,
Tax fraud, Embezzment,
conspiracy to, Deprive black folks
being black peoples out of their Land,
their peace of mine, Conspiracy to
cover up the Conspiracy and other
obstruction of Justice and being of
alds useing their Job position to
continue the hate crime to cover up
the many many violation and so
many other will be file false
arrest to coverup criminal acts by
alds, seting home a fire steeling
2 u haul Trucks Load of
furniture out of
home 1410 parker avenue and one
u haul 6 wheel Truck Load of
furniture out of 1412 parker
avenue, assault seling Two Car
seling house hole items and
other to be file in the hate
crime, and Violation of
Civil & Constitution rights Total
all Defendants are again
clearly lisit all fileing is
again with in the rules,
regulation for fileing in
such legal federal Courts
in the USA.

2.

now befor the Court be one of a male
over the age of 18, being born free
is therefore of Good sound mine is than
by lawfully standard is a man,

legally and Lawfully fileing within
the Distric of Columbus Washington
D.C. US federal court by means
of paying fileing fee together with
alds name address and their causes
of violations with claim,

alds has been serve their copy
of the Law suit being all enclose
To ald print clearly To be understood
in which ald are aware of the facts
before they got or gotten their copy
due to alds has been told over the years
federal legal action would be file against
them for their Racist, Bias violation
Discrimintion alds are well aware.

1

3.

The state of North Carolina has a policy for property owner ownership being so one who own property must pay taxes and have a will & deed of ownership to the property one own, the will leave the property to another person once here/she is dead once the person died or dead the owner will then is dead showing property belong to who ever legally, and lawfully will to,

As long as the person leaving the property to another is of his or her right and good sound mine having clear understanding of his or her doing at the time,

Once the will has been made notarize notary legally the will is then put into a white envelope large white envelope given to clerk who is then state clerk who and for filing within the County of the courthouse in which the will is being file to show owner ship once the person filing the will is dead. then the will show who will be or become owner of property.

4.

one has to have witness to the
sign of their his or her will and
has to have will legally lawful
stamp seal by a person licensed
lawfully to do so for the will to be
lawfully and legally in order to be so
if all is then done so the name ones,
or one new will has be will to one
person made the will has pass away
again then by law owner new has to total
except all responsability of maintance,
up keep, paying taxes of property
as file early other enclose page
and will become Deed because
passing of owner will then goes
into Deed record of County Court house
to prevent state from becomeing owner
of property due to one passing without
leaveing a will By leaveing a will
that prevent false, friuolous will from
claiming be file and at any time one
who is legally and lawfully the owner property
has been will or Deed to he or she
discover there has been a false or
friuolous false worthless will
then the person whom who property
was lawfully legally will to has the
legal right to dispute the

5.

if than no other ever claim such
than legal owner own property
and must again main tain up keep
tax paid as again and therefore
that one or two owner are legally
lawfully owner.

Elder Deforrorrora Locust sinle
1989 has been and remain being
legally, lawfully owner of two property
location 1410 & 1412 parker avenue
Kinston north Carolina 28501,
the two property has a house on
each property.

the two property was legally and
lawfully will to Elder Deforrorrora Locust
by the owner of Bob mr Sellie Locust
mr sellie Locust 1989 in the office
of whitley & wooten attorney
Everitt wooten made the will in the
front of mr Sellie Locust and
Elder Deforrorrora Locust and
two sister of mr sellie Locust
again in 1989.
mr sellie Locust also gave
each of his sister a copy of the
will haveing 3 sister at the
time, one who was 101yr old
mr sellie Locust age at the time
104 enclose in his right mine.

6   mr Sellie Locust also gave Elder
Deforrorrora Locust a copy of the will
showing he Elder Deforrora Locust
would be the owner of the property
and all that belong of that of,
mr sellie Locust once the passing of
he mr sellie Locust, the atto ask Convering
Elder Deforrorera Locust name he ask
what type or kine of name is that
and ask of Elder Deforrora Locust
how did you get that name,
I Elder Deforrora Locust never
answer telling him.
All family member of the Locust
family clearly was aware of the will
property will to clearly understood
start property became that of
who will to was clearly.
once the city of Kinston
north Carolina north Carolina
reluze the value of the property
the pages telling clearly show
the purpose for the law suit

1, defendant are as list
white + allen PA

1. william E manning Jr attorney
106 South mcLewean street
Kinston, nc 28562-3169

2. thomas J, white Jr

3. wm A. allen Jr
wm H.
he
office phone 252)527-8000

white + allen, PA
p o Box 3169
Kinston nc 28562-3169

all white allen
william E manning Jr
106 S, mcLew eau St
Kinston  N C

8) Joyce Grady and
Lenoir county
101 N Queen street
Kinston, N C 28562

City of Kinston

Joyce Grady is office super user
for Lenoir county Department
Tax eFile,

City of kinston
207 E King street
kinston, north Carolina
28562
Elaine f. marshall
Secretary of state 29
P O Box 29626
Raleigh, N C 27626-6626

8. During the year 2007 I mail in a large payment toward my property Tax. A Great Time afterward I got in the mail the the return amount I mail for the tax back with a letter telling me the amount is being return to me because of the legal paper has been file in Court against me and I need to contact atty William Emanning Sr with the Law firm of atty white & allen of kinston n c

this was unreal so so unreal the frivolous paper to me from the Law Firm enclose with date material reach me,

Joyce Grady Lenoin County supervisor I request material concerns Same mail me Copy of a letter She mail to Richard Loust 2005 Concerning tax Richard Loust never ever never ever paid a cent, dollar no nothing toward property 1410 & 1412 parker avenue Kinston n c he never owner ship to such.

10. Richard Locust pass 1993 Death
Richard D Locust Death 1993 age
94 never paid tax on two property
never own either never, never,
since the passing of mr
sellie Locust 1990 age 105 yr of age
aware of him self in his right mine,
never never never ever lefte
will to Richard D Locust of Durham
north Carolina,
    Be clearly understood Richard D
Locust pass 1993 age 94 never ever
own 1410 or 1412 nor even paid tax
on neither or either pass without
leaveing any at all children
Richard D Locust live in Durham
 north Carolina never live at
parker avenue property
 nor paid any tax, nor Did
he ever have any children.
    He was the Brother of
mr sellie Locust,
    once Richard D Locust discover
his brother in 1989 at the time
mr sellie Locust age 104
left him Richard D Locust
nothing being told by
    wootens whitley
Same Law firm made the will

11

for mr sellie Locust Contact
mr Richard D Locust in Durham
north Carolina Telling Richard D
Locust his Brother will the Two
property to Elder Deformorora Locust
Richard D Locust then so I the
owner of Albritton-Carraway
funeral home owner since 88 I Kirk
Carraway and wife finely purchase the
funeral home after year of mayer ment
the deal was stephen Carraway
prentend to be mr sellie Locust insurant
as only so stephen Carraway told mr
sellie Locust he had some paper for
him mr sellie Locust to sign,
This was one sunday morning
october the eyeauth day
because Elder Deformorora Locust
live with mrs sellie Locust
During the 89 until mr sellie Locust
passing therefor Elder Deformora Locust
and a Sister of mr sellie Locust
was at the house that Sunday
morning again a sunday morning.



13,

The phone ring about 7 to am Sunday morning october 89 a female cousin name Gerdine Locust was the caller she call to say she was bring cousin sallie some soup and her friend was bring her that was unusually because Gerdine Locust had her own automobile dirurder station wagon small station wagon brown age in her late 80 own property and she had plenty plenty money stephen carraway was her lover stephen carraway Gerdine Locust was lover she was in her 80 years stephen carraway has a wife. Richard Locust promise stephen carraway if he get his brother mr sellie Locust to sgn the paper by way of Defraud or fraud mean then once mr sellie Locust pass then he stephen carraway would get the body of mr sellie Locust for his funeral, and stephen carraway did just that I got mr sellie Locust body mill funeral home was then cross the 4 lanehigh way other side of the street from each other

14 once the passing mill funeral home
was call because mill funeral
home was the once to handel the funeral
for the wife of mr sellie so the family
at the desire and wish of mr sellie
Loust was to use mill funeral home
plus mr mill owner of the mill family
funeral home was and is a frend of
mr sellie Locust a visit pal he often
visit mr sellie Locust many many years.
      mill funeral home was call
to obtain the body of mr sellie Locust
but once Richard D Loust in
Durham got the call the passing of
brother mr sellie Locust and told
mills funeral home was the
funeral home in charge. than he
richard D Loust at his Durham
north Carolina home contact
stephen Carraway to obtain the
body of mr sellie Locust from
     the mill funcra home only
about a block or two wyde from
each other stephen Carraway
      did just that obtain
mr sellie Locust body.

15 stephen Carraway III notary had
notarized his notary had
expired date ran out no good
also he had curley Loflen
a witness curley Loflen was
then the secetary for albritton
carraway funeral home curley loflen
has never never ever been in the
home of 1416 or 1412 property
avenue in his life never never
never had his feet, feets in the
home again of 1416 or 1412 nor was
curley sutton with stephen
carraway or Gordine Locust that
sunday morning october 1989
stephen carraway forgot I was acurrally
at 1416 parker avenue again sunday
morning plus mr sellie Locust
sister was at the house getting
mr sellie Locust meal ready
for him to eat at 12 oclock
carraway forgotten that
so the lie about witness
suppen I is a total lie
curley Loften name was on
the will as a witness he
wasn't at the home that,
sunday morning his name again
was on the forge will.

17    I have him to court file
jail file, prison record
showing prison jail I have
unlawfully un willing to have
been unlawfully un willing
incarcerated starting 1994 to
1999 all because the City of
Kinston personel & the County
personal of Lenoir county was
ram shacking search and taken item
out of my home he saw how my
Tax file was taken Deed paper
will we discuss clearly proven
property belong to me
elder De farmers Locust by seeing
Tax been only paid be me
since the passing of mr
sellie Locust and other proven the
same, He made all all all
he could do to prove because
some witness are dead he tryed
his best saying well he died
or she dead some of my
witness un tile I ask him
to leave my home
right now get out of
my home march 20 08

18. To close the lies of the secretary of State
office I furnish paper from court
file record as well as every enclose
Jail incarceration, prison record
enclose me being incarcerated 1994
Turtle Lenoir County Jail Kinston
5-0-95  5-24-95 - 6-24-96
Lenoir county  3-15-97
    3-19-99 Raleigh north Carolina
Central prison and these enclose
isn't all the Jail ± prison Lenoir
County and the City of Kinston personal
unlawfully and willfully had me
Elder Deformerans Louis T incarcerated
never never never ever did I
Elder Deformerans Louis T ever a
issue a warrant for arrest, at my home
1997 in front of the Lenoir County court
house directly in front of the Lenoir
county Kinston Court house I was setting
out of my 4 door 1976  98 oldsmobile
officer came out of Court house
two Caucasian male Deputy
Drag me out of my car
assault me incarcerated me in
Green County  snow Hill
north Carolina Jail 6-1997 until
September 13 1997 release
no charge  no Bond  no nothing

19

I again ask the man to set up
and get out of my house right now
he than said I am trying to help
you after I enform him that
he only came to my home
1410 parker avenue only to
provent me Elder De ferro morra
Lewis ta lie to prevent law
suit against alls. he left
again while at my home
he did every thing I mean
every he could do to try to
cover up for Carraway, Wooten,
whitley the County, the City
I gave him name of family member
address he could contact and
other people he could contact
he never even contact anyone
said he did not need any
other witness so he would
not except those name would
except their name, address,
so he had all he need.
the letter duted to me march 16
2004 is a scam Ethnefi marshely
cover up scam
using the US mail to
fraud & Defraud total
a fraud scam. page 17



2-1

# LENOIR COUNTY SHERIFF'S DEPARTMENT
# PROPERTY BAG

Date 5/24 19 95

NAME *Deforrora Locust*

ADDRESS _____

OFFENSE *Contempt*

DESK SERGEANT _____

SEARCHED BY *G. Taylor*

## —PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____

|  | | |
|---|---|---|
| Currency $ 0 | Rings | |
| Change $ | Keys | 1 |
| Checks $ | Cards | |
| Total $ | Knife | |
| Wallet 1 | Lighter | |
| Watch | Pen-Pencil 2 | |

OTHER ITEMS NOT CLASSIFIED *1 pr sunglasses, 1 pick*
*1 medication*

*I had money*
*Keep my money I had money*

I received the above listed articles on this date *I had money*

Signature

*I refuse to sign*
*refuse to sign*

22

*Top Floor*

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _6/24_ 19 _96_

NAME _Deforroro    Locust_

ADDRESS _____

OFFENSE _Contempt_

DESK SERGEANT _____

SEARCHED BY _Dawson_

### —PERSONAL PROPERTY—

Vehicle Involved? _____  Impounded? _____
YEAR    MAKE    LIC. #              LOCATION

| | | |
|---|---|---|
| Currency $ _____ | Rings | _____ |
| Change $ _____ | Keys | _1 set_ |
| Checks $ _____ | Cards | _____ |
| Total $ _____ | Knife | _____ |
| Wallet _1_ | Lighter | _____ |
| Watch _____ | Pen-Pencil _1_ |  |

OTHER ITEMS NOT CLASSIFIED _____
_Check book #0141 4450, Pck_
_____
_____
_____
_____

I received the above listed articles on this date _____

_____
Signature

23

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date _3-15-_ 19_99_

NAME _DeForra Locust_

ADDRESS _____

OFFENSE _____

JAILOR _____

SEARCHED BY _HONTROS_

### —PERSONAL PROPERTY—

| | | | Impounded? | |
|---|---|---|---|---|
| Vehicle Involved? | YEAR | MAKE | LIC. # | LOCATION |

Currency $ _____     Rings _____

Change  $ _1.60_     Keys _1-set_

Checks  $ _____     Cards _____

Total   $ _1.60_     Knife _____

Wallet _____     Lighter _____

Watch _____     Pen-Pencil _____

OTHER ITEMS NOT CLASSIFIED _1 Tobaguad   1-hair_

_pick_ _____

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

CPC-166

# CENTRAL PRISON
### RALEIGH, N. C.

24

3 -19 -99
arrested

Date 5-28-99

NAME *DEFERRORIA* Locus

NUMBER ..................................

The following items were taken from the above inmate
this date:

$22.47  CASH

51.44  cash

Total 73.91  cash

arrested 379-99 Lenoir County
Parking Lot front of Courthouse

The above is correct and agrees with the description of
each item.

INMATE ........................................    NUMBER ........................

CUSTODIAL OFFICER ................................

I have received from Central Prison this date, the above
stated property.

INMATE ........................................    NUMBER ........................

CUSTODIAL OFFICER ................................

DATE ........................................

25 arrested march 19-1999 at my
home 1410 parker avenue
with my pam Jama or nm Tme
Beaten Beaten Beaten to the
arms, less, and other part of my
body by two Lenoir county caucaisn
Deputy male, no charge, no warrant
no no nothing taken to Lenoir county
kinston Jai.l from 3-19-99 untile
april 1-99 told get my thing I was
going home walk out of the cell
into the Lenoir county Sheriff dept
only to be put into 19 iron chs chance)
leg iron both legs ankes both rist
chay hook to my waste Transfer to
central prison Raleigh north Carolina
no charge no warrant no nothing
from april-1-99 to may 28-99
central prison fit show arrested
3-19-99 rdose is a lie
arrested kinston 3-19-99
  april 1-99 trans fer Raleigh
   cell 18 18 murder 18
   some kill two peples)
   I had no Dondy no warrant
  no nothing from kinston or
   central prison

26  later I obtain papers saying
I was incarcerated Raleigh
central prison to remain there
central prison Raleigh untile
I Elder Deforrorora Locust agree
to leave my home 1416 parker
avenue kinston I never agree to

Because I bough legal action
against central prison the
US District court clerk in
Raleigh north carolina clerk office
Defraud me out of the filling fee
pretending I never paid fee
which I paid.
Because a Caucain male
in central prison assault me
while I was gong to put trash into
a trash bag about 20 to 25 feet
from the cell after that
Black Beat the Caucain male
Beat him down did Black male.
now other Black prison
offical got involve cep sct
than kinston was call
to come get Elder Deforrorora
Locust they happen
Call made 5-28-99 kinston
came I was release.

27. Beaten by caucain male early
But prison offical and inmate
begaing takin action after
Beating the caucain got me release.
kinsten was call day later.
Because I was Beaten let me
be clanly understood Lenoir County
personel told the prison offical
in Releigh north Carolina To put
Elder Deferrorrora lowist in dangerous
condition untilehe agree To leave
his parker avenue kinsten
home the prison offical show
the material to Elder
Deferrorrora lowist materia' was
fax to prison offical
      I stayed in a cell only 4 feet
only 4 feet wide 9feet long
from april to may 28 99 because
all inmate tatel 24 with me
in the cell 18 murder so in prison
I was told stay in the cell 24 hour
I came out for nothing
april to may the day I was assault
cell door was open for me to
put Trash in Trash bas
first time that it's happen
because cell stayed lock
day & night Total

28 Taken To Jail Kinston from prison
get home that day house broken into
att Dal F wooten,

incarcerated Kinston Jail

several Time 1995    with
    prison Goldsboro, NC
    newest prison
    Greenville, NC Jail
        over 90 days    1994

because Dale wooten Lenoir County
city personel from 1994 un Tile
    may 28-99 finally found
copy of my will, all finally
all Tax I had paid,
So now atty Dale wooten, Kinston
offical County offical got gon
my will, Tax record I have paid
now here come Total Fraud
Total Take my property
all these record false
incarceration was show to the
    prison from scretary of state
office at my home

29, Kinston & County personal starting in
1994 have ask ask ask me to sell
the city of kinston my two property
I have refuse refuse to sell acr
acr so I was incarcerated will
Destroyd from court house
replace ceilling for other one
on top every time I come home
I had to pay Tax year back
    Dal F wooten is the secret
owner of my two property
all charge against me once I was
release all file show charge flt
have filed, Deferrences Locust
incarcerated flt by atty Dal Fwooten
Concern male homosexual
    secretary of state save all.
    Because of the so cell
    Crp Crp to be build
and a new school to be
build the county and city
want my property
Dal F wooten secretly
    own my property,,

30  atty DALF westrn attorney
Come to 1410 parkravenuP
from 1994 to may 1999
4 haul truck take take take
item out of house 1410 &
1412 parker ave home
    Neighbor Call Call law
    law personel Come do nothing
over der nothing nothing
    I call call call onict
get out of Jail, prisen
law Come petr atuck
do any thing Dal f westen
set the property 1410 @ Pine
I wer incarcerated
poliP Come did nothing

# Whitley, Rodgman & Whitley



Robert E. Whitley
Paul A. Rodgman
Robert E. Whitley, Jr.
Benjamin H. Whitley

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433
www.wrwlaw.com

OTHER LOCATIONS:

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 633-6621

December 15, 2003

State of North Carolina
Department of the Secretary of State
P. O. Box 29626
Raleigh, NC 27626

Attn:  Mary A. Moore, Enforcement Manager
       Notary Public Section

RE:    File Number 2003-NP-2048

Dear Ms. Moore:

     I have received your letter regarding the above-referenced complaint which
disturbs me a great deal.  Having been a Notary Public for over twenty-three years
and knowing my responsibilities, I would never have notarized this document if the
Testator had not been in my presence.  Unfortunately, I cannot give you any
particular details since this was done so long ago.  Mr. Locust was a client of ours
and the two witnesses were employees of our law firm at the time the document was
executed.

     Please let me know if you need additional information.

                              Sincerely yours,

                              Dorothy G. Holt
                              Dorothy G. Holt

DGH

*made will for Elder Deforrom Locust*

*Elder Deforrence Locust*

*Tue sister mrs ellie Locust*

*was there also,*

52



*State of North Carolina*
*Department of the Secretary of State*

ELAINE F. MARSHALL
SECRETARY OF STATE

Michael J. Brown, Investigator
Certification & Filing Division

December 29, 2003

**DEFORRORA LOCUST**
**1410 PARKER AVENUE**
**KINSTON, NC 28501**

Re: Notary Complaint 2003-NP-2048 (Dorothy G. Holt)

Dear Mr. Locust,

The Department of the Secretary of State has assigned me to investigate the allegations against Ms. Holt. We have received an initial response from the notary in reference your complaint. Enclosed is a copy of the response for your review.

To further my investigation into this matter, please inform me how I might contact the following people who seem would have knowledge in this complaint:

       Sellie Locust
       Richard D. Locust
       Geradine Locust
       Curly Lofton

Also, to clarify my understanding of your complaint, as you saying that the Last Will and Testament of Sellie Locust dated April 6, 1988, or the Codicil to the Last Will and Testament of Sellie Locust, dated October 10, 1989, or both, is forged? Additionally, you state that you will was forged, but I see no copy or information on a will on yourself, only the Will and Codicil of Sellie Locust. Is there also a will of yours that is in question?

We ask that you please respond in writing with the requested information within ten (10) business days. Should you have questions, please feel free to contact me at 919-807-2122.

Sincerely,

Michael J. Brown
Investigator

Enclosure:
Letter of response, notary public Dorothy G. Holt, dated December 15, 2003

PO Box 29626, Raleigh, NC  27626-0626
Voice 919-807-2122 - Fax 919-807-2130
E-mail: mbrown@sosnc.com

Web Site Address :www.sosnc.com

33



*State of North Carolina*

*Judicial Standards Commission*

P.O. Box 1122
Raleigh, NC  27602
(919) 733-2690

JUDGE JOHN C. MARTIN, CHAIRMAN
RONALD BARBEE, VICE-CHAIRMAN
JAMES L. MEBANE, SECRETARY
JUDGE RICHARD D: BONER
JUDGE JOYCE A. HAMILTON
WILLIAM O. KING
T. RAY WARREN

PAUL R. ROSS
EXECUTIVE SECRETARY

December 22, 2003

CONFIDENTIAL

Ms. Elder Deforrorrora Locust
410 Parker Ave.
Kinston, NC 28501

Dear Ms. Locust:

The Judicial Standards Commission met in Raleigh on December 19, 2003, at which time it reviewed your complaint concerning Senior Resident Superior Court Judge Paul L. Jones.

Having considered the allegations of your complaint, the Commission has asked me to notify you that it determined that your complaint did not present sufficient evidence of any judicial misconduct that would be the basis for a preliminary investigation.  Therefore, no further action will be taken in this matter and your file has been closed.

By closing your file, the Commission is not necessarily communicating agreement with the judge's actions nor disagreement with your perception of the matter.  The closure of your complaint indicates that the Commission did not find a sufficient factual basis within your complaint to warrant further inquiry into the matter.

The allegations of your complaint were carefully examined in light of the Code of Judicial Conduct and North Carolina law by the Commission, which consists of three judges, two lawyers and two lay persons.  While you may not agree with the Commission's final determination, please be assured that your complaint was individually and thoroughly considered by each member of the Commission.

Sincerely,

Paul R. Ross

Paul R. Ross
Executive Secretary

PRR/tkw

**WOOTEN & BROCK, P.L.L.C.**

ATTORNEYS AT LAW
P.O. BOX 2163
112 E. GORDON STREET
KINSTON, NC 28502-2163

PLEASE FORWARD
ADDRESS CORRECTION REQUESTED

KINSTON NC 285 07/07/98



Mr. Deforroroa Locust
1410 Parker Avenue
Kinston, North Carolina 28501

28501x3130



43
43

sough of the Court
against alls enclosing following

william E manning Jr atty
the amount of 75 million Dollars
and He never ever have a law
license in america ever again
and state and federal charge be file
and en force against him and that
he Turn his law license to practice
law license be Turn to me
Elder Deformererr Locust within the
Time no long than 30 day no longer
if longer than 30 day even day
after 30 day he william E manning
Jr pay Elder Deformererr Locust
the amount of $1,000 a day until
william E manning Jr Turn license
once license Turn to Elder
Deformererr Locust will Turn the
law license To the north carolina
state Bar Raleigh, N.C., 27602

47

against the city of Kinston north Carolina
the amount of 9 hundred and
99 million Dollars and the City
lose it charter and no longer
has a charter again to be a city
and loses all total all fund be
drop that from the city due to be
it no longer a city all all city
fund be discontinue from
the city of Kinston and amount
of money be paid to elder
Deforrorrara Locust within no longer
than time of 30 day if so any
longer amount of 5 thousand
dollars be paid a day to elder
Deforrorrara Locust every day untile
the amount liking forin the liking
is paid and all done as liking

CP 5

against the County the amount
of 99 million Dollers and
all Total all all all federal
funding be discontinue the
G T P all all federal
funding be discontinue
Stop Total no more
federal funding or state
funding be given to the
G T P in Kinston
north carolina
and all in the filting be done
within 30 day no longer
if money not paid to Elder
Deferrorrera Lowst than the
County of Lenoir county pay the
amount of 7 thousand deller a
day to Elder Deferrorrera
Lowst a day untile all money
and other filterty has been done,

46

Joyce Grady and Tax Department

the amount of 12 million
Dollars and Joyce Grady be
remove Total from the Tax
office Department and
criminal charges be file
against Joyce Grady and that
money be paid within 30 day
and any not paid within 30 day
until ell paid the amount
of 6 thousand dollar a day
be paid until all been done

47

against

Thomas J, white atty
the amount100.00
thousand dollar and he
turn license license to elder
De forrerrora Locust within 30 day
he will then be turn to
north carolina state Bar By
Elder De forrerrora Locust
if license and amount of money
has be paid and mr white pay
6 thousand dollar a day
To Elder De forrerrora Locust to
all is done he no long
obtain a law license in USA
again.

Elder De forrerra Locust
1410 parker avenue
kinston nc
28501
2 - 7  08
47 page

Rev. 4/06

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING
# ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is mandatory.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



SULLIVAN, J. EGS

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name  _____

Last four digits of Social Security Number  _____

DC Bar ID#:  _____

Firm Name  _____

Firm Address  _____

_____

_____

Voice Phone Number  _____

FAX Phone Number  _____

Internet E-Mail Address  _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:        U.S. District Court for the District of Columbia
                                   Attn:   Attorney Admissions
                                   333 Constitution Avenue NW, Room 1825
                                   Washington, DC  20001

Or FAX to:                         Peggy Trainum
                                   U.S. District Court for the District of Columbia
                                   (202) 354-3023

Applicant's Signature  _____

_____      _____      _____
Full Last Name               Initial of   Last 4 Digits SS#
                             First Name

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEFORROROUA LOCUST

V.

WILLIAM MANNING JR. ESQ.
ET AL

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

CASE N

TO: (Name and address of Defendant)

THOMAS J. WHITE, JR.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓▓▓ PRO SE (name and address)

DEFORROROUA LOCUST
1410 PARKER AVE.
KINSTON, N.C.
28501

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR - 7 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/08/17     _____
               Date              Signature of Server

                            _____
                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Mr Thomas J white

notice I have written out on your return of
service due To I had plans to may Texes
du To Trouble with the winstop post office
Tampering with my mail. So I am person
hand delivery them so I am out that so
your can still use the form still
sence those who like I am having
serious mail problems

3-18-08

cc US court
District

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

UNITED STATES DISTR T court
FOR D.C.

DEFORRORORA LOCUST
1410 PARKER AVENUE
KINSTON, N.C.
28501

VS

WILLIAM MANNING, JR. ESQ.
106 SOUTH MCLEWEAN STREET
KINSTON, N.C. 28502

THOMAS J. WHITE, JR.

Case: 1:08-cv-00414
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/7/2008
Description: PI/Malpractice

WILLIAM A. ALLEN, JR.

WHITE + ALLEN
POB 3169
KINSTON, N.C.
28502

JOHN GRARY
101 N QUEEN STREET
KINSTON, NC 28502

LENOIR County
KINSTON, N.C. 28502

JOYCE GRARY
LENOIR CO. DEPT.
OF TAXES

PAGE 2

CITY OF KINSTON
207 E KING STREET
KINSTON, N.C. 28502

ELAINE MARSHALL
SECRETARY OF STATE 29
POD 29626
RALEIGH, N C.
27626

COMPLAINT

I, Q, claim

Hate crime, Racist, Bias, Tax fraud, Embezzment, conspiracy to, Deprive black folks being black peoples out of their Land, interfering their peace of mine, conspiracy to coverup the conspiracy and other obstruction of Justice and being of aids using their Job position to continue the hate crime to cover up the many many violation and so many other will be file false arrest to coverup criminal acts by aids, seting home afire stealing 2 u haul Truck Load of furniture out of home 1410 parker avenue and one u haul 6 whell Truck Load of furniture out of 1412 parker avenue, assault seling Two Car seling household Item, and other to be file in the hate crime, and violation of Civil & Constitution rights Total all Defendants are aseing clearly lisit all fileing is again with in the rules regulation for fileing in such legal federal Court in the USA.

2.

now before the Court be one of a male
over the age of 18, being born free
is therefore of Good Sound mine is than
by lawfully standard is a man.

Legally and Lawfully filing within
the Distric of Columbus Washington
D C   US federal court by means
of paying filing fee Together with
alds name address and their Causes
of violations with Claim,

Alds has Been serve their copy
of the Law suit being all enclose
To ald print clearly To be understood
in which all are aware of the facts
before they got or gotten their copy
due to alds has been told over the years
federal legal action would be file against
them for their Racist Bias violation
Discrimination alds are well aware.

3.

the state of north Carolina has a policy
for property owner ownership being so
one who own property must pay taxes and
have a will & Deed of ownership to the
property one own, the will leave the
property to another person once he/or
she is dead once the person died or
dead the owner will than is Dead
showing property belong to who ever
legally, and lawfully will to,
    as long as the person leaving the
property to another is of his or her right
and good sound mine haveing clear
understanding of his or her doing at the
time,
    once the will has been made
notarize notary legally, the will is
than put in to a white envelope
large white envelope given to
clerk who is than state clerk
who and for filing will in the
County of the Court house
in which the will is being
file to show owner ship once
the person filing the will
is Dead. then the will show
who will be or become
owner of property,

4.

one has to have witness to the
sign of their his or her will and
has to have will legally lawfull
stamp seal by a person licensc
lawfully to do so for the will to be
lawfully and legally in order to be so
if all is than done so the name ones,
or one new will has be will to onlc
person made the will has pass away
again then by law owner new has to total
excepT all responsibility of maintanie,
up keep paying Taxes of property.
as file early other enclose page
and will become Deed because
passing of owner will then goes
into Deed record of County Court house
To prevent state from becomeing owner
of property due to one passing without
leaveing a will. By leaveing a will
that prevent false, frivulous will from
claiming be file and at any time one
who is legally and lawfully the owner property
has been will or Deed to He or she
discover there has been a false or
frivulous false workless will
then the person whom who property
was lawfully legally will to has the
legal right to dispute the
frivulous will.

5,

if than no other ever claim such
than legal owner own property
and must again main tain up keep
Tax paid as again and therefore
that one or two owner are legally
lawfully owner.

Elder Deforororora Locust since
1989 has been and remain being
legally, lawfully owner of two property
Location 1410 & 1412 parker av title
Kinston north Carolina 28501,
the two property has a house one
each property.

the two property was legally and
lawfully will To Elder Deforororora Locust
by the owner of Both mr sellie Locust
mr sellie Locust 1989 in the office
of whitley & wooten attorney
Everett wooten made the will in the
front of mr sellie Locust and
Elder Deforororora Locust and
two sister of mr sellie Locust
again in 1989.

mr sellie Locust also gave
each of his sister a copy of the
will haveing 3 sister at the
Time, one who was 101yr old
mr sellie Locust age at the Time
104 enclose in his right mine.

6  mr sellie Locust also gave Elder
Deforrorrora Locust a copy of the will
showing he Elder Deforrora Locust
would be the owner of the property
and all that belonging of the Top,
mr sellie Locust once the passing of
he mr sellie Locust, the att ask Convey
Elder Deforrorora Locust name he ask
what Type or kine of name is that
and ask of Elder Deforrorora Locust
how did you get that name,
I Elder Deforrorora Locust never
answer telling him.
All family member of the Locust
family clearly was aware of the will
property will to clearly understood
start property became that of
who will to. was clearly.
once the city of Kinston
north Carolina north Carolina
relize the value of the property
the pages follow clearly show
the purpose for the law suit.

7, defendant are as list
white + Allen PA

1   williamE manning Jr attorney
    166 south mclean street
    Kinston, nc 28562-3169

2   thomas J. white Jr

3   wm A.  allen Jr
    wm H.
    he
    office phone 252) 527-8000



    white + Allen, PA
    p o Box 3169
    Kinston nc 28562-3169

    all white Allen
    william E manning Jr
    166 S, mcLeu ean st
    Kinston   n c

8) Joyce Grady and
Lenoir County
101 N Queen Street
Kinston, N C 28502

City of Kinston

Joyce Grady is office supervisor
for Lenoir County Department
Tax office,

City of Kinston
207 E King Street
Kinston, North Carolina
28502
Elaine f. marshall
Secretary of State 29
P O Box 29626
Raleigh, N C 27626-6626

8. During the year 2007 I mail in a large payment toward my property Tax. a Great Time after ward I get in the mail the the return amount I mail for the Tax back with a letter telling me the amount is being return to me because of the legal paper has been file in Court against me and I need to Contact atty William E manning Sr with the Law firm of atty white, & allen of kinston n c

this was un real so so unreal the frivolous paper to me from the Law Firm enclose with date material reach me,

Joyce Grady Lenoir County supervisor I requet material Concering Same mail me Copy of a letter she mail to Richard Loust 2005 Concering Tax Richard Loust never ever never ever paid a cent, dollar no nothing toward property 1410 & 1412 parker avenue kinston n c he never owner ship to such.

10. Richard Locust pass 1993 Death
Richard D Locust Death 1993 age
94 never paid Tax on Two property
never own either never, never,
    since the passing of mr
Sellie Locust 1990 age 105 yr of age
aware of him self in his right mind,
also never never ever left a
will to Richard D Locust of Durham
north Carolina,
    Be clearly understood Richard D
Locust pass 1993 age 94 never ever
own 1410 or 1412 nor even paid Tax
on neither or either pass without
leaving any at all children
Richard D Locust live in Durham
north Carolina never live at
parker avenue property
nor paid any Tax, nor Did
he ever have any children.
    He was the Brother of
mr Sellie Locust,
    once Richard D Locust discover
his brother in 1989 at the Time
mr Sellie Locust age 104
left him Richard D Locust
nothing, being Told by
    wooten & whitley
Same Law Firm made the will

11

for Mr Sellie Locust contact
Mr Richard D Locust in Durham
north Carolina Telling Richard D
Locust his Brother will the two
property to Elder Deferrorrora Locust
Richard D Locust than got the
owner of Albriton - Carraway
funeral home owner since 88 E Kirk
Carraway and wife finely purchase the
funeral home after years of moves ment
the deal was stephen Carraway
pretend to be mr sellie Locust insurance
agency so stephen Carraway told mr
sellie Locust he had some paper for
him mr sellie Locust to sign,
This was one sunday morning
october the erzaith day,
because Elder Deferrorrora Locust
live with mrs sellie Locust
During the 89 while mr sellie Locust
passing therefor Elder Deferrorrora Locust
and a sister of mr sellie Locust
was at the house that sunday
morning again a sunday morning,



13,

The phone ring about 10, am sunday morning
octobe 89 a female cousin name Gardine
Loust was the Calla she Call to say she
was bring Cousin sallie some soup and
her Frien d was bring her that was unusally
because Gardine Loust thad her own
automobile a sturdeb station wagon
small station wagon brown age in her
late 80 den property and she had
plenty plenty money stephen
carraway was her lover stephen
carraway Gardine Locust was
lover she was in her 80 years
stephen carraway has a wife
Richard Loust promise stephen
Carrawar if he get his brother
mr sellie Locust to Sign the paper
by way of Defraud or fraud mean
then once mr sellie Loust pass
Then he stephen Carraway would
get the body of mr sellie Locust
for his funeral, and stephen Carrawa
didJust thaJ got mr sellie Locust
body mill funeral home was then
cross the 4 lanehigh way
other side of the street
From each other

14. once the passing mill funeral home
was call because mill funeral
home was the ones to handel the funeral
for the wife of mr sellie so the family
at the desire and wish of mr sellie
Locust was to use mill funeral home
plus mr mill owner of the mill family
funeral home was and is a frend of
mr sellie Locust a visit pal he offen
visit mr sellie Locust many many years,
    mill funeral home was call
to obtain the body of mr sellie Locust
but once Richard D Locust in
Durham got the call the passing of
brother mr sellie Locust and told
mills funeral home was the
funeral home in charge. than he
Richard D Locust at his Durham
north Carolina home contact
stephen Carraway to obtain the
body of mr sellie Locust from
the mill funeral home only
about a block or two wyde from
each other stephen Carraway
    did Just that, obtain
mr sellie Locust body.

12  Stephen Carraway III notary had
notarized.  his notary had
expired date ran out nogood
also he had curley Lofton
a witness  curley Lofton was
then the secetary for albritton
Carraway funeral home Curley Lofton
has never never ever been in the
home of 1416 or 1412 property
avenue in his life never never
never had his foot, feets in the
home again of 1416 or 1412 nor was
curley sutton with stephen
carraway or Gordine Locust that
sunday morning october 1989
stephen Carraway forgot I was as usually
at 1416 parker avenue again sunday
morning plus mr stellie Locust
sister was at the house getting
mr stellie Locust meal ready
for him to eat at 12 oclock
    Carraway forgotten that
    so the lie about witness
support is a total lie
curley Lofton name was on
the will as a witness he
wasn't at the home that,
sunday morning  his name again
was on the Fone Will

17   I show him to Court file
Jail file, prison record
showing prison Jail I have
unlawfully unwilling to have
been unlawfully unwilling
incarcerated starting 1994 to
1999 all because the City of
Kinston personel & the County
personel of Lenoir county was
ramshacking search and taken item
out of my home he saw how my
tax file was taken Deed paper
will we discuss clearly proven
property belong to me
elder Deford or Locust by seeing
tax been only paid be me
since the passing of mr
schel Locust and other proven the
same. He made all all all
he could do to prove because
some witness are dead he tryed
his best saying well he died
or she dead some of my
witness untile I ask him
to leave my home
right now get out of
my home march 20 by

18. To clear the lies of the secretary of state office I furnish paper from court file record as well as every enclose Jail incaceration, prison record enclose me being incarcerated 1994 Twice Lenoir County Jail Kinston 5-8-95  5-24-95 - 6-24-96 Lenoir county 3-15-97

3-19-99 Raleigh, north Carolina central prison and these enclose isnt all the Jail & prison Lenoir county and the City of Kinston personal unlawfully and willfully had me Elder Deforroruora Locust incarcerated never never never ever did I Elder Deforroruora Locust ever a issue a warrant for arrest, at my home 1997 in front of the Lenoir County court house directly in front of the Lenoir county Kinston court house I was setting out of my 4 door 1976 98 oldsmobile office came out of court house two Cauloain male Deputy Drag me out of my car assault me incarcerated me in Green County snow Hill north Carolina Jail 6-1997 until September 13 1997 release no charge no Bond no nothing

19

I again ask the man to set up
and get out of my house right now
he than said I am trying To help
you after I enform him that
he only came to my home
1416 parker avenue only To
prevent me Elder De ferromore
Lous Talie to prevent law
suit against alls, he left
again while at my home
he did every thing I mean
every he could do to try to
cover up for Carraway, Wooten,
whitley the County, the city
I gave him name of family member
address he could contact and
other people he could contact
he never every contact anyone
said he did not need any
other witness so he would
not except those name would
except their name, address,
so he had all he need.
the letter dated to me march 16
2004 is a scam Ethnefi marshely
cover up scam
Using the US mail to
fraud + Defraud total
a fraud scam. page 17



21

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date 5/24 19 95

NAME _Deforrora Locust_

ADDRESS _____

OFFENSE _Contempt_ _____

DESK SERGEANT _____

SEARCHED BY _G. Taylor_ _____

—PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____

| | YEAR | MAKE | | LIC. # | | LOCATION |
|---|---|---|---|---|---|---|

Currency $ O          Rings _____

Change  $ _____  Keys | 1 |

Checks  $ _____  Cards _____

Total   $ _____  Knife _____

Wallet    | 1 |         Lighter _____

Watch   _____   Pen-Pencil  2

OTHER ITEMS NOT CLASSIFIED _1 pr sunglasses, 1 pick_
_1 medication_

_I had money_
_Keep my money I had money_

I received the above listed articles on this date _____
_____

Signature

_I refuse to sign_
_refuse to sign_

22          *Top Floor*

## LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

NAME _Deforrorc    Locust_     Date _6/24_     19 _96_

ADDRESS _____

OFFENSE _____ Contempt _____

DESK SERGEANT _____

SEARCHED BY _____ Dawson _____

### —PERSONAL PROPERTY—

Vehicle Involved? _____     Impounded? _____
              YEAR        MAKE        LIC. #              LOCATION

| | | |
|---|---|---|
| Currency $ _____ | Rings | _____ |
| Change  $ _____ | Keys | _1set_ |
| Checks  $ _____ | Cards | _____ |
| Total   $ _____ | Knife | _____ |
| Wallet  _1_ | Lighter | _____ |
| Watch   _____ | Pen-Pencil | _1_ |

OTHER ITEMS NOT CLASSIFIED _____

_Check book #0141 4150   ACK_

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
Signature

# LENOIR COUNTY SHERIFF'S DEPARTMENT
## PROPERTY BAG

Date __3-15-__ 19_99_

NAME __DeFonra Locust__

ADDRESS _____

OFFENSE _____

JAILOR _____

SEARCHED BY __HowTRoS__

### —PERSONAL PROPERTY—

Vehicle Involved? _____    Impounded? _____
                  YEAR        MAKE        LIC. #          LOCATION

| | | |
|---|---|---|
| Currency $ _____ | Rings | _____ |
| Change $ _1.60_ | Keys | _1-5.27_ |
| Checks $ _____ | Cards | _____ |
| Total $ _1.60_ | Knife | _____ |
| Wallet _____ | Lighter | _____ |
| Watch _____ | Pen-Pencil | _____ |

OTHER ITEMS NOT CLASSIFIED _1- Tobogwed   1-hair_
_pick_ _____

_____

_____

_____

_____

I received the above listed articles on this date _____

_____
                    Signature

CPC·166

# CENTRAL PRISON
## RALEIGH, N. C.

24                     3 –19 –99
                    arrested

Date  5-28-99

NAME  DEFCRRORA  LOCUS

NUMBER  ..............................................

The following items were taken from the above inmate
this date:

$22.47  CASH

51.44  CASH

Total 73.91  Cash

arrested 3-19-99 Lenoir County
Parking Lot Fron T of Courthouse

..........................................................

..........................................................

The above is correct and agrees with the description of
each item.

INMATE .........................................    NUMBER ...............

CUSTODIAL OFFICER ..................................

I have received from Central Prison this date, the above
stated property.

INMATE .........................................    NUMBER ...............

CUSTODIAL OFFICER ..................................

DATE .........................................

25 arrested march 19-1999 at my
home 1410 parker avenue
with my pam Jama or antime
Beaten Beaten Beaten to the
arms, legs, and other part of my
body by two Lenoir county caucain
Deputy male, no charge, no warrant
no no nothing taken to Lenoir county
Kinston Jail from 3-19-99 untill
april 1-99 told get my things I was
going home walk out of the cell
into the Lenoir county Sheriff dept
only to be put into leg iron cts chanes)
leg iron both legs ankes both risd
chay hook to my waste Transfeer to
central prison Raleigh north Carolina
no charge no warrant no nothing
from april-1-99 to may 28-99
central prison fix show arrested
3-19-99 rd ose is a lie
arrested Kinston 3-19-99
april 1-99 trans fer Raleigh
cell 18  18 murder 18
Some kill two peples
I had no Dond, no warran7
no nothing from Kinston or
Central prison

26. later I obtain papers saying
I was incarcerated Raleigh
central prison to remain there
central prison Raleigh untile
I Elder Deforrorora Locust agree
to leave my home 1416 parken
avenue kinston I neuer agree to
      Because I bough legal action
against central prison the
US District court clerk in
Raleigh north carolina clerkoffice
1) Defraud me out of the filieing fee
   pretending I neuer paid fee
which I paid.
Because a Caucain male
in central prison assault me
while I was going to put trash into
a trash bag about 20 to 25 feet
from the cell after that
Black Beat the Caucain male
Beat him down did Black male
      now other Black prison
offical got invole lep sct
than kinston was call
to come get Elder Deforrorora
Locust they happch
      Call made 5-28-99 kinston
came I was release.

27. Beaten by caucain male early
But prison offical antimate
begary takin action after
Beating the caucain got me release
kinsten was call day later.
Becaure I was Beaten let me
be clearly understood Lenoir County
personal told the prison offical
in Releigh north Carolina To put
Elder Deforrorrora Louis in dancerous
condition untilehe asree To leave
his parker avenue kinsten
home the prison offical shou
the material To Elder
Deforrorrora Louist materia was
fax To prison offical
      I stayed in a cell only 4 feet
only 4 feet wide 9 feet long
from april To may 28 99 because
all inmate total 24 with me
in the cell 18 murder so in prison
I was told stay in the cell 24 hour
I came out for noting
april To may the day I was assay ite
cell door was open for me To
put Trash in Trash bar
first Time That it so happen
because cell stayed lock
day & night Total

28 Taken to Jail kinston from prison
get home that day house broken into
atty Dale Fwooten,

incarcerated kinston Jail

several Time 1995 with
prison Goldsboro n C
newst prison
Greenville, nC Jail
over 90 days 1994

because DalPowooten lenoin County
city personel from 1994 un tile
may 28-99 finally found
copy of my will all finally
all Tax I had paid.
So now atty Dale wooten, kinston
offcle/ County offcle/ got got
my will, tax relord I have paid
now here came Total fraid
Total take my property
all these record false
incarreation was show to the
person from secatary of stat
offic at my home

29, kinston & County personal start in
1994 have ask ask ask me to sell
the city of kinston my two property
I have refuse refuse to sell acer
acer so I was incarcerated will
Destoyed from Court house
replace will for other one
as ton every time I come home
I had to pay tax year back
Dalf wooten is the secret
owner of my two property
all charge against me cried as
rekese all file show charge Att
have Ette, Defendance Locust
incarcerated Att by atty Dalf wooten
Cousin male homo sexual
secetary of state saw all,
Because of the so call
C T p C T p to be build
and a new school to be
build the County and city
won't my property
Dalf wooten secretly
own my property,

30  atty DALE weston attorney
come to 1410 parker avenue
from 1994 to may 1999
u haul truck take take take
item out of house 1410 &
1412 parker ave home
     neighbor call call law
law personel come do nothing
over der nothing nothing
I call call call onice
get out of Jail, prison
law come get never
do any thing Dal f weston
set the property 1410 @ fire
I was incarerated
police come did nothing

# Whitley, Rodgman & Whitley LLP



Robert E. Whitley
Paul A. Rodgman
Robert E. Whitley, Jr.
Benjamin H. Whitley

2902-B North Herritage Street
Post Office Box 5309
Kinston, North Carolina 28503-5309
(252) 523-3000
Fax: (252) 523-3433
www.wrwlaw.com

OTHER LOCATIONS:

3605 Glenwood Ave., Suite 350
Raleigh, North Carolina 27612
(919) 785-5000
Fax: (919) 785-3729

701 McCarthy Boulevard
Post Office Box 12550
New Bern, North Carolina 28561-2550
(252) 633-6601
Fax: (252) 635-6621

December 15, 2003

State of North Carolina
Department of the Secretary of State
P. O. Box 29626
Raleigh, NC 27626

Attn:  Mary A. Moore, Enforcement Manager
      Notary Public Section

              RE:    File Number 2003-NP-2048

Dear Ms. Moore:

    I have received your letter regarding the above-referenced complaint which
disturbs me a great deal.  Having been a Notary Public for over twenty-three years
and knowing my responsibilities, I would never have notarized this document if the
Testator had not been in my presence.  Unfortunately, I cannot give you any
particular details since this was done so long ago.  Mr. Locust was a client of ours
and the two witnesses were employees of our law firm at the time the document was
executed.

    Please let me know if you need additional information.

              Sincerely yours,

              Dorothy G. Holt

              Dorothy G. Holt

DGH

*made will for Elder Deforrem Locust*

*Elder Deforrem Locust*

*Two sisters mrs Sellie Locust*

*was there also,*

52



*State of North Carolina*
*Department of the Secretary of State*

ELAINE F. MARSHALL
SECRETARY OF STATE

Michael J. Brown, Investigator
Certification & Filing Division

December 29, 2003

**DEFORRORA LOCUST**
**1410 PARKER AVENUE**
**KINSTON, NC 28501**

Re: Notary Complaint 2003-NP-2048 (Dorothy G. Holt)

Dear Mr. Locust,

The Department of the Secretary of State has assigned me to investigate the allegations against Ms. Holt. We have received an initial response from the notary in reference your complaint. Enclosed is a copy of the response for your review.

To further my investigation into this matter, please inform me how I might contact the following people who seem would have knowledge in this complaint:

       Sellie Locust
       Richard D. Locust
       Geradine Locust
       Curly Lofton

Also, to clarify my understanding of your complaint, as you saying that the Last Will and Testament of Sellie Locust dated April 6, 1988, or the Codicil to the Last Will and Testament of Sellie Locust, dated October 10, 1989, or both, is forged? Additionally, you state that you will was forged, but I see no copy or information on a will on yourself, only the Will and Codicil of Sellie Locust. Is there also a will of yours that is in question?

We ask that you please respond in writing with the requested information within ten (10) business days. Should you have questions, please feel free to contact me at 919-807-2122.

Sincerely,

Michael J. Brown
Investigator

Enclosure:
Letter of response, notary public Dorothy G. Holt, dated December 15, 2003

33



*State of North Carolina*

*Judicial Standards Commission*

P.O. Box 1122
Raleigh, NC  27602
(919) 733-2690

JUDGE JOHN C. MARTIN, CHAIRMAN
RONALD BARBEE, VICE-CHAIRMAN
JAMES L. MEBANE, SECRETARY
JUDGE RICHARD D. BONER
JUDGE JOYCE A. HAMILTON
WILLIAM O. KING
T. RAY WARREN

PAUL R. ROSS
EXECUTIVE SECRETARY

December 22, 2003

CONFIDENTIAL

Ms. Elder Deforrorrora Locust
410 Parker Ave.
Kinston, NC 28501

Dear Ms. Locust:

The Judicial Standards Commission met in Raleigh on December 19, 2003, at which time it reviewed your complaint concerning Senior Resident Superior Court Judge Paul L. Jones.

Having considered the allegations of your complaint, the Commission has asked me to notify you that it determined that your complaint did not present sufficient evidence of any judicial misconduct that would be the basis for a preliminary investigation. Therefore, no further action will be taken in this matter and your file has been closed.

By closing your file, the Commission is not necessarily communicating agreement with the judge's actions nor disagreement with your perception of the matter. The closure of your complaint indicates that the Commission did not find a sufficient factual basis within your complaint to warrant further inquiry into the matter.

The allegations of your complaint were carefully examined in light of the Code of Judicial Conduct and North Carolina law by the Commission, which consists of three judges, two lawyers and two lay persons. While you may not agree with the Commission's final determination, please be assured that your complaint was individually and thoroughly considered by each member of the Commission.

Sincerely,

*Paul R Ross*

Paul R. Ross
Executive Secretary

PRR/tkw

WOOTEN & BROCK, P.L.L.C.

ATTORNEYS AT LAW
P.O. BOX 2163
112 E. GORDON STREET
KINSTON, NC 28502-2163

PLEASE FORWARD
ADDRESS CORRECTION REQUESTED

KINSTON NC 285 07/07/99 12 05



28501x3130

Mr. Defoniorora Locust
1410 Parker Avenue
Kinston, North Carolina 28501



43
43

sough of the court
against alls enclosing following

william E manning Jr atty
the amount of 75 million Dollars
and He never ever have a law
license in america ever again
and state and fderal charge be file
and enforce against him and that
he turn his law license to practice
law license be turn to me
Elder Deformurra Locust within the
time no long than 30 day no longer
if longer than 30 day even day
after 30 day he william E manning
Jr pay Elder Deformurra Locust
the amount of $1,000 a day untile
william E manning Jr turn license
once license turn to Elder
Deformurra Locust will turn the
law license to the north carolina
state Bar Raleigh, N.C 27602

44

against the city of kinston north Carolina
the amount of 9hundred and
99 million Dollars and the city
lose it charter and no longer
has a charter again to be a city
and loses all Total all fund be
drop that from the city due to be
it no longer a city all all city
fund be discontinue from
the city of Kinston and amount
of money be paid to elder
Deforrorrora Locust within nolonger
than Time of 30 day if so any
longer amount of 5 thousand
dollars be paid a day to Elder
Deforrorrora Locust every day antile
the amount fiting for in the fitency
is paid and all done as fitency

LT 5

against the County the amount
of 99 million Dollers and
all Total all all all federal
funding be discontinue the
G T P all all federal
funding be discontinue
stop total no more
federal funding or state
funding be given to the
G T P in Kinston
north Carolina
and all in the fileing be done
within 30 day no longer
if money not paid to Elder
Deforvorora Locust then the
County of Lenoir County pay the
amount of 7 thousand doller a
day To Elder Deforvorora
Locust a day until all money
and other filely has been done,

46

Joyce Grady and Tax Department

the amount of 124 million
Dollars and Joyce Grady be
remove total from the Tax
office Department and
criminal charges be file
against Joyce Grady and that
money be paid within 30 day
and any not paid within 30 day
untile all paid the amount
of 6 thousand dollar a day
be paid untile all been done

47

against

Thomas J. white city
the amount 100.00
thousand dollar and he
turn litense lircine To Elder
Deforrerrora Locust within 30 day
lice will then be turn to
north carclina state Bar By
Elder Deforrorary Locust
if license and amount of money
has be paid and mr white pay
6 thousand dollar a day
To Elder Deforrorra Locust To
all is done he no lirse
obtain a law license in USA
again.

Elder De forrara Locust
1410 parker averlise
Kinston nc
28501
2-7 08
47 page

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING
# ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is mandatory.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



SULLIVAN, J. EGS
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name  _____  ____  _____

Last four digits of Social Security Number  _____

DC Bar ID#:  _____

Firm Name  _____

Firm Address  _____

_____

_____

Voice Phone Number  _____

FAX Phone Number  _____

Internet E-Mail Address  _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.    This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.    Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.    An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance.    An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case.    The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.    Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively,  you may be required to appear in person to receive your new password.**

5.    Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:          U.S. District Court for the District of Columbia
                                     Attn:   Attorney Admissions
                                     333 Constitution Avenue NW, Room 1825
                                     Washington, DC 20001

Or FAX to:                           Peggy Trainum
                                     U.S. District Court for the District of Columbia
                                     (202) 354-3023

Applicant's Signature    _____

_____     _____     _____
Full Last Name                  Initial of   Last 4 Digits SS#
                                First Name

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFORRORORA LOCUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:08-cv-00414 (EGS) |
| | ) | |
| WILLIAM MANNING, JR., ESQ., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Upon consideration of the Motion to Dismiss Plaintiff's Complaint as to Defendants

White & Allen, P.A., William Manning, Jr., Esq., Thomas White, Jr., Esq. and William Allen,

Jr., Esq. Based on Lack of Personal Jurisdiction, Improper Venue and Insufficient Process (the

"Motion"), any Opposition thereto, and the entire record in this matter, it is this ____ day of

_____, 2008, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is dismissed as to Defendants White & Allen, P.A.,

William Manning, Jr., Esq., Thomas White, Jr., Esq. and William Allen, Jr., Esq.


_____
United States District Judge

COPIES TO:

Deforrorora Locust
1410 Parker Street
Kinston, NC  28501

Paul A. Kaplan, Esq.
James W. Gladstone, Esq.
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC  20005

Kelvin L. Newsome
LeClairRyan
999 Waterside Drive
Suite 2525
Norfolk, VA  23510

Megan S. Ben'Ary
LeClairRyan
225 Reinekers Lane
Suite 700
Alexandria, VA  22314

Dwight D. Murray
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC  20036

Tiare B. Smiley
North Carolina Department of Justice
P. O. Box 629
Raleigh, NC  27602-0629

John Grady
101 North Queen Street
Kinston, NC  28501

Joyce Grady
Lenoir County Tax Department
101 North Queen Street
Kinston, NC  28501