AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DEFORRORARA LOCUST

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | **APPEARANCE** |
| vs.<br>WILLIAM MANNING, JR., ESQ., THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON, AND ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE | ) ) ) ) | CASE NUMBER    1:08-cv-00414 |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Melissa H. Taylor___ as counsel in this
                                       (Attorney's Name)

case for: ___Elaine Marshall, North Carolina Secretary of State___
                        (Name of party or parties)


___May 9, 2008___
Date

___NC Bar No. 19302___
BAR IDENTIFICATION


_Melissa H. Taylor_ (signature)
Signature

Melissa H. Taylor
Print Name

PO Box 629
Address

Raleigh, NC 27602-0629
City          State          Zip Code

919-716-6610
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court Using the CM/ECF system which will send notification of such filing to the following:

Kelvin L. Newsome
Attorney for Lenoir County
LeClariRyan
999 Waterside Drive, Suite 2525
Norfolk, Va 23510

Megan S. Ben'Ary
Attorney for Lenoir County
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Dwight D. Murray
Attorney for City of Kinston
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Joseph S. Murray, IV
Co-Counsel for City of Kinston
Hedrick Gardner & Garofalo, LLP
PO Box 30397
Charlotte, NC 28230

James W. Gladstone
Paul A. Kaplan
Counsel for William E. Manning, Jr and
White & Allen, PA
Womble, Carlyle, Sandridge & Rice PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC 20005

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

DeForrorora Locust
1410 Parker Ave.
Kinston, NC 28501

William Manning, Jr
William A. Allen, Jr.
White & Allen, P.A.
106 South McLewean Street
P.O. Box 3169
Kinston, NC 28501

Thomas J. White, Jr.
PO Box 3169
Kinston, NC 28501

William A. Allen, Jr.
PO Box 3169
Kinston, NC 28501

John Grady
101 N. Queen Street
Kinston, NC 28501

Lenoir County
103 S. Queen Street
Kinston, NC 28501

Joyce Grady
Lenoir County Tax Department
101 N. Queen Street
Kinston, NC 28501

City of Kinston
207 E. King Street
Kinston, NC 28502

ROY COOPER
Attorney General

By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757