# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA
Case No. 1:08-cv-00414

| | |
|---|---|
| **DEFORRORARA LOCUST,**<br><br>  Plaintiff,<br><br>vs.<br><br>**WILLIAM MANNING JR., ESQ., THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON,** and<br>**ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE**<br><br>  Defendants. | |

___

**MOTION TO DISMISS ON BEHALF OF DEFENDANT ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE**

___

NOW COMES Defendant Elaine Marshall, North Carolina Secretary of State, by and through Roy Cooper, Attorney General, and Melissa H. Taylor, Assistant Attorney General, pursuant to Rules 12(b)(1), (3) and (6) of the Federal Rules of Civil Procedure, to move for dismissal of the claims against it for lack of subject matter jurisdiction, improper venue and failure to state a claim upon which relief can be granted as set forth in the attached memorandum of points and authorities.

Respectfully submitted this the 9th day of May, 2008.

        ROY COOPER
        Attorney General

        By: /s/ Melissa H. Taylor

        Melissa H. Taylor
        Assistant Attorney General
        (Signed in accordance with LcvR 83.2(f))
        N.C. Bar No. 13902
        N.C. Department of Justice
        (919) 716-6610
        fax (919) 716-6757

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court Using the CM./ECF system which will send notification of such filing to the following:

Kelvin L. Newsome
Attorney for Lenoir County
LeClariRyan
999 Waterside Drive, Suite 2525
Norfolk, Va 23510

Megan S. Ben'Ary
Attorney for Lenoir County
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Dwight D. Murray
Attorney for City of Kinston
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Joseph S. Murray, IV
Co-Counsel for City of Kinston
Hedrick Gardner & Garofalo, LLP
PO Box 30397
Charlotte, NC 28230

James W. Gladstone
Paul A. Kaplan
Counsel for William E. Manning, Jr and
White & Allen, PA
Womble, Carlyle, Sandridge & Rice PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC 20005

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

DeForrorora Locust
1410 Parker Ave.
Kinston, NC 28501

William Manning, Jr
William A. Allen, Jr.
White & Allen, P.A.
106 South McLewean Street
P.O. Box 3169
Kinston, NC 28501

Thomas J. White, Jr.
PO Box 3169
Kinston, NC 28501

William A. Allen, Jr.
PO Box 3169
Kinston, NC 28501

John Grady
101 N. Queen Street
Kinston, NC 28501

Lenoir County
103 S. Queen Street
Kinston, NC 28501

Joyce Grady
Lenoir County Tax Department
101 N. Queen Street
Kinston, NC 28501

City of Kinston
207 E. King Street
Kinston, NC 28502

ROY COOPER
Attorney General

By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757