# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### Case No. 1:08-cv-00414

| | |
|---|---|
| **DEFORRORARA LOCUST,** | |
| **Plaintiff,** | |
| **vs.** | |
| **WILLIAM MANNING JR., ESQ., THOMAS J. WHITE, JR., WILLIAM A. ALLEN, JR., JOHN GRADY, LENOIR COUNTY, JOYCE GRADY, CITY OF KINSTON, and ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE** | |
| **Defendants.** | |

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE'S MOTION TO DISMISS**

---

STATEMENT OF FACTS

Plaintiff, a resident of Lenoir County, North Carolina, filed a complaint against Elaine Marshall, North Carolina Secretary of State in her official capacity along with other defendants, all residents of North Carolina. Plaintiff's complaint is a rambling 47 page handwritten document. The complaint alleges among other things: "conspiracy to deprive black folks being black people out of their land, conspiracy to cover up conspiracy and other obstruction of justice, filing false arrest to cover up criminal acts, etc. (Exhibit A)

The only times the Secretary of State is mentioned are as follows:

- page 18 - " to close the lies of Secretary of State office I furnish paper from court

file record as well as every enclose jail incarceration, prison record enclose me

being incarcerated 1994 . . .." (Exhibit B)

- page 19 - "Elaine Marshall covered up scam useing the US mail to fraud and

Defraud total a fraud scam. (Exhibit C)

- page 28 - "all these record false incarceration was show to the person from

Secretary of State office at my home." (Exhibit D)

- page 29 - "Secretary of State saw all" (Exhibit E)

In his claim for relief, Plaintiff states no claim for relief against Defendant Elaine Marshall,

Secretary of State.

<u>ARGUMENT</u>

I.    ELAINE MARSHALL, SECRETARY OF STATE ENJOYS IMMUNITY UNDER THE
       ELEVENTH AMENDMENT.

The Supreme Court has interpreted the Eleventh Amendment to mean that states, as

sovereigns, are immune from suit in federal court absent state consent or abrogation of the states'

immunity by Congress. <u>See</u> <u>Seminole Tribe v. Florida</u>, 517 U.S. 44, 116 S. Ct. 1114, 134 L. Ed.

2d 252 (1996). Congressional abrogations must be unequivocal and pursuant to a constitutional

provision granting Congress the power to abrogate, <u>Id</u>. at 55 and 59. It is a long recognized

reality that a "'suit against a state official in his or her official capacity is not a suit against the

official but rather is a suit against the official's office. As such, it is no different from a suit

against the State itself.'" <u>Price v. District of Columbia</u>, 2008 U.S. Dist. LEXIS 28245, 18

(quoting <u>Estate of Phillips v. District of Columbia</u>, 372 U.S. App. D.C. 312, 455 F.3d 397, 400

n.3 (D.C. Cir. 2006)) (quoting <u>Will v. Michigan Department of State Police</u>, 491 U.S. 58, 71, 109

S. Ct. 2304, 105 L. Ed. 2d 45 (1989)).

Therefore, this suit against Elaine Marshall, North Carolina Secretary of State in her official capacity is a suit against the State of North Carolina. There has been no waiver of Eleventh Amendment immunity by Elaine Marshall, North Carolina Secretary of State or the State of North Carolina. As a result, Defendant Elaine Marshall, North Carolina Secretary of State, enjoys immunity under the Eleventh Amendment. Accordingly, this Court lacks jurisdiction over the subject matter of plaintiff's complaint, and the complaint should be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

II.     THE DISTRICT OF COLUMBIA IS NOT THE PROPER VENUE FOR PLAINTIFF'S CLAIMS AGAINST DEFENDANT ELAINE MARSHALL, NORTH CAROLINA SECRETARY OF STATE.

The claim against Defendant Elaine Marshall, North Carolina Secretary of State, is brought by a plaintiff who resides in Lenoir County, North Carolina. All defendants listed in the complaint also reside in North Carolina. The alleged transactions in the complaint all took place in North Carolina.

Looking at the claim against Defendant Elaine Marshall, North Carolina Secretary of State, it is clear the District Court for the District of Columbia is not the proper venue, 28 U.S.C. § 1391. This is not the district in which plaintiff or any of the defendants reside, nor is it the district, "in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated". **Id.** When venue is improper, the court in which the case was filed shall dismiss. Therefore, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, this court should dismiss this case against Defendant, Elaine Marshall, North Carolina Secretary of State.

III.     PLAINTIFF FAILED TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

A motion to dismiss filed pursuant to Rule 12(b)(6) can be granted only if "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46, 2 L. Ed. 2d 80, 78 S. Ct. 99 (1957). In considering such a motion, the court accepts the factual allegations alleged in the complaint as true and draws all inferences in the plaintiff's favor. <u>Scheuer v. Rhodes</u>, 416 U.S. 232, 236, 40 L. Ed. 2d 90, 94 S. Ct. 1683 (1974), overruled on other grounds, <u>Davis v. Scherer</u>, 468 U.S. 183, 82 L. Ed. 2d 139, 104 S. Ct. 3012 (1984). A Rule 12(b)(6) motion to dismiss cannot be granted simply because recovery appears remote or unlikely on the face of a complaint. <u>Bernheim v. Litt</u>, 79 F.3d 318, 321 (2d Cir. 1996). "The issue is not whether a plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence to support the claims." Id. (quotation omitted).

"While the pleading standard is a liberal one, bald assertions and conclusions of law will not suffice." <u>Leeds v. Meltz</u>, 85 F.3d 51, 53 (2d Cir. 1996). Rule 8 of the Federal Rules of Civil Procedure provides that a complaint "shall contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2).

<u>Desardouin v UPS </u>(2003, DC Conn) 285 F Supp 2d 153, 157.

The rule also requires that each averment of a pleading shall be simple, concise, and direct. Fed. R. Civ. P. 8(e)(1). Under the liberal pleading standards of the Federal Rules of Civil Procedure, a plaintiff must disclose sufficient information to permit the defendant to have a fair understanding of what the plaintiff is complaining about and to know whether there is a legal basis for recovery. Dismissal is usually reserved for those cases in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised.

<u>Desardouin v UPS </u>(2003, DC Conn) 285 F Supp 2d 153, 157 (quoting <u>Kittay v. Kornstein</u>, 230 F.3d 531, 541 (2d. Cir. 2000)).

In the present case, the plaintiff alleges several claims in his complaint. However, his claims are bald assertions as he does not specifically allege any of those claims against Defendant Elaine Marshall, North Carolina Secretary of State. The 47 page handwritten complaint is confused, ambiguous, vague and otherwise unintelligible as to what claims are made against Defendant Elaine Marshall, North Carolina Secretary of State. The plaintiff only mentions Defendant Elaine Marshall, North Carolina Secretary of State four times. (See Exhibits B-E)

Each time, the statements made regarding the Secretary of State do not state any claim upon which he could seek relief.

The last five pages of the complaint list plaintiff's claims for relief. In his claim for relief, the plaintiff does not state any claim for relief against Defendant, Elaine Marshall, North Carolina Secretary of State. Even construing the complaint liberally in favor of the plaintiff, the complaint utterly fails to state any claim against Defendant, Elaine Marshall, North Carolina Secretary of State upon which relief could be granted relief. As a result and pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, this court should dismiss this case against Defendant, Elaine Marshall, North Carolina Secretary of State.

<u>CONCLUSION</u>

For the reasons stated herein, the complaint against Defendant Elaine Marshall, North Carolina Secretary of State, should be dismissed due to lack of subject matter jurisdiction, improper venue and failure to state a claim upon which relief could be granted.

Respectfully submitted this the 9th day of May, 2008.


ROY COOPER
Attorney General

By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system which will send notification of such filing to the following:

Kelvin L. Newsome
Attorney for Lenoir County
LeClariRyan
999 Waterside Drive, Suite 2525
Norfolk, Va 23510

Megan S. Ben'Ary
Attorney for Lenoir County
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Dwight D. Murray
Attorney for City of Kinston
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Joseph S. Murray, IV
Co-Counsel for City of Kinston
Hedrick Gardner & Garofalo, LLP
PO Box 30397
Charlotte, NC 28230

James W. Gladstone
Paul A. Kaplan
Counsel for William E. Manning, Jr and
White & Allen, PA
Womble, Carlyle, Sandridge & Rice PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC 20005

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

DeForrorora Locust
1410 Parker Ave.
Kinston, NC 28501

William Manning, Jr
William A. Allen, Jr.
White & Allen, P.A.
106 South McLewean Street
P.O. Box 3169
Kinston, NC 28501

Thomas J. White, Jr.
PO Box 3169
Kinston, NC 28501

William A. Allen, Jr.
PO Box 3169
Kinston, NC 28501

John Grady
101 N. Queen Street
Kinston, NC 28501

Lenoir County
103 S. Queen Street
Kinston, NC 28501

Joyce Grady
Lenoir County Tax Department
101 N. Queen Street
Kinston, NC 28501

City of Kinston
207 E. King Street
Kinston, NC 28502

ROY COOPER
Attorney General

By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757

EXHIBIT

A

Hate crime, Racist, Bias,
Tax fraud, Embezzment,
Conspiracy to, Deprive black folks
being black people out of their Land.
enterfering their peace of mine, conspiracy to
Coverup the conspiracy and other
obstruction of Justice and being of
aids useing their Job position to
continue the hate crime to cover up
the many many violation and so
many other will be file False
arrest to coverup criminal acts by
aids, seting home afire steeling
2 uhaul Trucks Load of
furniture off out of
home 1410 parker avenue and one
uhaul 6 whell Truck Load of
furniture out of 1412 parker
avenue, asault selling Two Car
selling house hole Item, and
other To be file in the hate
crime, and Violation of
Civil + Constitution rights Total
all Defendants are aseing
clearly lisit all fileing is
again with in the rules /
regulation for fileing in
such (legal federal) Court
in the USA.

EXHIBIT

B

18 To close the lies of the secretary of State
office I furnish paper from court
file record as well as every enclose
Jail incarceration, prison record
enclose me being incarcerated 1994
Twelle Lenoir County Jail Kinston
5-1-95  5-24-95  - 6-24-96
Lenoir County,  3-15-97

3-19-99 Raleigh north Carolina
central prison and these enclose
isnt all the Jail & prison Lenoir
County and the city of Kinston personal
unlawfully and willfully had me
Elder Deforrormora Locust incarcerated
never never  never  ever  did I
Elder Deforrormora Locust ever  a
issue a warrant for arrest, at my home
1997 in front of the Lenoir County court
house directly in front of the Lenoir
County Kinston court house  I was setting
out of my 4 door 1976  98 oldsmobile
office came out of court house
two Gullain men Deputy
Drag me out of my car
assault me incarcerated me in
Green County Snow hill
north Carolina Jail 6-1997 until
September 13 1997 release

EXHIBIT
C

19

I again ask the man to set up
and get out of my house right now
he than said I am trying to help
you after I enform him that
he only came to my home
1410 parker avenue only to
provent me Elder De ferror rora
Lawsuit a lie to prevent law
suit against alls. he left
again while at my home
he did event thing I mean
every he could do to try to
cover up for Carraway, Wooten,
whitley the County, the City
I gave him name of family member
address he could contact and
other people he could contact
he never every contact anyone
said he did not need any
other witness so he would
not except those name would
except their name, address,
so he had all he need.
the letter dated to me march 16
2004 is a scam Elane f. marshall
cover up scam
using the us mail to
fraud & Defraud total
a fraud scam. page 17

EXHIBIT

D

28 Taken To Jail kinston from prison
get home that day house broken into
att( Dal f wooten,

incarrered kinston Jail

secral Time 1995 with
prison Goldsboro, n C
newest prison
Greenville, n C Jail
over 90 days 1994

because Dal f. wooten Lenoir County
city personal from 1994 un file
may 28-99 finally found
copy of my will all finally
all Tax I had paid.
So now atty Dal f wooten, kinston
official county official got got
my will, Tax record I have paid
now here came Total fraud
Total take my property
all these record false
incarrecation was show to the
prison from sectary of state
office at my home

EXHIBIT

E

29, Kinston & County personal start in
1994 have ask ask ask me to sell
the city of Kinston my two property
I have refuse refuse to sell acr
acr so I was incarcerated will
Destroyed from court house
re place will for other one
an ton every time I come home
I hal to pay tax year back
   Dalf wooten is the secret
owner of my two property
   all charge against me once I was
release all file show charge But
have Ella, Jefferson & Lenoir
incarcerated file by atty Dalf wooten
Cousin male homo sexuell
   secitary of state save all,
   Because of the so call
      C-I-p  C-I p  to be build
and a new school to be
build the county and city
want my property
Dalf wooten secretly
   own my property,

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA
### Case No. 1:08-cv-00414

**DEFORRORARA LOCUST,**

   **Plaintiff,**

**vs.**

**WILLIAM MANNING JR., ESQ.,**
**THOMAS J. WHITE, JR., WILLIAM A.**
**ALLEN, JR., JOHN GRADY, LENOIR**
**COUNTY, JOYCE GRADY, CITY OF**
**KINSTON, and**
**ELAINE MARSHALL, NORTH**
**CAROLINA SECRETARY OF STATE**

**Defendants.**

---

## ORDER

---

CAME THIS DAY the parties on Elaine Marshall, North Carolina Secretary of State's

Motion to Dismiss. Having considered the arguments submitted by the parties and it appearing

proper to do so, the Court hereby GRANTS the Motion to Dismiss and ORDERS that this matter

be DISMISSED and stricken from the docket.

ENTERED this _____ day of _____, 2008

_____
Emmet G. Sullivan
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system which will send notification of such filing to the following:

Kelvin L. Newsome
Attorney for Lenoir County
LeClariRyan
999 Waterside Drive, Suite 2525
Norfolk, Va 23510

Megan S. Ben'Ary
Attorney for Lenoir County
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Dwight D. Murray
Attorney for City of Kinston
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Joseph S. Murray, IV
Co-Counsel for City of Kinston
Hedrick Gardner & Garofalo, LLP
PO Box 30397
Charlotte, NC 28230

James W. Gladstone
Paul A. Kaplan
Counsel for William E. Manning, Jr and
White & Allen, PA
Womble, Carlyle, Sandridge & Rice PLLC
1401 Eye Street, NW, Seventh Floor
Washington, DC 20005

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

DeForrorora Locust
1410 Parker Ave.
Kinston, NC 28501

William Manning, Jr
William A. Allen, Jr.
White & Allen, P.A.
106 South McLewean Street
P.O. Box 3169
Kinston, NC 28501

Thomas J. White, Jr.
PO Box 3169
Kinston, NC 28501

William A. Allen, Jr.
PO Box 3169
Kinston, NC 28501

John Grady
101 N. Queen Street
Kinston, NC 28501

Lenoir County
103 S. Queen Street
Kinston, NC 28501

Joyce Grady
Lenoir County Tax Department
101 N. Queen Street
Kinston, NC 28501

City of Kinston
207 E. King Street
Kinston, NC 28502

ROY COOPER
Attorney General

By: /s/ Melissa H. Taylor

Melissa H. Taylor
Assistant Attorney General
(Signed in accordance with LcvR 83.2(f))
N.C. Bar No. 13902
N.C. Department of Justice
(919) 716-6610
fax (919) 716-6757