**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEFORRORORA LOCUST,                )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>        v.                          ) Civil Action No. 08-0414 (EGS)<br>                                    )<br>WILLIAM MANNING, JR., *et al.*,     )<br>                                    )<br>            Defendants.             )<br>                                    ) | |

<u>**ORDER**</u>

This matter is before the Court on Defendants' Motions to Dismiss the complaint. Plaintiff is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that Plaintiff shall respond to Defendants' Motions to Dismiss no later than **JULY 9, 2008**. If Plaintiff does not respond

within the time provided, the Court will treat the motion as conceded and dismiss the case.

**Signed:**  **EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**
**June 9, 2008**