UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEFORRORORA LOCUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0414 (EGS) |
| ) | |
| WILLIAM MANNING, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on Defendants' Motions to Dismiss the complaint. Plaintiff is proceeding *pro se*. By Order of this Court dated June 9, 2008, Plaintiff was directed to respond to Defendants' motions by no later than July 9, 2008. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), Plaintiff was advised that, in the event Plaintiff fails to respond to the motions, the Court would treat the motions as conceded and dismiss Plaintiff's case. To date, Plaintiff has not filed a response to the Court's order or to Defendants' Motions to Dismiss. Accordingly, it is hereby

**ORDERED** that Defendants' Motions to Dismiss are **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** as to the following Defendants: Lenoir County, City of Kinston, Elaine Marshall, William Manning, Jr., Thomas White, Jr., William A. Allen, Jr. and White & Allen; and it is

**FURTHER ORDERED** that Plaintiff's case is **DISMISSED WITHOUT**

**PREJUDICE** as to Defendants John Grady and Joyce Grady for failure to effect service of process in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  Plaintiff may file a Motion to Reinstate for good cause shown no later than July 31, 2008.

    **SO ORDERED.**


**Signed:**    **Emmet G. Sullivan**
                **United States District Judge**
                **July 17, 2008**