United State District court
for the District of columbia

In the case Elder Deforrorrora Locust
no 108-CV-00414 EGS
   08-0414.   v
   108-CV-064-14

william manning JR et Al

again no 108-CV-00414 EGS

Elder Deforrorrora Locust

v

william E, mannin) JR, et Al

appeal.

appeal == ASK A higher To review  2.
The action of a lower court in
order to correct mistake mistakes
or injustice,

appeal clearly being legally and lawfully in
The frivolous ruleing of order sign by
Emmet G. Sullivan dated July 17 20008
July 17 20008, Case Dismiss,
by united state District court Judge
Emmet Sullivan sign July 17 20008

Due to the facts of the ruling of the law that all each and every ones of the Defendants are in Total Default and that mail I mail to the courts and same to Counselor for all the Defendants their Counselor or refusing to except the mail and mail being return bait to me, so I am mailing only to the court The Games has played Total out,

Total 3 pages clearly
Case goes to higher court

Elder Deforrorrora Locust
1410 Parker Avenue
Kinston, NC 28501

July 28 20008
A monday